UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear as counsel for Defendants: (1) Clerk of the Indiana Appellate and Supreme Court; (2) Court of Appeals of Indiana; (3) Judge Michael P. Barnes; (4) Sara C. Blainbridge; (5) Judge Elaine B. Brown; (6) Michelle Chuta;[1] (7) Larron Golden;[2] (8) Marion County Prosecutor; (9) Marion County Superior Court; (10) Judge Paul D. Mathias; (11) Judge Edward W. Najam, Jr.; (12) Commissioner David L. Ober; (13) Greg Pachmayr; (14) Judge Heather A. Welch; (15) Judge Mary G. Willis; and (16) Judge Nancy H. Vaidik.

Respectfully submitted,

CURTIS T. HILL, JR.
Attorney General of Indiana
Attorney No. 13999-20

Date: August 13, 2018          By:   *s/ Kelly D. Cochran*
                                     Kelly D. Cochran

---

[1] The Complaint lists "Michelle" as defendant. Counsel believes Plaintiff is referring to Michelle Chuta, and as such appears on behalf of Michelle Chuta.

[2] The Complaint lists "Laaron" or "Aaron" as defendant. Counsel believes Plaintiff is referring to Larron Golden, and as such appears on behalf of Larron Golden.

                 Deputy Attorney General
                 Attorney No.  34543-49


OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-2415
Fax: (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

I further certify that on August 13, 2018, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid, to the following non CM/ECF participant:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528
*Plaintiff, Pro Se*

                                                  *s/ Kelly D. Cochran*
                                                  Kelly D. Cochran
                                                  Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-2415
Fax:     (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov