UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| AARON COATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:18-cv-574-JD-MGG |
| | ) | |
| VALEO FINANCIAL ADVISORS, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO SEAL DOCUMENTS

State Defendants, Judge Michael P. Barnes, Judge Heather A. Welch, Judge Mary G. Willis and Commissioner David L. Ober ("State Defendants"), by counsel, Kelly Cochran, Deputy Attorney General, respectfully request this Court seal pages forty-eight (48) through fifty-one (51) of the Aaron Coates (Plaintiff)'s Complaint, Plaintiff's Proposed Summons filed July 31, 2018, and Plaintiff's Proposed Summons filed August 3, 2018 and in support thereof state as follows:

1. Plaintiff filed his Complaint on July 27, 2018. (Dkt. 1.) Plaintiff filed a Proposed Summons on July 31, 2018 and August 3, 2018 (Dkt. 2, 3.)

2. Beginning on page forty-eight (48) and ending on page fifty-one (51) of Plaintiff's Complaint, Plaintiff lists the home address of many defendants sued in this case, including the home address of multiple Indiana State Judges. (*See* Complaint, pp. 48-51.)

3. In addition, Plaintiff's Proposed Summons filed on July 31, 2018 and August 3, 2018 list the home addresses of multiple defendants. (*See* Proposed Summons filed July 31, 2018; Proposed Summons filed August 3, 2018.)

4. Plaintiff lists the home address of State Defendants in each of these documents.

5. Should this confidential information be made available to the public, State Defendants' safety and security would be put at grave risk.

WHEREFORE, State Defendants respectfully request this Court grant this Motion to Seal Documents, seal pages forty-eight (48) through fifty-one (51) of Plaintiff's Complaint, Plaintiff's Proposed Summons filed July 31, 2018, and Plaintiff's Proposed Summons filed August 3, 2018, and grant all other just and proper relief. Respectfully submitted,

CURTIS T. HILL, JR.
Attorney General of Indiana
Attorney No. 13999-20

Date: August 13, 2018       By:   *s/ Kelly D. Cochran*
Kelly D. Cochran
Deputy Attorney General
Attorney No. 34543-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-2415
Fax:     (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

I further certify that on August 13, 2018, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid, to the following non CM/ECF participant:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528
*Plaintiff, Pro Se*

                                          *s/ Kelly D. Cochran*
                                          Kelly D. Cochran
                                          Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-2415
Fax:     (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov