UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| AARON COATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:18-cv-574-JD-MGG |
| | ) | |
| VALEO FINANCIAL ADVISORS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On August 13, 2018, State Defendants, Judge Michael P. Barnes, Judge Heather A. Welch, Judge Mary G. Willis and Commissioner David L. Ober ("the Four Movants"), filed their Motion to Seal Documents. Through the instant motion, the Four Movants ask the Court to seal pages forty-eight (48) through fifty-one (51) of Plaintiff's Complaint[1], Plaintiff's Proposed Summons filed July 31, 2018, and Plaintiff's Proposed Summons filed August 3, 2018, in the interest of their confidentiality as well as their safety and security.

Under N.D. Ind. L.R. 5-3(a), "[t]he clerk may not maintain a filing under seal unless authorized to do so by statute, court rule, or court order." The presumption that judicial records are public can be overcome when "the property and privacy interests of the litigants . . . predominate in the particular case." *Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999). Yet, the Court must rigorously review any

---

[1] Plaintiff is proceeding *pro se* in the litigation of this action.

request to prevent public disclosure of judicial records because "[a]ny step that withdraws an element of the judicial process from public view makes the ensuing decision look more like fiat . . . ." *Hicklin Eng'g, L.C. v. Bartell*, 439 F.3d 346, 348 (7th Cir. 2006). A motion to file documents under seal must demonstrate good cause to justify the requested secrecy. *See Citizens*, 178 F.3d at 945. Such a decision rests solely with the Court. *Id.*

Here, the Four Movants, which include three judges and one state agency commissioner, could be at grave risk if their home addresses are made available to the public. Therefore, the Four Movants have successfully demonstrated good cause to keep their personal addresses under seal. The four addresses are only included in Plaintiff's Certificate of Service attached to his Complaint [DE 1 at 49–51] and in his Proposed Summons filed on July 31, 2018 [DE 2 at 13, 27–28, 31]. Accordingly, the Court **GRANTS** the Four Movants' motion to seal **IN PART**. [DE 7].

The Court **DIRECTS** the Clerk to maintain Plaintiff's Complaint [DE 1] and his Proposed Summons filed on July 31, 2018 [DE 2], under seal as to the public only allowing parties full access to the original documents. The Court **ORDERS** counsel for the Four Movants to file a redacted version of Plaintiff's Complaint and the Proposed Summons by **August 21, 2018**. Only the Four Movants' home addresses may be redacted. Plaintiff's Proposed Summons filed on August 3, 2018 [DE 3], does not include the home addresses of any of the Four Movants and shall not be sealed.

**SO ORDERED.**

Dated this 14th day of August 2018.

s/Michael G. Gotsch, Sr.  
Michael G. Gotsch, Sr.  
United States Magistrate Judge