UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES | ) |
| | ) |
| Plaintiff | ) CASE NO. 3:18-cv-574-JD-MGG |
| | ) |
| vs. | ) |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, et al. | ) |
| | ) |
| Defendants | ) |

## **APPEARANCE**

Comes now the law firm of Kightlinger & Gray, LLP, by Louis J. Britton, and files its appearance on behalf of Defendant, Pamela K. Koehler.

KIGHTLINGER & GRAY, LLP

By  s/ *Louis J. Britton*
    Louis J. Britton
    Attorney I.D. No. 27754-49

## CERTIFICATE OF SERVICE

 I hereby certify that on August 15, 2018, the foregoing pleading was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Joshua R. Lowry
> Kelly D. Cochran
> Indiana Attorney General's Office
> joshua.lowry@atg.in.gov
> kelly.cochran@atg.in.gov

 I further certify that on August 15, 2018, a copy of the foregoing pleading was mailed, by first-class U.S. Mail, to:

> Aaron Coates
> 18709 Taft Court
> Goshen, IN  46528

              s/ ***Louis J. Britton***
              Louis J. Britton

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  317-638-4521
Email:  lbritton@k-glaw.com