UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| AARON COATES | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 3:18-cv-574-JD-MGG |
| | ) | |
| vs. | ) | |
| | ) | |
| VALEO FINANCIAL ADVISORS, LLC, et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

**MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Comes now Defendant, Pamela K. Koehler, by counsel, and respectfully requests the Court for an extension of time to file a responsive pleading to the Plaintiff's Complaint, and in support of such motion would show the Court as follows:

1. Plaintiff filed his Complaint on July 27, 2018, and filed Summonses on August 3, 2018.

2. It appears that an answer or other responsive pleading to the Plaintiff's Complaint would be due no sooner than August 24, 2017.

3. Undersigned counsel has just recently been retained to represent the Defendant in this matter and will require an extension of time of 28 days, or to and including September 21, 2018, within which to file a responsive pleading to the Plaintiff's Complaint.

4. Undersigned counsel sent an email to the Plaintiff in an effort to obtain his agreement to an initial enlargement of time to respond to the Complaint, and Plaintiff responded that he objects to the requested extension.

5. This motion is not made for purposes of delay but is requested in order to give undersigned counsel time to analyze this matter, consult with this client, and prepare an appropriate responsive pleading to the Complaint.

WHEREFORE, the Defendant, Pamela K. Koehler, respectfully requests the Court to extend the time to file a responsive pleading to the Plaintiff's Complaint to and including September 21, 2018, and for all other just and proper relief.

KIGHTLINGER & GRAY, LLP

By   s/ *Louis J. Britton*
       Louis J. Britton
       Attorney I.D. No. 27754-49

## CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2018, the foregoing pleading was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Joshua R. Lowry
Kelly D. Cochran
Indiana Attorney General's Office
joshua.lowry@atg.in.gov
kelly.cochran@atg.in.gov

I further certify that on August 15, 2018, a copy of the foregoing pleading was mailed, by first-class U.S. Mail, to:

Aaron Coates
18709 Taft Court
Goshen, IN  46528

s/ *Louis J. Britton*
Louis J. Britton

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  317-638-4521
Email:  lbritton@k-glaw.com

777777\4747100-1