UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

**MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Clerk of the Indiana Appellate and Supreme Court, Court of Appeals of Indiana ("Court of Appeals"), Judge Michael P. Barnes ("Judge Barnes"), Sara C. Blainbridge ("Blainbridge"), Judge Elaine B. Brown ("Judge Brown") , Michelle Chuta ("Chuta"), Larron Golden ("Golden"),  Marion County Prosecutor, Marion County Superior Court, Judge Paul D. Mathias ("Judge Mathias"), Judge Edward W. Najam, Jr. ("Judge Najam"), Commissioner David L. Ober ("Commissioner Ober"), Greg Pachmayr ("Pachmayr"), Judge Heather A. Welch ("Judge Welch"), Judge Mary G. Willis ("Judge Willis"), and Judge Nancy H. Vaidik ("Judge Vaidik") (together "State Defendants"), by counsel, Kelly Cochran, Deputy Attorney General, respectfully request this Court grant a twenty-eight (28) day extension of time to respond to Plaintiff's Complaint, to and including **September 26, 2018**, and in support states the following:

1. On August 8, 2018, Plaintiff served the Clerk of the Indiana Appellate and Supreme Court, the Court of Appeals, Judge Barnes, Judge Brown, Chuta, Golden, Marion County Prosecutor, Judge Mathias, Judge Najam, Pachmayr, Judge Willis, and Judge Vaidik with the Summons and Complaint.

2. The response to Plaintiff's Complaint from each of the aforementioned parties is due on August 29, 2018. This time has not yet passed.

3. On August 13, 2018, prior to Plaintiff effecting service, counsel for Blainbridge, Judge Welch, Marion County Superior Court, and Commissioner Ober filed an appearance on each party's behalf.

4. The undersigned counsel represents sixteen (16) separate parties in this case, and needs additional time to investigate and prepare a proper response. State Defendants request a twenty-eight (28) day extension of time to respond to Plaintiff's Complaint from the August 29, 2018 response deadline, to and including **September 26, 2018.**

5. The undersigned counsel sent an email to Plaintiff in an effort to obtain his agreement to an extension of time to respond to the Complaint. Plaintiff objected to an extension of time to and including September 26, 2018.

6. A copy of the email exchange between Plaintiff and the undersigned counsel is attached as Exhibit A. In lieu of having a marshal serve Commissioner Ober with the Complaint and Summons at his wedding, and in exchange for counsel accepting service on behalf of Judge Welch and Commissioner Ober, Plaintiff offered to extend State Defendants' response deadline to September 14, 2018. (*See* Exhibit A.) The undersigned counsel has informed Plaintiff that they wish to accept service on behalf of both Judge Welch and Commissioner Ober, but an agreement could not be reached as to the September 26, 2018 deadline. (*See* Exhibit A.)

7. This request is being made in good faith and not for the purpose of hindrance or delay. Plaintiff will not be prejudiced by this brief extension of time.

**WHEREFORE**, State Defendants respectfully request the Court grant a twenty-eight (28) day extension of time to respond to Plaintiff's Complaint, to and including **September 26, 2018.**

Respectfully submitted,

CURTIS T. HILL, JR.
Attorney General of Indiana
Attorney No. 13999-20

Date: August 17, 2018     By:   */s/ Kelly D. Cochran*
Kelly D. Cochran
Deputy Attorney General
Attorney No. 34543-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone:  (317) 232-5921
Facsimile:  (317) 234-2415
E-mail:  Kelly.Cochran@atg.in.gov

**CERTIFICATE OF SERVICE**

  I do hereby certify that a copy of the foregoing has been duly served upon person(s) of record listed below, by United States mail, first-class postage prepaid, on August 17, 2018:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528
*Pro Se Plaintiff*

Louis Joseph Britton
Kightlinger & Gray LLP
One Indiana Square, Ste. 300
211 N Pennsylvania St
Indianapolis, IN 46204
Email: lbritton@k-glaw.com

            *s/ Kelly D. Cochran*
            Kelly D. Cochran
            Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone:  (317) 234-2415
Facsimile:  (317) 232-7979
E-mail:  Kelly.Cochran@atg.in.gov