**Cochran, Kelly**

| | |
|---|---|
| **From:** | Aaron Coates <acoates@relevantfinancial.com> |
| **Sent:** | Thursday, August 16, 2018 4:08 PM |
| **To:** | Cochran, Kelly |
| **Cc:** | Lowry, Joshua |
| **Subject:** | Re: Aaron Coates v. Valeo Financial Advisors, et al. | Motion for Extension of Time |

Sounds good. Thank you.

Aaron


On Thu, Aug 16, 2018 at 4:02 PM, Cochran, Kelly <Kelly.Cochran@atg.in.gov> wrote:

> The Office of the Indiana Attorney General has filed an appearance on behalf of both Judge Welch and Commissioner Ober. Will we accept service on both Judge Welch's and Commissioner Ober's behalf. You may serve us either by filing an alias summons with the Court, or by mailing the complaint and summons to our office address:
>
>
> Office of Attorney General Curtis Hill
>
> Attention: Kelly Cochran and Joshua Lowry
>
> 302 West Washington Street, IGCS-5th Floor
>
> Indianapolis, IN 46204
>
>
> I will note your objection to the September 26, 2018 deadline in our motion for extension of time.
>
>
> Best,
>
>
> Kelly
>
>
> **From:** Aaron Coates [mailto:aska.coates@gmail.com]
> **Sent:** Thursday, August 16, 2018 3:12 PM
> **To:** Cochran, Kelly <Kelly.Cochran@atg.in.gov>
> **Cc:** Aaron S Coates <acoates@relevantfinancial.com>
> **Subject:** Re: Aaron Coates v. Valeo Financial Advisors, et al. | Motion for Extension of Time

Exhibit A

1

Ms. Cochran:

Overwhelming evidence suggests that numerous parties appear to have purposefully, and in concert, abused deadlines and procedure (i.e. backdating orders, delaying processing of my court filings for weeks and beyond rulings) denying my right to due process. I am just an insignificant pro se, so it certainly is curious that such extreme measures would be required by highly respected legal professionals. Given my conditioning over the past three years and counting, you might appreciate that a request like this triggers an immediate response to obsessively factor for endless hours all the potential implications.

Yet, I am compelled to offer that justice does not happen if I do not treat someone with dignity now matter how they have treated me. And I appreciate that being new to this matter, the extraordinary claims asserted in the complaint, the numerous parties, and the long period of time and number of events does result in an enormous effort for you to determine facts and craft a proper response.

Sadly, early indications suggest that some parties to this suit still think procedural games can wash this away. While I am uncertain if any parties you represent (or you) are involved, it is only prudent given my experience, to consider the possibility. So what about the following?

Given:

- Two parties that you represent have yet to accept service of the Complaint and Summons (Ober and Welch).
    - I apparently did not have a proper home address for Ober.
    - Welch has not visited the post office to sign for her mailing to her home address.
- If sent today to their work addresses, and received tomorrow (unlikely), with the added 3 day mailing allowance, I believe the deadline for their response would be September 11th.
- If received Monday (more likely), I believe their response would be due September 13th.

I propose:

- If you agree to provide proof of service for Ober and Welch to the court (not waiver of service), I agree to an extension for all State Defendants deadline for response to September 14th.

I won't have to decide if I should request a Marshal serve Mr. Ober at his wedding Sunday. It puts your response beyond a few events (Welch, Hull, and Turner presenting at CLE on the 12th). Being

2

less than a month, I have less worry about your intent. Beyond that, without assurance and extensions from all parties, I would strongly object without good cause.

When filing the motion please include the following statement: "Plaintiff does not object to an extension by all State Defendants for reply to September 14, 2018 given the extra burden on State's counsel from numerous represented parties, less initial information, and less freely available resources to assure a proper and informed respond by the August 29, 2018 deadline. This agreement and statement by Plaintiff is not meant to imply a willingness to extend the deadline for any other party."

Going forward, please email acoates@relevantfinancial.com which I check more frequently (cc'd here). Checking this today was providential.

Blessings,

Aaron

On Thu, Aug 16, 2018 at 10:49 AM, Cochran, Kelly <Kelly.Cochran@atg.in.gov> wrote:

> Mr. Coates,
>
> I represent the Clerk of the Indiana Appellate and Supreme Court, Court of Appeals of Indiana, Judge Michael P. Barnes, Sara C. Blainbridge, Judge Elaine B. Brown, Michelle Chuta, Larron Golden,  Marion County Prosecutor, Marion County Superior Court, Judge Paul D. Mathias, Judge Edward W. Najam, Jr., Commissioner David L. Ober, Greg Pachmayr, Judge Heather A. Welch , Judge Mary G. Willis, and Judge Nancy H. Vaidik in *Aaron Coates v. Valeo Financial Advisors, LLC*. Our response is due on August 29, 2018. We plan to file a motion for extension of time with the Court to request a twenty-eight (28) day extension. This would extend our deadline to respond to your Complaint to September 26, 2018. Do you object to a twenty-eight (28) day extension of time for the State Defendants listed in the Complaint?
>
> Thank you for your time.
>
> Best,

3

Kelly

**Kelly Cochran**

Deputy Attorney General

Government Litigation Section

Office of Attorney General Curtis Hill

302 West Washington Street

IGCS-5th Floor

Indianapolis, IN 46204

p:  317.234.2415  | f:  317.232.7979

Kelly.Cochran@atg.in.gov



CONFIDENTIALITY NOTICE: This communication and any attachments are for the exclusive and confidential use of the intended recipient and may contain privileged or other confidential information. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client, work product or other applicable privilege by the transmission of this message.

CONFIDENTIALITY NOTICE: This communication and any attachments are for the exclusive and confidential use of the intended recipient and may contain privileged or other confidential information. If you are not the intended recipient, please do not read, distribute or take action in reliance upon this message. If you have received this in error, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client, work product or other applicable privilege by the transmission of this message.