UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-574-JD-MGG |
| ) | |
| VALEO FINANCIAL ADVISORS, LLC, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO SEAL DOCUMENTS

Judge Michael P. Barnes, Judge Heather A. Welch, Judge Mary G. Willis and Commissioner David L. Ober ("Four Movants") on behalf of the Indiana Attorney General Curtis Hill ("General Hill"), a non-party to this suit, by counsel, Kelly Cochran, Deputy Attorney General, request this Court expand its August 14, 2018 Order Granting in Part Motion to Seal to permit counsel to redact General Hill's home address as listed on page fifty-one (51) of the Complaint. (*See* Order Granting in Part Motion to Seal, August 14, 2018.) In support thereof the Four Movants state as follows:

1. On August 13, 2018, the Four Movants filed a Motion to Seal Documents requesting this Court seal documents containing the home address of each of the Four Movants. (Dkt. 7.)

2. On August 14, 2018, this Court granted in part the Motion to Seal Documents filed by the Four Movants. (*See* Order Granting in Part Motion to Seal, August 14, 2018.) Pursuant to the Court's Order, on or before August 21, 2018, the Four Movants are

    permitted to submit a redacted version of Plaintiff's Complaint and July 31, 2018 Proposed Summons, redacting the home address of the Four Movants. (*See id.* at 2.)

3. Upon further review of Plaintiff's Complaint, in addition to listing the home address of each of the Four Movants, page fifty-one (51) of Plaintiff's Complaint lists General Hill's home address. (*See* Complaint p. 51.)

4. As set forth in the Court's order, the Clerk may maintain a filing under seal if authorized to do so by Court order. *See* N.D. Ind. L.R. 5-3(a). Though there is a presumption that judicial records will remain public, a court may seal documents where property and privacy interests predominate in a particular case. *Citizens First Nat'l Bank v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999)

5. Should General Hill's home address be made available to the public, General Hill's safety and security would be put at grave risk.

6. In addition to redacting the home addresses of the Four Movants, General Hill requests this Court permit the undersigned counsel to redact his home address as well.

    WHEREFORE, General Hill respectfully requests this Court grant this Motion to Seal Documents, and permit the undersigned counsel to redact General Hill's home address as listed on page fifty-one (51) of Plaintiff's Complaint.

                                                                          Respectfully submitted,

                                                                          CURTIS T. HILL, JR.
                                                                          Attorney General of Indiana
                                                                          Attorney No. 13999-20

Date:  August 17, 2018                By:    *s/ Kelly D. Cochran*
                                                                          Kelly D. Cochran
                                                                          Deputy Attorney General
                                                                          Attorney No.  34543-49

OFFICE OF THE INDIANA ATTORNEY GENERAL  
Indiana Government Center South, 5th Floor  
302 West Washington Street  
Indianapolis, IN  46204-2770  
Phone:  (317) 234-2415  
Fax:     (317) 232-7979  
Email:  Kelly.Cochran@atg.in.gov

# CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

I further certify that on August 17, 2018, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid, to the following non CM/ECF participant:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528
*Plaintiff, Pro Se*

Louis Joseph Britton
Kightlinger & Gray LLP
One Indiana Square, Ste. 300
211 N Pennsylvania St
Indianapolis, IN 46204
Email: lbritton@k-glaw.com

                                          *s/ Kelly D. Cochran*
                                          Kelly D. Cochran
                                          Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-2415
Fax:     (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov