UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER GRANTING MOTION TO SEAL DOCUMENTS

Judge Michael P. Barnes, Judge Heather A. Welch, Judge Mary G. Willis and Commissioner David L. Ober ("Four Movants") on behalf of the Indiana Attorney General Curtis Hill ("General Hill"), a non-party to this suit, having appeared by counsel, Kelly Cochran, Deputy Attorney General, and having requested that this Court expand its August 14, 2018 Order Granting in Part Motion to Seal, and the Court, being duly advised in the premises and having considered the Motion and all other applicable filings, now **GRANTS** the motion.

**IT IS THEREFORE ORDERED AND ADJUDGED** that counsel for the Four Movants is permitted to file a redacted version of Plaintiff's Complaint redacting General Hill's home address, as listed on page fifty-one (51) of Plaintiff's Complaint.

Date: August 21, 2018

                                               s/Michael G. Gotsch, Sr.
                                               Michael G. Gotsch, Sr.
                                               United States Magistrate Judge
                                               Northern District of Indiana, South Bend Division

Distribution:

| | |
|---|---|
| Aaron Coates | Kelly Cochran |
| 18709 Taft Ct. | Office of the Attorney General |
| Goshen, IN 46528 | 302 West Washington Street |
| *Plaintiff, Pro Se* | Indiana Government Center South, 5th Floor |
| | Indianapolis, IN 46204 |

Louis Joseph Britton
Kightlinger & Gray LLP
One Indiana Square, Ste. 300
211 N Pennsylvania St
Indianapolis, IN 46204
Email: lbritton@k-glaw.com