UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, )<br>)<br>  Plaintiff, )<br>) <br>  v. )<br>) <br> VALEO FINANCIAL ADVISORS, )<br> *et al.*, )<br>) <br>  Defendants. ) | CAUSE NO. 3:18-cv-574-JD-MGG |

**ORDER**

This Court recently issued orders to protect the privacy and security of Defendants, Judge Michael P. Barnes, Judge Heather A. Welch, Judge Mary G. Willis, and Commissioner David L. Ober [DE 8] as well as non-party Attorney General Curtis Hill [DE 13] by allowing their home addresses, included in Plaintiff's complaint and proposed summonses, to remain sealed. However, the Court has now been informed by the Clerk of Court that Plaintiff, proceeding *pro se*, has presented executed summonses, which include the protected addresses, for filing in this action.

To ensure the continued protection of Judge Barnes, Judge Welch, Judge Willis, Commissioner Ober, and General Hill, the Court *sua sponte* **ORDERS** the parties to redact their home addresses from future filings that require reference to them. Additionally, the Court **DIRECTS** the Clerk to redact their home addresses if inadvertently included in future filings.

**SO ORDERED.**

Dated this 21st day of August 2018.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge