UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

Please enter my appearance as counsel in this case for

**Defendants:**  **Hoover Hull Turner LLP**
**Andrew W. Hull**
**Kenneth J. Munson**
**Wayne Turner**
**Evan D. Carr**
**Susanne (Heckler) Johnson**
**Fortuna Gipson**
**Melodie M. Alexander**
**Michael J. Blinn**
**Camie J. Swanson Hull**
**Valeo Financial Advisors, LLC**
**John T. Wortman**
**John C. Trott**
**Gregory A. Fulk**

I certify that I am admitted to practice in this Court.

Date:   August 22, 2017                     */s/ Michael A. Dorelli*
Michael A. Dorelli (#20862-49)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Tel: (317) 822-4400
Fax: (317) 822-0234
Email: mdorelli@hooverhullturner.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing has been served upon Plaintiff and all counsel of record via email generated by the court's ECF system on this 22nd day of August, 2018.

                                              */s/ Michael A. Dorelli*

970401