UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 3:18-cv-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, *et. al.,* | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION FOR INTIAL EXTENSION OF TIME
FOR HOOVER HULL TURNER DEFENDANTS TO RESPOND TO COMPLAINT**

Defendants, Andrew W. Hull, Kenneth J. Munson, Wayne Turner, Evan D. Carr, Susanne (Heckler) Johnson, Fortuna Gipson, Melodie M. Alexander, Michael J. Blinn, Camie J. Swanson Hull, Valeo Financial Advisors, LLC, John T. Wortman, John C. Trott, and Gregory A. Fulk (collectively, the "HHT and Valeo Defendants"), by counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the N.D. Ind. Local Rules, respectfully request that this Court grant a twenty-eight (28) day initial extension of time to respond to Plaintiff's Complaint, to and including September 26, 2018, and in support of this Motion state the following:

1. On July 27, 2018, Plaintiff filed his Complaint.

2. On or about August 7, 2018, the HHT and Valeo Defendants received service of the Summons and Complaint, via U.S. Mail, Certified Return Receipt.

3. The HHT and Valeo Defendants' response to Plaintiff's Complaint is currently due on or before August 29, 2018, which time has not yet expired.

4. The undersigned counsel represents thirteen (13) separate parties in this case, and reasonably requires additional time to investigate and prepare a proper response. The HHT and

Valeo Defendants request a twenty-eight (28) day initial extension of time to respond to Plaintiff's Complaint, to and including September 26, 2018.

5. This morning, on August 22, 2018, the undersigned counsel sent an email to Plaintiff in an effort to obtain his agreement to the extension of time requested therein. Despite due diligence, as of the time of this filing, the undersigned has been unable to reach Plaintiff.

6. This request is being made in good faith and not for the purpose of delay. Plaintiff will not be prejudiced by this brief initial extension of time.

WHEREFORE, the HHT and Valeo Defendants, by counsel, respectfully request that the Court enter an Order granting them a twenty-eight (28) day initial extension of time to respond to Plaintiff's Complaint, to and including September 26, 2018, in addition to granting all other proper relief.

Respectfully submitted,

 /s/ Michael A. Dorelli
David J. Hensel, (#15455-49)
Michael A. Dorelli (#20862-49)
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Tel:    (317) 822-4400
Fax:    (317) 822-0234
Email: mdorelli@hooverhull.com
          dhensel@hooverhullturner.com

Counsel for the HHT and Valeo Defendants

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the Plaintiff and all registered participants as identified on the Notice of Electronic Filing (NEF) on August 22, 2018.

                                               */s/ Michael A. Dorelli*

970603