UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Defendant, Hoover Hull Turner LLP, by counsel, hereby makes the following disclosures:

Hoover Hull Turner LLP (1) has no parent corporation, and (2) no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

 */s/ Michael A. Dorelli*
David J. Hensel, (#15455-49)
Michael A. Dorelli (#20862-49)
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Tel:    (317) 822-4400
Fax:    (317) 822-0234
Email: mdorelli@hooverhull.com
            dhensel@hooverhullturner.com

Counsel for the HHT and Valeo Defendants

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the Plaintiff and all registered participants as identified on the Notice of Electronic Filing (NEF) on August 23, 2018.

                                      */s/ Michael A. Dorelli*

971131