3:18cv574

**-FILED-**

AUG 20 2018

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Fortuna Gipson
Hoover Hull Turner LLP
111 Monument Circle #4400
Indianapolis IN 46204

9590 9402 4004 8079 6891 73

2. Article Number (Transfer from service label)

7018 0360 0002 2119 4738

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X TomColl — ☐ Agent ☐ Addressee
B. Received by (Printed Name): TomColl    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

AUG 07 2018  INDIANAPOLIS

3. Service Type:
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Susanne A (Heckler) Johnson
Hoover Hull Turner LLP
111 Monument Circle #4400
Indianapolis IN 46204

9590 9402 4004 8079 6893 26

2. Article Number (Transfer from service label)

7018 0360 0002 2119 4608

PS Form 3811, July 2015 PSN 7530-02-000-9053

A. Signature: X TomColl — ☐ Agent ☐ Addressee
B. Received by: TomColl
AUG 07 2018

3. Service Type: ☒ Certified Mail®

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Melodie Alexander
Hoover Hull Turner LLP
111 Monument Circle #4400
Indianapolis IN 46204

9590 9402 4004 8079 6891 66

2. Article Number (Transfer from service label)

7018 0360 0002 2119 4745

PS Form 3811, July 2015 PSN 7530-02-000-9053

A. Signature: X TomColl — ☐ Agent ☐ Addressee
B. Received by: TomColl
AUG 07 2018

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk of the Indiana Appellate and Supreme Court
   "Aaron" or "Laron"
   State House, Room 216
   200 W. Washington St.
   Indianapolis IN 46204

   9590 9402 4004 8079 6892 10

2. Article Number (Transfer from service label)

   7018 0360 0002 2119 4707

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

RECEIVED BY MAIL

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

AUG 08 2018
CLERK OF COURTS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Gregory R. Pachmayr
   Clerk of Indiana Appellate and Supreme Court
   State House, Room 216
   200 W. Washington St.
   Indianapolis IN 46204

   9590 9402 4004 8079 6892 34

2. Article Number (Transfer from service label)

   7018 0360 0002 2119 4684

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

REC

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

AUG 08 2018
CLERK OF COURTS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Clerk of the Indiana Appellate and Supreme Court
   "Michelle"
   State House, Room 216
   200 W. Washington St.
   Indianapolis IN 46204

   9590 9402 4004 8079 6892 27

2. Article Number (Transfer from service label)

   7018 0360 0002 2119 4691

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

RECEIVED BY MAIL

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

AUG 08 2018
CLERK OF COURTS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marion County Superior Court
c/o Emily Van Osdol, Court Administrator
200 E. Washington St T-1221
Indianapolis IN 46204

9590 9402 4004 8079 6895 17

2. Article Number (Transfer from service label)

7018 0360 0002 2119 1737

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_ CLERK OF THE MARION CIRCUIT COURT
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 8/8/18

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marion County Clerk of Court
c/o Myla A. Eldridge
200 E. Washington St, W 122
Indianapolis IN 46204

9590 9402 4004 8079 6895 00

2. Article Number (Transfer from service label)

7018 0360 0002 2119 1744

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Myla A. El_____ CLERK OF THE MARION ____
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 8/8/18

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marion County Superior Court and Clerk
Marion County Prosecutor
c/o Andrew Mallon, Marion Cty Chief Atty
City-County Building, 1601
200 E. Washington St.
Indianapolis IN 46204

9590 9402 4004 8079 6892 03

2. Article Number (Transfer from service label)

7018 0360 0002 2119 4714

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kristy Gilbato
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 8/8/18

D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Judge Nancy H. Vaidik
Indiana Court of Appeals
115 W. Washington St #1080
Indianapolis IN 46204

9590 9402 4004 8079 6892 89

2. Article Number (Transfer from service label)

7018 0360 0002 2119 4639

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Shannon Myers
C. Date of Delivery: 8-8-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Edward V. Najam, Jr.
Court of Appeals of Indiana
115 W. Washington St #1080
Indianapolis IN 46204

9590 9402 4004 8079 6894 70

2. Article Number (Transfer from service label)

7018 0360 0002 2119 1775

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Shannon Myers
C. Date of Delivery: 8-8-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Elaine B. Brown
Court of Appeals of Indiana
115 W. Washington St #1080
Indianapolis IN 46204

9590 9402 4004 8079 6894 56

2. Article Number (Transfer from service label)

7018 0360 0002 2119 1799

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name): Shannon Myers
C. Date of Delivery: 8-8-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Court of Appeals of Indiana
c/o Larry Morris, Administrator
115 W. Washington St, Suite 1080
Indianapolis IN 46204

9590 9402 4004 8079 6894 87

2. Article Number (Transfer from service label)

7018 0360 0002 2119 1768

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): Shannon Myers
C. Date of Delivery: 8-8-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Marion County Prosecutor
c/o Terry Curry
251 E. Ohio St. #160
Indianapolis IN 46204

9590 9402 4004 8079 6894 94

2. Article Number (Transfer from service label)

7018 0360 0002 2119 1751

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X A. Thomas
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery: 8-8-18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gregory A. Fulk
4543 Golden Eagle Ct.
Zionsville IN 46077-4601

9590 9402 4004 8079 6893 95

2. Article Number (Transfer from service label)

7018 0360 0002 2119 1843

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Fulk
☐ Agent
☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

USDC IN/ND case 3:18-cv-00574-JD-MGG   document 22   filed 08/20/18   page 6 of 18

## USPS Tracking®

FAQs   (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70180360000221191782

Remove

**On Time**

**Expected Delivery on**

**WEDNESDAY**
**8** AUGUST 2018   by **8:00pm**

## Delivered

August 8, 2018 at 1:11 pm
Delivered, Left with Individual
INDIANAPOLIS, IN 46204

**Get Updates**

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Honorable Paul D. Mathias
Court of Appeals of Indiana
115 W. Washington St # 1080
Indianapolis IN 46204

9590 9402 4004 8079 6894 63

2. Article Number (Transfer from service label)
7018 0360 0002 2119 1782

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]         ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Shannon W                        8-8-18

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

PS Form 3811, July 2015 PSN 7530-02-000-9053

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70180360000221194660

3:18 cv 574

Remove ✕

**On Time**

**Expected Delivery on**

**WEDNESDAY**
**8** AUGUST 2018 ⓘ

by **8:00pm** ⓘ

-FILED-

AUG 20 2018

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## ✓ Delivered

August 8, 2018 at 1:07 pm
Delivered, Left with Individual
FISHERS, IN 46037

Get Updates ∨

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carrie Swanson-Hull
   14962 Southeastern Pkwy
   Fishers IN 46037

   9590 9402 4004 8079 6892 58

2. Article Number (Transfer from service label)

   7018 0360 0002 2119 4660

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70180360000221194592

On Time

Expected Delivery on

**WEDNESDAY**

**8** AUGUST 2018 ⓘ

by

**8:00pm** ⓘ

## ✓ Delivered

August 8, 2018 at 10:25 am
Delivered, Individual Picked Up at Postal Facility
INDIANAPOLIS, IN 46204

Get Updates ⌄

Text & Email Updates

Tracking History

Product Information

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Evan D Carr
Hoover Hull Turner LLP
111 Monument Circle #4400
Indianapolis IN 46204

9590 9402 4004 8079 6893 33

2. Article Number (Transfer from service label)

7018 0360 0002 2119 4592

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Tom Cole_     ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_Tom Cole_

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70180360000221191713

On Time

Expected Delivery on

**WEDNESDAY**
**8** AUGUST 2018 ⓘ

by
**8:00pm** ⓘ

## ✓ Delivered

August 8, 2018 at 10:25 am
Delivered, Individual Picked Up at Postal Facility
INDIANAPOLIS, IN 46204

Get Updates ⌄

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Hoover Hull Turner LLP
c/o John Hoover
111 Monument Circle # 4400
Indianapolis IN 46204

9590 9402 4004 8079 6895 31

2. Article Number (Transfer from service label)

7018 0360 0002 2119 1713

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature: Tom Coy]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Tom Coy

C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Merchandise
☐ Signature Confirmation
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70180360000221194554

## On Time

**Expected Delivery on**

**WEDNESDAY**
**8** AUGUST 2018 ⓘ
by
**8:00pm** ⓘ

## ✓ Delivered

August 8, 2018 at 1:07 pm
Delivered, Left with Individual
FISHERS, IN 46037

Get Updates ⌄

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Andrew W. Hull
   14962 Southeastern Pkwy
   Fishers IN 46037

   9590 9402 4004 8079 6893 71

2. Article Number (Transfer from service label)

   7018 0360 0002 2119 4554

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery (00)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

Text ⌄
Trac ⌄
Prod ⌄

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove X

**Tracking Number:** 70180360000221194561

On Time

Expected Delivery on

**WEDNESDAY**

**8** AUGUST 2018 ⓘ

by

**8:00pm** ⓘ

## ✓ Delivered

August 8, 2018 at 10:25 am
Delivered, Individual Picked Up at Postal Facility
INDIANAPOLIS, IN 46204

Get Updates ∨

---

Text & Email Updates

Tracking History

Product Information

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Kenneth J. Munson
   Hoover Hull Turner LLP
   111 Monument Circle #4400
   Indianapolis IN 46204

   9590 9402 4004 8079 6893 64

2. Article Number (Transfer from service label)

   7018 0360 0002 2119 4561

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _TomCat_    ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
   TomCat

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70180360000221191683

## On Time

**Expected Delivery on**

**WEDNESDAY**
**8** AUGUST 2018 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

August 8, 2018 at 2:19 pm
Delivered, Front Desk/Reception
INDIANAPOLIS, IN 46260

Get Updates ⌄

---

Text & Email ⌄

Tracking History ⌄

Product Information ⌄

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Valeo Financial Advisors LLC
   c/o Gregory A. Fulk
   9450 N. Meridian St #300
   Indianapolis IN 46260

   9590 9402 4004 8079 6895 62

2. Article Number (Transfer from service label)

   7018 0360 0002 2119 1683

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Hully Boonesh_   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Mail Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70180360000221194578

Remove X

**On Time**

Expected Delivery on

**WEDNESDAY**

**8** AUGUST 2018 ⓘ

by

**8:00pm** ⓘ

## ✓ Delivered

August 8, 2018 at 10:25 am
Delivered, Individual Picked Up at Postal Facility
INDIANAPOLIS, IN 46204

Get Updates ∨

---

Text & Email Updates    ∨

Tracking    ∨

Product    ∨

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wayne C. Turner
Hoover Hull Turner LLP
111 Monument Circle #4400
Indianapolis IN 46204

9590 9402 4004 8079 6893 57

2. Article Number (Transfer from service label)

7018 0360 0002 2119 4578

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _TomCoH_  ☐ Agent ☐ Addressee

B. Received by (Printed Name) _TomCoH_  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053     Domestic Return Receipt

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Court of Appeals of Indiana
Clerk of Ind Appellate and Supreme Court
c/o Attorney General Curtis Hill, Jr.
302 W. Washington St.
IGCS - 5th floor
Indianapolis IN 46204

9590 9402 4004 8079 6891 97

2. Article Number (Transfer from service label)
7018 0360 0002 2119 4721

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [RECEIVED stamp]   ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes  ☐ No

OAG-LITIGATION

3. Service Type
☒ Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**Receipt 2:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Pamela K. Koehler
9374 Windrift Way
Zionsville IN 46077

9590 9402 4004 8079 6893 88

2. Article Number (Transfer from service label)
7018 0360 0002 2119 1850

COMPLETE THIS SECTION ON DELIVERY
A. Signature: X [signature]   ☐ Agent  ☒ Addressee
B. Received by (Printed Name): Pamela Koehler   C. Date of Delivery: 8/9/2018
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
☒ Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Fidelity Institutional
   c/o Michael Durbin
   200 Seaport Blvd
   Boston MA 02210

   9590 9402 4004 8079 6895 55

2. Article Number (Transfer from service label)

   7018 0360 0002 2119 1690

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☐ Addressee
B. Received by (Printed Name): John LEVESQUE   C. Date of Delivery: 8-9-18
D. Is delivery address different from item 1? ☐ Yes ☐ No

Postmark: AUG -9 2018 Boston MA

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael J Blinn
   Oerlikon Drive Systems
   2400 Sagamore Parkway
   Lafayette IN 47905

   9590 9402 4004 8079 6893 40

2. Article Number (Transfer from service label)

   7018 0360 0002 2119 4585

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature] ☐ Agent ☒ Addressee
B. Received by (Printed Name): Michael J Blinn   C. Date of Delivery: 8/9/2018
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Valparaiso University c/o Mark Heckler
Office of the President Kretzmann Hall
1700 Chapel Drive Valparaiso Univ
Valparaiso IN 46383

9590 9402 4004 8079 6891 42

2. Article Number *(Transfer from service label)*

7018 0360 0002 2119 4752

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Cal Young ☑ Agent ☐ Addressee

B. Received by *(Printed Name)* 8-10-18 C. Date of Delivery 8-10-18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Gibson Insurance
c/o Timothy Leman
130 S. Main St #400
South Bend IN 46634

9590 9402 4004 8079 6895 48

2. Article Number *(Transfer from service label)*

7018 0360 0002 2119 1706

***COMPLETE THIS SECTION ON DELIVERY***

A. Signature
X Janet Pg ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Janet Pang C. Date of Delivery 8/10/18

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

USPS 46601-9998
SOUTH BEND, IN
2018

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Remove ✕

**Tracking Number:** 70180360000221194998

## On Time

**Expected Delivery on**

**FRIDAY**
**17** AUGUST 2018 ⓘ

by **8:00pm** ⓘ

## ✓ Delivered

August 17, 2018 at 1:36 pm
Delivered, Front Desk/Reception
INDIANAPOLIS, IN 46260

Get Updates ∨

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Wortman
   c/o Valeo Financial Advisors LLC
   9450 N. Meridian St. #700
   Indianapolis IN 46260

   9590 9402 4004 8079 6973 45

2. Article Number *(Transfer from service label)*

   7018 0360 0002 2119 4998

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   [signature]
   ☐ Agent
   ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

Tracking Number: 70180360000221195001

Remove X

**On Time**

**Expected Delivery on**

**FRIDAY**
**17** AUGUST 2018 ⓘ | by **8:00pm** ⓘ

## ✓ Delivered

August 17, 2018 at 1:36 pm
Delivered, Front Desk/Reception
INDIANAPOLIS, IN 46260

Get Updates ∨

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   John Trott
   Valeo Financial Advisors LLC
   9450 N. Meridian St. #300
   Indianapolis IN 46260

   9590 9402 4004 8079 6973 83

2. Article Number (Transfer from service label)

   7018 0360 0002 2119 5001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X M. R(...)   ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  Mail
  Mail Restricted Delivery
  00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

Can't find what you're looking for?