UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| AARON COATES, | : | Case No. 3:18-cv-574-JD-MGG |
| | : | |
| Plaintiff, | : | Judge Jon E. Deguilio |
| | : | Magistrate Judge Michael G. Gotsch, Sr. |
| | : | |
| v. | : | |
| | : | |
| VALEO FINANCIAL ADVISORS, LLC, | : | NOTICE OF APPEARANCE |
| *et al.*, | : | |
| | : | |
| **Defendants** | : | |

Michael L. Meyer of Taft Stettinius & Hollister LLP hereby gives notice of his appearance as counsel for Defendant Fidelity Institutional, a division of FMR, LLC.

Respectfully submitted,

/s/ Michael L. Meyer
Michael L. Meyer (28689-64)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
mmeyer@taftlaw.com

*Counsel for Defendant Fidelity Institutional*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of August, 2018, the foregoing document was filed electronically using the Court's CM/ECF system, which will send notification of the filing to those counsel and parties who have supplied their email addresses to the Court. Paper copies of the foregoing were served via regular U.S. mail on the following on August 23, 2018:

Gibson Insurance Agency Inc.
c/o Ronald Turnpin, Registered Agent
130 S. Main Street, Suite 400
South Bend, IN 46601

*Defendant*

Marion County Clerk of Court
Attn: Myla A. Eldridge, Clerk
200 Washington St., Suite W122
Indianapolis, IN 46204

*Defendant*

Lutheran University Association Inc. dba
Valparaiso University and Law School
c/o Registered Agent Susan D. Scroggins,
V.P. Finance & Administration
1700 Chapel Drive
Valparaiso, IN 46383

*Defendant*

Mark A. Heckler, individually and as
President of Valparaiso University
c/o Registered Agent Susan D. Scroggins,
V.P. Finance & Administration
1700 Chapel Drive
Valparaiso, IN 46383

*Defendant*

/s/ Michael L. Meyer