# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| Aaron Coates | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   3:18-cv-00574-JD-MGG |
| Valeo Financial Advisors, LLC, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Lutheran University Association d/b/a Valparaiso University and Mark A. Heckler   .

Date:   08/27/2018

/s/ John W. Borkowski
*Attorney's signature*

John W. Borkowski (#25985-49)
*Printed name and bar number*

1251 North Eddy Street Suite 200
South Bend, Indiana 46617

*Address*

john.borkowski@huschblackwell.com
*E-mail address*

(574) 239-7010
*Telephone number*

(574) 287-3116
*FAX number*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 27, 2018, the preceding document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/ John W. Borkowski*