# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | | |
|---|---|---|
| Aaron Coates | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:18-cv-00574-JD-MGG |
| Valeo Financial Advisors, LLC, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Lutheran University Association d/b/a Valparaiso University and Mark A. Heckler .

Date:  08/27/2018

/s/ Aleksandra O. Rushing
*Attorney's signature*

Aleksandra O. Rushing (MO-68304)
*Printed name and bar number*

190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

*Address*

aleks.rushing@huschblackwell.com
*E-mail address*

(314) 480-1500
*Telephone number*

(314) 480-1505
*FAX number*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 27, 2018, the preceding document was filed electronically through the Court's CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                        *s/ Aleksandra O. Rushing*