# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Civil Action No. 3:18-cv-574-JD-MGG |
| VALEO FINANCIAL ADVISORS, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## VALPARAISO UNIVERSITY'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Lutheran University Association d/b/a Valparaiso University (hereinafter, "Valparaiso"), hereby states as follows:

1. Valparaiso is an Indiana Domestic Nonprofit Corporation. The correct legal corporate entity name for Valparaiso University is The Lutheran University Association, Inc. d/b/a Valparaiso University;

2. Valparaiso is a privately owned nonprofit corporation with no parent corporation, corporate members or shareholders;

3. Valparaiso has no corporate affiliations; and

4. No other corporations, unincorporated associations, partnerships or other business entities which are not parties have a financial interest in the outcome of this litigation.

Respectfully submitted,

*/s/ John W. Borkowski*
John W. Borkowski
HUSCH BLACKWELL LLP
1251 North Eddy Street Suite 200
South Bend, Indiana 46617
P: 574-239-7010
F: 574-287-3116
john.borkowski@huschblackwell.com

Aleksandra Ostojic Rushing
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
P: 314.480.1500
F: 314.480.1505
aleks.rushing@huschblackwell.com

***Attorneys for Defendant Lutheran University Association d/b/a Valparaiso University***

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on August 27, 2018, the preceding document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                              *s/ John W. Borkowski*