UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) Civil Action No. 3:18-cv-574-JD-MGG <br> ) |
| VALEO FINANCIAL ADVISORS, LLC, *et al.*, | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

## NOTICE OF AUTOMATIC INITIAL EXTENSION OF TIME

Defendant Lutheran University Association d/b/a Valparaiso University (hereinafter "Valparaiso") and Defendant Mark A. Heckler (hereinafter "President Heckler"), by counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6-1(b) of the Local Rules of the U.S. District Court for the Northern District of Indiana, respectfully notifies this Court of its election to obtain an initial extension of time of twenty-eight (28) days to file their responses to the Complaint filed by Plaintiff, up to and including September 28, 2018 for Valparaiso and President Heckler, and in support of this notice, states as follows:

1. Plaintiff filed his Complaint on July 27, 2018.

2. Valparaiso was served on August 10, 2018.

3. Per Fed. R. Civ. Proc. 12(a)(1)(A)(i), Valparaiso's response to the Complaint is currently due on or before August 31, 2018, which time has not yet expired.

4. President Heckler was served on August 21, 2018.

5. Per Fed. R. Civ. Proc. 12(a)(1)(A)(i), President Heckler's response to the Complaint is currently due on or before September 11, 2018, which time has not yet expired.

6. Pursuant to N.D. Ind. L.R. 6-1(b), Valparaiso and President Heckler shall be automatically allowed up to a twenty-eight (28) day initial extension of time to respond to Plaintiff's Complaint, to and including September 28, 2018 for both Valparaiso and Heckler, and no further action by the Court shall be required for the extension.

7. Plaintiff confirmed via email correspondence that he has no objection to the automatic extension for Valparaiso and President Heckler to answer or otherwise respond to Plaintiff's Complaint on or before Friday, September 28, 2018.

8. The extensions do not interfere with any scheduled hearings, or other case deadlines.

9. Therefore, the new deadline for Defendants Lutheran University Association d/b/a Valparaiso University and Defendant Mark A. Heckler, to answer or otherwise response to Plaintiff's Complaint is Friday, September 28, 2018.

Respectfully submitted,

*/s/ John W. Borkowski*
John W. Borkowski
HUSCH BLACKWELL LLP
1251 North Eddy Street Suite 200
South Bend, Indiana 46617
P: 574-239-7010
F: 574-287-3116
john.borkowski@huschblackwell.com

Aleksandra Ostojic Rushing
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
P: 314.480.1500
F: 314.480.1505
aleks.rushing@huschblackwell.com

*Attorneys for Defendant Lutheran University Association d/b/a Valparaiso University and Defendant Mark A. Heckler*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 28, 2018, the preceding document was filed electronically through the Court's CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*s/ John W. Borkowski*