Help

**Product Tracking & Reporting**   UNITED STATES POSTAL SERVICE

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts |

August 28, 2018

## USPS Tracking Intranet

### Delivery Signature and Address



**ATTENTION** On 8/27/2018, PTR began experiencing issues generating Out for Delivery events. The team is working to resolve the high ticket as soon as possible; please do not open any new tickets.

Please note that "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service. Thank you for your support.

Last Updated: 8/28/2018

Tracking Number: 7018 0360 0002 2119 4677

This Item was delivered on 08/08/2018 at 13:01:00

< Return to Tracking Number View

| | | |
|---|---|---|
| Signature | Signature | X  K. Flowers |
| | Printed Name | K. Flowers |
| Address | Delivery Address | 200 W WASH 217/SC |

Enter up to 35 items separated by commas.

Select Search Type: [Quick Search ▼]   [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 18.4.1.0.27

-FILED-

AUG 28 2018

ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA



Aaron Coates <acoates@relevantfinancial.com>

## Proof of service for Sara Blainbridge
1 message

**Aaron Coates** <acoates@relevantfinancial.com>          Tue, Aug 28, 2018 at 11:13 AM
To: Kelly Cochran <kelly.cochran@atg.in.gov>, Joshua Lowry <Joshua.Lowry@atg.in.gov>

Of the 38 parties, only one has a still unresolved issue of service. Ms. Blainbridge's return receipt has been held up in the mail since August 11th. I filed an online request with the USPS to search for the item on August 23rd. So far nothing has shown up.

I have attached the proof of delivery, the current tracking status on the return receipt card, a copy of the unsigned card, and the email confirmation of the USPS search request.

This is beyond my expertise and I believe my time is better spent on other matters, so today I will:

- Go to the post office and see if they can produce a copy of the signed return receipt or give me a better update,
- File the attached items with the court showing service happened and my reasonable effort to serve and prove service,

Beyond that I am not going to worry about it unless instructed otherwise by the court, or your office objects to proper service.

Blessings,

Aaron Coates, CFP®

Relevant Financial Advisors, LLC
216 W. High St.
Elkhart, IN 46516

O: 574-206-4454

**4 attachments**

📎 **18-08-08 Blainbridge delivery.pdf**
87K

📎 **18-08-28 Blainbridge receipt status.pdf**
117K

📎 **Blainbridge receipt draft.pdf**
1272K

📎 **18-08-23 Blainbridge receipt search request.pdf**
110K



# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 70180360000221194677

Remove ✕

**On Time**

**Expected Delivery on**

## WEDNESDAY

**8** AUGUST 2018 ⓘ   by **8:00pm** ⓘ

## ✓ Delivered

August 8, 2018 at 1:01 pm
Delivered, Front Desk/Reception
INDIANAPOLIS, IN 46204

Get Updates ∨

---

**Text & Email Updates**   ∨

---

**Tracking History**   ∨

---

**Product Information**   ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs (http://faq.usps.com/?articleId=220900)**



Aaron Coates <acoates@relevantfinancial.com>

# USPS - Search Request Received
1 message

**auto-reply@usps.gov** <auto-reply@usps.gov>        Thu, Aug 23, 2018 at 4:38 PM
To: acoates@relevantfinancial.com

 Search ID #5118184

**Dear Aaron Coates,**

**Thank you for using USPS.com.**

Thank you for your inquiry. We apologize for any inconvenience you may have experienced. Items that meet the US Postal Service's® search guidelines will be searched for, and if found, forwarded to the address you provided.

**Search Request Details:**
Request Date: 08/23/2018
Reference: Search ID #5118184
Tracking Number: 9590940240048079689241

Thank you for your patience.

Thank you for using the U.S. Postal Service®.


Download USPS Mobile®



USPS.com | Privacy Policy | Customer Service | FAQs

This is an automated email please do not reply to this message. This message is for the designated recipient only and may contain privileged, proprietary, or otherwise private information. If you have received it in error, please delete. Any other use of the email by you is prohibited.

# USPS Tracking®

FAQs > (http://faq.usps.com/?articleId=220900)

Track Another Package +

**Tracking Number:** 9590940240048079689241

Remove ✕

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

## In-Transit

August 11, 2018
In Transit to Next Facility

Get Updates ∨

**Text & Email Updates**  ∨

**Tracking History**  ∧

August 11, 2018
In Transit to Next Facility
Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

August 7, 2018, 1:28 pm
Return Receipt Associated

**Product Information**  ∨

See Less ∧

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Court of Appeals of Indiana
Sara C. Blanbridge
Office of Judicial Administration
200 W. Washington St, Room 315
Indianapolis IN 46204

2. Article Number (Transfer from service label)

7018 0360 0002 2119 4677

9590 9402 4004 8079 6892 41

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

Did not get Ret. Rec'd.

Copy given