**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    David Ober
    Heather Welch
    c/o Office of Attorney General
    302 W. Washington St., ICCS 5th floor
    Indianapolis IN 46204

    9590 9402 4004 8079 6973 69

2. Article Number (Transfer from service label)

    7018 0360 0002 2119 4974

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
x  Amy Case
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 8/20/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
  Mail
  Mail Restricted Delivery
  (00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt

---

USPS TRACKING #

9590 9402 4004 8079 6973 69

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

- Sender: Please print your name, address, and ZIP+4® in this box•

    Aaron Coates
    18709 TAFT CT
    GOSHEN IN 46528-8966