UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:18-cv-00574-JD-MGG |
| v. | ) |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk and all parties of record:

I, Grant E. Helms, am admitted to practice in this Court and appear for the following Defendant: Marion County Clerk of Court.

Respectfully Submitted,

*/s/ Grant E. Helms*
Grant E. Helms (29953-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Email: grant.helms@indy.gov

## CERTIFICATE OF SERVICE

I certify that this document was electronically filed on August 29, 2018.  The same day, the following e-filing users were served electronically:

All CM-ECF Registered Counsel of Record.

I further certify that this document was served on the following parties via USPS mail:

Aaron Coates
18709 Taft Ct
Goshen, IN 46528

Respectfully Submitted,

*/s/ Grant E. Helms*
Grant E. Helms (29953-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204