UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:18-cv-00574-JD-MGG |
| v. | ) |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANT'S MOTION TO DISMISS**

Defendant Marion County Clerk of Court ("Defendant"), by counsel, respectfully moves to dismiss the Plaintiff's Complaint against the Defendant pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, the Defendant states as follows:

1. The Plaintiff's claims brought in this Complaint should be dismissed for a failure to state a claim upon which relief can be granted.

2. The Defendant moves to dismiss Plaintiff's claims for the reasons set forth in Defendant's Brief in Support of Motion to Dismiss, which is filed contemporaneously with this motion in accordance with Local Rule 7-1(b)(1).

WHEREFORE, the Defendant respectfully requests that this Court grant Defendant's Motion to Dismiss and for all other relief that is just and proper.

Respectfully Submitted,

*/s/ Grant E. Helms*
Grant E. Helms (29953-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Email: grant.helms@indy.gov

## **CERTIFICATE OF SERVICE**

I certify that this document was electronically filed on August 29, 2018.  The same day, the following e-filing users were served electronically:

All CM-ECF Registered Counsel of Record.

I further certify that this document was served on the following parties via USPS mail:

Aaron Coates
18709 Taft Ct
Goshen, IN 46528

                                          Respectfully Submitted,

                                          */s/ Grant E. Helms*
                                          Grant E. Helms (29953-49)
                                          Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204