UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:18-cv-00574-JD-MGG |
| v. | ) |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, | ) |
| *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER ON DEFENDANT'S MOTION TO DISMISS

Defendant Marion County Clerk of Court, by counsel, having filed its Motion to Dismiss, and the Court having read said Motion and being duly advised in the premises now GRANTS that Motion.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the Plaintiff's claims against Defendant Marion County Clerk of Court, are DISMISSED, with prejudice.

Date: _____  _____
Judge/Magistrate, United States District Court

Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:

Aaron Coates
18709 Taft Ct
Goshen, IN 46528