UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENT TO DEFENDANTS' MOTION FOR INTIAL EXTENSION OF TIME FOR HOOVER HULL TURNER DEFENDANTS TO RESPOND TO COMPLAINT [DKT. #18]**

Defendants, Andrew W. Hull, Kenneth J. Munson, Wayne Turner, Evan D. Carr, Susanne (Heckler) Johnson, Fortuna Gipson, Melodie M. Alexander, Michael J. Blinn, Camie J. Swanson Hull, Valeo Financial Advisors, LLC, John T. Wortman, John C. Trott, and Gregory A. Fulk (collectively, the "HHT and Valeo Defendants"), by counsel, hereby notify the Court as follows:

1. On August 22, 2018, the HHT and Valeo Defendants filed their Motion for Initial Extension of Time to Respond to Plaintiff's Complaint [Dkt. 18].

2. On August 30, 2018, the undersigned contacted Plaintiff, via telephone, and Plaintiff has agreed to the extension of time requested in the Motion for Initial Extension—*i.e.*, allowing the HHT and Valeo Defendants to and including September 26, 2018 to file their response to Plaintiff's Complaint.

WHEREFORE, the HHT and Valeo Defendants, by counsel, respectfully request that the Court enter an Order granting them a twenty-eight (28) day initial extension of time to respond to Plaintiff's Complaint, to and including September 26, 2018, in addition to granting all other proper relief.

Respectfully submitted,

  /s/ Michael A. Dorelli
David J. Hensel, (#15455-49)
Michael A. Dorelli (#20862-49)
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Tel:    (317) 822-4400
Fax:    (317) 822-0234
Email:  mdorelli@hooverhull.com
          dhensel@hooverhullturner.com

Counsel for the HHT and Valeo Defendants

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the Plaintiff and all registered participants as identified on the Notice of Electronic Filing (NEF) on August 30, 2018.

I hereby certify that this document filed through the ECF system will be sent to the Plaintiff, Aaron Coates as follows:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528
acoates@relevantfinancial.com

  /s/ Michael A. Dorelli

972167