UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO. 3:18-CV-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the Code of Conduct for United States Judges and in order to avoid any appearance of impropriety, the undersigned hereby **RECUSES** himself from all further proceedings in this case. The Clerk is **ORDERED** to randomly reassign this case to a Magistrate Judge within the District for the purpose of conducting all non-dispositive pretrial proceedings, pursuant to 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a) and the General Orders of this Court.

**SO ORDERED**.

Dated this 30th day of August, 2018.

S/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge