UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

FILED
SEP 05 2018
ROBERT N. TRGOVICH, Clerk
U.S DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates**<br>*Plaintiff*<br><br>v.<br><br>**Valeo Financial Advisors, LLC, et. al.,**<br>*Defendants* | No.: 3:18-cv-000574-JD-APR<br><br>JUDGE JON E. DEGUILIO<br><br>MAGISTRATE JUDGE ANDREW P. RODOVICH |

## PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Aaron Coates, respectfully applies to the Court for entry of default judgment against Defendant Hoover, Hull, Turner LLP ("Defendant") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure with damages to be determined following final adjudication for all parties to Complaint. In support of this Application, the Plaintiff states as follows:

1. Defendant has not responded to Summons and Complaint.

2. Defendant's time to respond ended August 29, 2018.

3. The Plaintiff requests the Court enter an order of default judgment against Defendant and stay calculation of damages until after final judgment for all parties for the reasons set for in Plaintiff's Brief in Support of Application for Default Judgment, which is filed contemporaneously with this application.

WHEREFORE, Plaintiff respectfully requests that this Court enter Default Judgment against Defendant Hoover, Hull, Turner LLP and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ August 31, 2018