# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Aaron Coates**<br>*Plaintiff*<br><br>v.<br><br>**Valeo Financial Advisors, LLC, et. al.,**<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO.: 3:18-cv-000574-JD-APR<br><br>JUDGE JON E. DEGUILIO<br><br>MAGISTRATE JUDGE ANDREW P. RODOVICH |

### ORDER OF DEFAULT JUDGMENT

Plaintiff, Aaron Coates, having applied for default judgment against Defendant Hoover, Hull, Turner LLP pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and the Court having read said Application and being duly advised in the premises now GRANTS that judgment.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED by the Court for JUDGEMENT in favor of Plaintiff Aaron S. Coates against Defendant Hoover, Hull, Turner LLP in favor of Plaintiff.

Date: _____      _____
                                                     Judge/Magistrate, United States District Court

Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528