UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates** <br> *Plaintiff* <br> v. <br> **Valeo Financial Advisors, LLC, et. al.,** <br> *Defendants* | NO.: 3:18-cv-000574-JD-APR <br><br> JUDGE JON E. DEGUILIO <br><br> MAGISTRATE JUDGE ANDREW P. RODOVICH |

## PLAINTIFF'S BRIEF IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

Plaintiff, Aaron Coates, applies for entry of default judgment against Defendant Hoover, Hull, Turner LLP ("Defendant" or "HHT") pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure with damages to be determined following final adjudication with all parties to Complaint. The Defendant was properly served and has failed to timely Answer Complaint.

### STATEMENT OF FACTS

Defendant, HHT, was properly served Complaint and Summons on August 8, 2018.

Defendant is a law firm, regularly appearing before, and therefore well informed of the rules of this Court, including time to respond. Defendant is represented by Michael A. Dorelli, a partner of Defendant.

Proof of service by signed return receipt and proof of date of acceptance was filed with the Clerk on August 20, 2018, where Clerk entered in the docket "Hoover, Hull, Turner LLP served on 8/8/2018, answer due 8/29/2018."

HHT did not request extension of time to respond prior to time to respond ended August 29, 2018 and has therefore failed to timely respond.

## STANDARD

Federal Rules of Civil Procedure 55(b)(2) instructs in cases where the claim is not for a certain sum, or that can be made by certain computation, the party must apply to the court for a default judgment following a party's failure to plead or otherwise defend. FED. R. CIV. P. 55(c) allows the Court to set aside an entry of default for good cause or reasons stated in RULE 60(b) such as excusable neglect, mistake, or fraud, misrepresentation, or misconduct by an opposing party.

## ARGUMENT

Defendant HHT failed to respond, had reason to be aware of its time to respond, and permits this application for default judgment by Plaintiff.

Given that damages are today 1) still accumulating (i.e. interest, penalties, loss of income, reputational and business harm), 2) are not available to Plaintiff or the Court (i.e. profits from illegal and / or harmful activities), 3) still undetermined by the Court to division of liability, or 4) at the Court's discretion (i.e. punitive and exemplary damages), calculation of damages and final judgment on HHT is not practical and therefore must wait to ensure that HHT is not overly harmed or

compensating Plaintiff for actions the Court attributes to the responsibility of other named Defendants.

## CONCLUSION

For the foregoing reasons, pursuant to FED. R. CIV. PRO. 55(b)(2), Plaintiff respectfully applies for entry of default judgment against Defendant Hoover, Hull, Turner LLP with damages determined following final adjudication by all parties and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ August 31, 2018

## CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion and Brief in support is being hand delivered to the Court for filing and thereafter will be served upon all Defendants in accordance with the Federal Rules of Civil Procedure.

Valeo Financial Advisors, LLC
Hoover, Hull, Turner, LLP
John T. Wortman, John C. Trott
Gregory A. Fulk, Andrew W. Hull
Kenneth J. Munson, Wayne Turner
Michael J. Blinn, Evan D. Carr
Susanne (Heckler) Johnson, Fortuna Gipson
Melodie M. Alexander, Camie Swanson-Hull
**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
111 Monument Circle #4400
Indianapolis, IN 46204

**Gibson Insurance**
c/o Timothy Leman, CEO
130 S. Main St., Suite 400
South Bend, IN 46634

Fidelity Institutional
**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
425 Walnut St., Suite 1800
Cincinnati, OH 45202

Valparaiso University
Mark Heckler
**Husch Blackwell LLP**
Aleksandra Rushing
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433

Clerk of the Indiana Appellate and Supreme Court
Court of Appeals of Indiana, Judge Michael P. Barnes
Sara C. Blainbridge, Judge Elaine B. Brown
Michelle Chuta, Larron Golden
Marion County Prosecutor, Marion County Superior Court
Judge Paul D. Mathias, Judge Edward W. Najam, Jr.
Commissioner David L. Ober, Greg Pachmayr
Judge Heather A. Welch, Judge Mary G. Willis
Judge Nancy H. Vaidik
**Office of Attorney General Curtis Hill**
c/o Kelly Cochran and Joshua Lowry
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204

Marion County Clerk of Court
**Office of Corporation Counsel**
Grant E. Helms
200 E. Washington St., Suite 1601
Indianapolis, IN 46204

Pamela K. Koehler
**Kightlinger & Gray, LLP**
Louis J. Britton
One Indiana Square, Suite 300
211 North Pennsylvania St.
Indianapolis, IN 46204

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ August 31, 2018