UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

-FILED-
SEP 05 2018
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates** <br> *Plaintiff* <br> v. <br> **Valeo Financial Advisors, LLC, et. al.,** <br> *Defendants* | NO.: 3:18-cv-000574-JD-APR <br><br> JUDGE JON E. DEGUILIO <br><br> MAGISTRATE JUDGE ANDREW P. RODOVICH |

## PLAINTIFF'S MOTION FOR ORDER
## TO INSPECT FEDERAL EVIDENCE

Plaintiff, Aaron Coates, respectfully moves for order to permit inspection of federal evidence related to claims in Plaintiff's Complaint. In support of this Motion, Plaintiff states as follows:

1. Award of Motion will not prejudice any Defendant.

2. Award of Motion will further overall obligation and commitment to just, inexpensive and speedy determination of this matter.

3. Plaintiff is willing to offer same permission to all Defendants.

WHEREFORE, Plaintiff respectfully requests that this Court enter Default Judgment against Defendant Hoover, Hull, Turner LLP and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ August 31, 2018