# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates**<br>*Plaintiff*<br>v.<br>**Valeo Financial Advisors, LLC, et. al.,**<br>*Defendants* | No.: 3:18-cv-000574-JD-APR<br><br>Judge Jon E. DeGuilio<br><br>Magistrate Judge Andrew P. Rodovich |

## ORDER TO PERMIT INSPECTION OF FEDERAL EVIDENCE

Aaron Coates, Pro Se Plaintiff against multiple parties for Qui Tam claims of Civil Rights, Fraud, Forgery, Obstruction of Justice, and Racketeering, and other claims for RICO, Unfair Competition, and Due Process violations having filed his Motion for Order to Permit Inspection of Federal Evidence, and the Court having read said Motion and being duly advised in the premises now GRANTS that Motion.

IT IS THEREFORE ORDERED, ADJUGED, AND DECREED by the Court that all federal authorities permit inspection / duplication of any evidence or information that may be discoverable according to Federal Rules of Civil Procedure related to Plaintiff's claims against Defendant parties.

Date: _____          _____
                               Judge/Magistrate, United States District Court

Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:
Aaron Coates
18709 Taft Ct.
Goshen, IN 46528