FILED

SEP 05 2018

At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Aaron Coates** | ) | No.: 3:18-cv-000574-JD-APR |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | **JUDGE JON E. DeGUILIO** |
| | ) | |
| **Valeo Financial Advisors, LLC, et. al.,** | ) | **MAGISTRATE JUDGE ANDREW P.** |
| *Defendants* | ) | **RODOVICH** |
| | ) | |

## PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR
## ORDER TO INSPECT FEDERAL EVIDENCE

Plaintiff, Aaron Coates, moves for order to permit inspection of federal evidence related to claims in Plaintiff's Complaint. This Order is nearly certain to allow the Court to fulfill its obligation and commitment to secure the just, speedy, and inexpensive determination of this action with substantially less burden than by denial.

### STATEMENT OF FACTS

Pro Se Plaintiff, Aaron Coates, filed suit against 37 parties for Qui Tam claims of Civil Rights, Fraud, Forgery, Obstruction of Justice, and Racketeering, and other claims for RICO, Unfair Competition, and Due Process violations. Even the very little evidence attached to Coates's Complaint demonstrates one party, Judge Mary G. Willis, in her former capacity as Chief Administrative Officer for the Indiana Appellate and Supreme Courts unmistakably backdated an order, which is unmistakable forgery. This evidence is publicly available on the internet.

The 37 parties faced by Coates are themselves, or represented by well-connected legal experts having personal relationships, connections, and involvement with nearly every court and group of legal professionals at every level in and near Indiana.

## ARGUMENT

With the extraordinary claims in Plaintiff's Complaint, and resources and arguments available to Defendants, this Court should expect lengthy arguments on judicial immunity and attorney client privilege. But that will only be once many other procedural challenges seek to wear Plaintiff down. Plaintiff is excited for the challenge. But irrespective of the outcome, the Court, the public trust in the judicial system (the only branch consistently trusted by most Americans) could be in danger.

Plaintiff has material reason to believe that one or more federal investigative agencies have evidence to support Plaintiff's claims. If Plaintiff is permitted to inspect and include in discovery exchanges, obstructive arguments that have no merit, such as judicial immunity—an argument for judgment not a valid claim for privilege—would be avoided, and with it, the painful drip torture likely now being prepared.

Awarding Plaintiff's Motion has no chance to prejudice any Defendant as any evidence still must face Court determination of admissibility. Further, Plaintiff is completely willing to agree to the same order for all Defendants against Plaintiff. And Plaintiff has reason to believe that a material amount of evidence of activities

by Plaintiff over the past few years has been acquired by federal investigative authorities. Almost certainly, some Defendants continue to wonder if a bar licensed attorney has materially assisted Plaintiff without filing an appearance and thereby violating Professional Conduct rules. Federal evidence that would be produced under such an order would likely allow that determination.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully moves the Court grant Order to Inspect Federal evidence and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ August 31, 2018

3

CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion and Brief in support is being hand delivered to the Court for filing and thereafter will be served upon all Defendants in accordance with the Federal Rules of Civil Procedure.

Valeo Financial Advisors, LLC
Hoover, Hull, Turner, LLP
John T. Wortman, John C. Trott
Gregory A. Fulk, Andrew W. Hull
Kenneth J. Munson, Wayne Turner
Michael J. Blinn, Evan D. Carr
Susanne (Heckler) Johnson, Fortuna Gipson
Melodie M. Alexander, Camie Swanson-Hull
**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
111 Monument Circle #4400
Indianapolis, IN 46204

**Gibson Insurance**
c/o Timothy Leman, CEO
130 S. Main St., Suite 400
South Bend, IN 46634

Fidelity Institutional
**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
425 Walnut St., Suite 1800
Cincinnati, OH 45202

Valparaiso University
Mark Heckler
**Husch Blackwell LLP**
Aleksandra Rushing
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433

Clerk of the Indiana Appellate and Supreme Court
Court of Appeals of Indiana, Judge Michael P. Barnes
Sara C. Blainbridge, Judge Elaine B. Brown
Michelle Chuta, Larron Golden
Marion County Prosecutor, Marion County Superior Court
Judge Paul D. Mathias, Judge Edward W. Najam, Jr.
Commissioner David L. Ober, Greg Pachmayr
Judge Heather A. Welch, Judge Mary G. Willis
Judge Nancy H. Vaidik
**Office of Attorney General Curtis Hill**
c/o Kelly Cochran and Joshua Lowry
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204

Marion County Clerk of Court
**Office of Corporation Counsel**
Grant E. Helms
200 E. Washington St., Suite 1601
Indianapolis, IN 46204

Pamela K. Koehler
**Kightlinger & Gray, LLP**
Louis J. Britton
One Indiana Square, Suite 300
211 North Pennsylvania St.
Indianapolis, IN 46204

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ August 31, 2018