A. Coates
18709 Taft Ct.
Goshen IN 46528



FT Wayne IN 46802
FRI 31 AUG 2018 PM

US District Court Clerk
102 Federal Building
204 S. Main St.
South Bend IN 46601