**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

AARON COATES,

Plaintiff,

v.

VALEO FINANCIAL ADVISORS, LLC,
GIBSON INSURANCE AGENCY, INC.
FIDELITY INSTITUTIONAL,
a division of FMR, LLC,
HOOVER, HULL TURNER, LLP,
LUTHERAN UNIVERSITY
ASSOCIATION, INC. d/b/a VALPARAISO
UNIVERSITY AND LAW SCHOOL,
MARION COUNTY SUPERIOR COURT,
MARION COUNTY CLERK OF COURT,
MARION COUNTY PROSECUTOR,
COURT OF APPEALS OF INDIANA,
Judge Michael P. Barnes (former)
Judge Edward W. Najam, Jr.
Judge Paul D. Mathias
Judge Elaine B. Brown
Sara C. Blainbridge
CLERK OF THE INDIANA APPELLATE AND
SUPREME COURT,
Greg Pachmayr
"Laron" or "Aaron"
"Michelle"
JOHN T. WORTMAN and JOHN C. TROTT,
Individually and as owners and managers of
Valeo Financial Advisors, LLC
GREGORY A. FULK, individually and as
Manager of Valeo Financial Advisors, LLC
PAMELA K. KOEHLER, individually and as
legal representative for Valeo Financial
Advisors, LLC
ANDREW W. HULL, KENNETH J. MUNSON
and WAYNE TURNER, individually and as
partners of Hoover, Hull, Turner, LLP, and
legal representative for Valeo Financial
Advisors, LLC
MICHAEL J. BLINN, EVAN D. CARR, and
SUSANNE (HECKLER) JOHNSON,
individually and associates of Hoover, Hull

Cause No. 3:18 CV 574

Turner, LLP, and legal representatives for )
Valeo Financial Advisors, LLC )
FORTUNA GIPSON and MELODIE M. )
ALEXANDER, individually and as employees )
of Hoover, Hull, Turner, LLP )
JUDGE HEATHER A. WELCH, individually )
and as judge Marion Superior Court D01 )
MARY G. WILLIS, individually and as Chief )
Administrative Officer for the Indiana )
Appellate and Supreme Court )
JUDGE NANCY H. VAIDIK, individually and )
as Chief Judge of the Indiana Court of Appeals )
MARK A. HECKLER, individually and as )
President of Valparaiso University )
DAVID L. OBER, individually as Indians State )
Representative, and as IURC Commissioner )
and CAMIE L. SWANSON HULL )
)
Defendants. )

---

**APPEARANCE**

---

To the Clerk of this Court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to S.D. Ind. L.R. 83.5(b) of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Please enter my appearance as counsel in this case for Defendant, Gibson Insurance Agency, Inc.

Dated: 9/5/2018

BARRETT McNAGNY, LLP

By: */s/ Kevin K. Fitzharris*

Kevin K. Fitzharris, #15425-02
215 East Berry Street
Fort Wayne, IN 46802
Tel: (260) 423-9551
Fax: (260) 423-8920
E-mail: kkf@barrettlaw.com

*Attorneys for Defendant Gibson Insurance Agency, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served on the following individuals through IEFS or by first class U.S. Mail on this 5th day of September, 2018:

Mr. Aaron S. Coates
18709 Taft Ct.
Goshen, IN 46528

David J. Hensel, Esq.
Michael A. Dorelli, Esq.
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Michael L. Meyer, Esq.
TAFT STETTINIUS & HOLLISER, LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

John W. Borkowski, Esq.
Aleksandra O. Rushing, Esq.
HUSCH BLACKWELL LLP
1251 North Eddy Street, Suite 200
South Bend, IN 46617

Joshua R. Lowry, Esq.
Kelly D. Cochran, Esq.
Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204-2770

Grant E. Helms, Esq.
Office of Corporation Counsel
200 East Washington St., Room 1601
Indianapolis, IN 46204

Louis J. Britton, Esq.
KIGHTLINGER & GRAY LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204

*/s/ Kevin K. Fitzharris*
Kevin K. Fitzharris