UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Cause No. 3:18 CV 574 ) ) |
| VALEO FINANCIAL ADVISORS, LLC, et al., | ) ) |
| Defendants. | ) |

**AGREED MOTION FOR EXTENSION OF TIME TO MOVE,
ANSWER, OR OTHERWISE RESPOND**

Defendant Gibson Insurance Agency, Inc. ("Gibson"), by and through counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 6-1(a) of the N.D. Ind. Local Rules, respectfully requests that this Court grant Gibson up to and including September 28, 2018 in which Gibson may move, answer, or otherwise respond to the Complaint of Plaintiff, Aaron Coates ("Plaintiff"). Gibson was served with the Complaint on or about August 13, 2018, making its current deadline to respond approximately September 5, 2018. Gibson respectfully requests that it have up to and including September 28, 2018 to respond.

Plaintiff consented to this request during an e-mail exchange dated September 4, 2018 with counsel for Gibson.

2128194

BARRETT McNAGNY, LLP

By: /s/ Kevin K. Fitzharris
Kevin K. Fitzharris, #15425-02
215 East Berry Street
Fort Wayne, IN 46802
Tel: (260) 423-9551
Fax: (260) 423-8920
E-mail: kkf@barrettlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the following individuals through IEFS or by first class U.S. Mail on this 5th day of September, 2018:

Mr. Aaron S. Coates
18709 Taft Ct.
Goshen, IN 46528

David J. Hensel, Esq.
Michael A. Dorelli, Esq.
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Michael L. Meyer, Esq.
TAFT STETTINIUS & HOLLISER, LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

John W. Borkowski, Esq.
Aleksandra O. Rushing, Esq.
HUSCH BLACKWELL LLP
1251 North Eddy Street, Suite 200
South Bend, IN 46617

Joshua R. Lowry, Esq.
Kelly D. Cochran, Esq.
Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204-2770

Grant E. Helms, Esq.
Office of Corporation Counsel
200 East Washington St., Room 1601
Indianapolis, IN 46204

Louis J. Britton, Esq.
KIGHTLINGER & GRAY LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204

/s/ Kevin K. Fitzharris
Kevin K. Fitzharris

Page 2 of 2

2128194