UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS HOOVER HULL TURNER LLP'S RESPONSE TO PLAINTIFF'S APPLICATION FOR ENTRY OF DEFAULT JUDGMENT AND FOR JOINDER IN MOTION FOR EXTENSION OF TIME**

Defendant, Hoover Hull Turner LLP ("HHT"), by counsel, hereby files its Response to Plaintiff's Application for Entry of Default Judgment and for Joinder in Motion for Extension of Time.  In support of this Response, HHT states as follows:

1. On August 22, 2018, the undersigned entered their Appearances on behalf of HHT and several other named Defendants (the "HHT Defendants" and the "Valeo Defendants"). [Dkt. Nos. 17 and 19.]

2. On August 22, 2018, the HHT and Valeo Defendants filed their Motion for Initial Extension of Time to Respond to Plaintiff's Complaint [Dkt. 18]. Through inadvertent clerical error, the actual law firm, HHT, was not identified in the opening paragraph or the prayer for relief in the Motion for Initial Extension.  Of course, the "HHT Defendants" was intended to include HHT.

3. On August 30, 2018, counsel for the HHT and Valeo Defendants spoke with Plaintiff regarding the requested extension and Plaintiff agreed to an extension of time to and including September 26, 2018, by which the HHT Defendants and the Valeo Defendants must file their response(s) to Plaintiff's Complaint.

4. On August 30, 2018, the HHT and Valeo Defendants filed their "Supplement to Defendants' Motion for Initial Extension of Time for Hoover Hull Turner Defendants to Respond to Complaint" (the "Supplement") [Dkt. No. 38], indicating Plaintiff's agreement to the requested extension.

5. Again, due to mere clerical error, HHT was inadvertently omitted from the list of "HHT Defendants."

6. The above-described clerical error constitutes excusable neglect for HHT's request that it be joined and included in the parties' agreed extension of the response deadline for the HHT Defendants and the Valeo Defendants to respond to Plaintiff's Complaint, to and including September 26, 2018.

7. Submitted contemporaneously herewith via email (on which Plaintiff is copied) is an updated proposed Order, granting the requested, agreed upon extension to all HHT and Valeo Defendants, including HHT, along with a proposed Order denying Plaintiff's Application for Entry of Default Judgment.

WHEREFORE, Defendant Hoover Hull Turner LLP, by counsel, respectfully requests that the Court deny Plaintiff's Application for Entry of Default Judgment, and that it be properly included in the Court's Order granting the HHT and Valeo Defendants' request for an extension to and including September 26, 2018 within which to file their response to Plaintiff's Complaint, in addition to granting all other proper relief.

Respectfully submitted,

  /s/ Michael A. Dorelli
David J. Hensel, (#15455-49)
Michael A. Dorelli (#20862-49)
HOOVER HULL LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN  46244-0989
Tel:    (317) 822-4400
Fax:    (317) 822-0234
Email: mdorelli@hooverhull.com
        dhensel@hooverhullturner.com

Counsel for the HHT and Valeo Defendants

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the Plaintiff and all registered participants as identified on the Notice of Electronic Filing (NEF) on September 5, 2018.

I hereby certify that this document filed through the ECF system will be sent to the Plaintiff, Aaron Coates as follows:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528
acoates@relevantfinancial.com

  /s/ Michael A. Dorelli

972873