-FILED-
SEP 17 2018
At _____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Aaron Coates | ) | No.: 3:18-cv-000574-JD-APR |
| *Plaintiff* | ) | |
| v. | ) | Judge Jon E. DeGuilio |
| | ) | |
| Valeo Financial Advisors, LLC, et. al., | ) | Magistrate Judge Andrew P. Rodovich |
| *Defendants* | ) | |
| | ) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Aaron Coates, respectfully requests that this Court grant a twenty-eight (28) day extension of time for Plaintiff to respond to Marion County Clerk of Court's ("Defendant") Motion to Dismiss up to and including October 15, 2018. In support of this Motion, Plaintiff states as follows:

1. Defendant filed its Motion to Dismiss (Docket 34) on August 29, 2018.

2. On August 30, 2018, the Court ordered Defendant (Docket 36) to provide notice to Plaintiff, proceeding pro se, of his right to respond within fourteen (14) days of service of that notice.

3. Defendant filed its notice with the Court on August 31, 2018, and regular mailed the notice to Plaintiff. While Plaintiff is unsure of exact day of receipt, he believes it was not earlier than September 3, 2018 making the deadline for response no earlier than September 17, 2018.

4. Counsel for Defendant, in a phone conversation on September 13, 2018, agreed to permit Plaintiff an extension of time to respond to Defendant's Motion to Dismiss.

5. Plaintiff does not believe award of Motion will prejudice the Defendant.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request and for all other relief that is just and proper.

*Respectfully submitted,*

*[signature]*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ September 14, 2018

## CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion and draft order is being certified mailed to the Court for filing and thereafter will be served upon all Defendants in accordance with the Federal Rules of Civil Procedure.

Valeo Financial Advisors, LLC
Hoover, Hull, Turner, LLP
John T. Wortman, John C. Trott
Gregory A. Fulk, Andrew W. Hull
Kenneth J. Munson, Wayne Turner
Michael J. Blinn, Evan D. Carr
Susanne (Heckler) Johnson, Fortuna Gipson
Melodie M. Alexander, Camie Swanson-Hull
**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
111 Monument Circle #4400
Indianapolis, IN 46204

Gibson Insurance
**Barrett McNagny, LLP**
Kevin K. Fitzharris
215 East Berry St.
Fort Wayne, IN 46802

Fidelity Institutional
**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
425 Walnut St., Suite 1800
Cincinnati, OH 45202

Valparaiso University
Mark Heckler
**Husch Blackwell LLP**
Aleksandra Rushing
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433

Clerk of the Indiana Appellate and Supreme Court
Court of Appeals of Indiana, Judge Michael P. Barnes
Sara C. Blainbridge, Judge Elaine B. Brown
Michelle Chuta, Larron Golden
Marion County Prosecutor, Marion County Superior Court
Judge Paul D. Mathias, Judge Edward W. Najam, Jr.
Commissioner David L. Ober, Greg Pachmayr
Judge Heather A. Welch, Judge Mary G. Willis
Judge Nancy H. Vaidik
**Office of Attorney General Curtis Hill**
c/o Kelly Cochran and Joshua Lowry
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204

Marion County Clerk of Court
**Office of Corporation Counsel**
Grant E. Helms
200 E. Washington St., Suite 1601
Indianapolis, IN 46204

Pamela K. Koehler
**Kightlinger & Gray, LLP**
Louis J. Britton
One Indiana Square, Suite 300
211 North Pennsylvania St.
Indianapolis, IN 46204

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ September 14, 2018