Aaron Coates
18709 Taft Ct
Goshen IN 46528

**CERTIFIED MAIL**

7018 0360 0002 2119 4981







U.S. POSTAGE PAID
FCM LG ENV
ELKHART, IN
46516
SEP 14, 18
AMOUNT
**$4.66**
R2305H127513-06

1000    46601

United States District Court Clerk
Northern District of Indiana
102 Federal Building
204 S. Main St.
South Bend IN 46601