UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates**<br>  *Plaintiff*<br>    v.<br>**Valeo Financial Advisors, LLC, et. al.,**<br>  *Defendants* | No.: 3:18-cv-000574-JD-APR<br><br>Judge Jon E. DeGuilio<br><br>Magistrate Judge Andrew P. Rodovich |

### ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

The Court, having reviewed Plaintiff, Aaron Coates' Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss, to Marion County Clerk of Court's Motion to Dismiss, now GRANTS Plaintiff's Motion.

Plaintiff, Aaron Coates, shall have up to and including October 15, 2018 to respond to Defendant's Motion.

Date: _____    _____

                                                                     Judge/Magistrate, United States District Court

Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:
Aaron Coates
18709 Taft Ct.
Goshen, IN 46528