UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Case No. 3:18-cv-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS, et al., | ) |
| | ) |
| Defendants. | ) |

**JOINT RESPONSE TO PLAINTIFF'S MOTION FOR ORDER TO INSPECT FEDERAL EVIDENCE**

Defendants, Valeo Financial Advisors, LLC; Hoover, Hull, Turner LLP; John T. Wortman; John C. Trott; Gregory A. Fulk; Andrew W. Hull; Kenneth J. Munson; Wayne Turner; Michael J. Blinn; Evan D. Carr; Susanne (Heckler) Johnson; Fortuna Gipson; Melodie M. Alexander; Camie J. Sawnson-Hull; Clerk of the Indiana Appellate and Supreme Court; Court of Appeals of Indiana; Judge Michael P. Barnes; Sara C. Blainbridge; Judge Elaine B. Brown; Michelle Chuta; Larron Golden; Marion County Prosecutor; Marion County Superior Court; Judge Paul D. Mathias; Judge Edward W. Najam, Jr.; Commissioner David L. Ober; Greg Pachmayr; Judge Heather A. Welch; Judge Mary G. Willis; and Judge Nancy H. Vaidik (together, "Defendants"), by undersigned counsel, jointly file this response in opposition to Plaintiff Aaron Coates' ("Plaintiff") Motion for Order to Inspect Federal Evidence ("Motion") (ECF 43, 44.)

Defendants respectfully request this Court deny Plaintiff's Motion, as it is both opaque and procedurally improper.

    a.  **Plaintiff's Motion is unclear.**

For a number of reasons, Plaintiff's Motion is fatally unclear. First, in an apparent clerical error, Plaintiff's prayer for relief requests "this Court enter Default Judgment against Defendant Hoover, Hull, Turner LLP and for all other relief that is just and proper." (ECF 43, p. 2.) Second, even without this clerical error, Plaintiff's Motion is so imprecise it is near impossible for Defendants to formulate a response. Plaintiff requests this Court permit him to inspect "federal evidence related to claims in Plaintiff's Complaint." (ECF 43, p. 1.) Plaintiff does not specify what "federal evidence" he seeks, how it is related to his claims, why such evidence is required this early in the proceedings, or who possesses this "federal evidence." Because Plaintiff's Motion fails to put Defendants on notice of its scope and purpose, such that Defendants could properly respond or attempt to comply with Plaintiff's request, Defendants respectively request this Court deny Plaintiff's Motion.

### b. To the extent Plaintiff seeks discovery from Defendants, his Motion is procedurally improper.

Should this Court generously interpret Plaintiff's Motion as seeking discovery from any Defendant, Plaintiff's request is procedurally improper.

First, a Plaintiff may not seek discovery from any Defendant until all parties have met and conferred, as required by Federal Rule of Civil Procedure 26(f). *See* Fed. R. Civ. P. 26(d)(1). Because the parties have not yet met and conferred on this case, Plaintiff's request for discovery is untimely.

Second, Plaintiff's attempted discovery request does not meet the content requirements set forth in the Federal Rules of Civil Procedure. Plaintiff's Motion does not allow either Defendants or this Court to determine whether Plaintiff's request falls within the scope of discovery, as set forth in Federal Rule of Civil Procedure 26(b)(1). Plaintiff's Motion does not provide sufficient detail to establish whether the information or documents Plaintiff seeks are

nonprivileged, relevant, and proportional to the needs of the case. *See* Fed. R. Civ. P. 26(b)(1). Plaintiff's attempt at formulating a request for production of documents further fails, as Plaintiff's Motion does not "describe with reasonable particularity each item or category of items to be inspected[,]" nor does it "specify a reasonable time, place, and manner for inspection[.]" *See* Fed. R. Civ. P. 34(b)(1). Again, Plaintiff merely requests inspection of "federal evidence" he believes to be in the possession of "one or more federal investigative agencies…." He fails to identify a single document, piece of information, or "federal agency" to which he refers.

Third, though unclear, Plaintiff may seek an order from this Court compelling discovery. To the extent Plaintiff's Motion is read as a motion to compel, it is entirely improper. A motion to compel discovery requires an attempt at discovery be made. Such a motion is proper only where a plaintiff has served an opposing party with written discovery, and that party has failed to respond or produce documents. *See* Fed. R. Civ. P. 37(a)(3)(B)(iv). This suit has only just begun, with counsel for all thirty-six (36) parties having recently filed an appearance and begun preparing a response to Plaintiff's Complaint. Plaintiff has not served written discovery requests on any Defendant, and therefore cannot request this Court issue an order compelling discovery. Even assuming Plaintiff had served requests on any Defendant, and a motion to compel was timely, Plaintiff has failed to confer or attempt to confer with any Defendant regarding discovery sought, as required by Federal Rule of Civil Procedure 37(a)(1).

And fourth, because Defendants anticipate filing motions to dismiss and stay discovery, any attempt to conduct discovery at this point is premature.

Thus, because Plaintiff's Motion is both unclear and procedurally improper, this Court should deny Plaintiff's request.

WHEREFORE, Defendants respectfully request this Court deny Plaintiff's Motion for Order to Inspect Federal Evidence, and grant all other just and proper relief.

                                  Respectfully submitted,

                                  CURTIS T. HILL, JR.
                                  Attorney General of Indiana
                                  Attorney No. 13999-20

Date: September 19, 2018        By:  *s/ Kelly D. Cochran*
                                  Kelly D. Cochran
                                  Deputy Attorney General
                                  Attorney No.  34543-49

                                  *s/ Michael A. Dorelli*
                                  Michael A. Dorelli
                                  Hoover Hull Turner LLP
                                  Attorney No.  20862-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-2415
Fax:     (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov

HOOVER HULL TURNER LLP
111 Monument Cir Ste 4400
PO Box 44989
Indianapolis, IN 46244-0989
Phone: 317-822-4400
Fax:    317-822-0234
Email:  mdorelli@hooverhullturner.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

I further certify that on September 19, 2018, a copy of the foregoing was mailed, by first-class U.S. Mail, postage prepaid, to the following non CM/ECF participant:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528
*Plaintiff, Pro Se*

Kevin K Fitzharris
Barrett McNagny LLP
215 E Berry St
PO Box 2263
Fort Wayne, IN 46802
Email: kkf@barrettlaw.com

Michael Lawrence Meyer
Taft Stettinius & Hollister LLP
425 Walnut St Ste 1800
Cincinnati, OH 45202-3957
Email: mmeyer@taftlaw.com

John W Borkowski
Husch Blackwell LLP
1251 N Eddy St Ste 200
South Bend, IN 46617
Email: John.Borkowski@huschblackwell.com

Aleksandra Ostojic Rushing
Husch Blackwell LLP
190 Carondelet Plz Ste 600
Saint Louis, MO 63105-3433
Email: aleks.rushing@huschblackwell.com

Grant E Helms
Office of Corporation Counsel
200 E Washington St Rm 1601

Indianapolis, IN 46204
Email: grant.helms@indy.gov

Louis Joseph Britton
Kightlinger & Gray LLP
One Indiana Square Ste 300
211 N Pennsylvania St
Indianapolis, IN 46204
Email: lbritton@k-glaw.com

                                        *s/ Kelly D. Cochran*
                                        Kelly D. Cochran
                                        Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-2415
Fax:     (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov