UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

|  |  |  |
|---|---|---|
| AARON COATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:18-cv-574-JD-MGG |
| | ) | |
| VALEO FINANCIAL ADVISORS, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION TO DISMISS

COME NOW, through undersigned counsel, Defendants the Lutheran University Association d/b/a Valparaiso University ("Valparaiso" or the "University") and Valparaiso President Mark A. Heckler (collectively "the Valparaiso Defendants") and, pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss Plaintiff Aaron Coates' Complaint against them. For the reasons described more fully in the Valparaiso Defendants' Memorandum in Support of their Motion to Dismiss, which is being filed contemporaneously with this Motion, Plaintiff's Complaint fails to state any claim against the Valparaiso Defendants upon which relief can be granted.

Therefore, the Valparaiso Defendants respectfully ask the Court to dismiss Plaintiff's claims against them with prejudice and to grant Valparaiso University and President Heckler any and all other relief that the Court deems appropriate.

Respectfully submitted,

*/s/ John W. Borkowski*
John W. Borkowski
HUSCH BLACKWELL LLP
1251 North Eddy Street Suite 200
South Bend, Indiana 46617
P: 574-239-7010
F: 574-287-3116
john.borkowski@huschblackwell.com

Aleksandra Ostojic Rushing
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, Missouri 63105
P: 314.480.1500
F: 314.480.1505
aleks.rushing@huschblackwell.com

*Attorneys for Defendant Lutheran University Association d/b/a Valparaiso University and Defendant Mark A. Heckler*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 20th, 2018, the preceding document was filed electronically through the Court's CM/ECF system and served on Plaintiff via U.S. mail and electronic mail as follows:

Aaron S. Coates
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com

*s/ John W. Borkowski*