UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES,           )  | |
| )  | |
| Plaintiff,   ) | |
| )  | |
| v.             )  | Case No. 3:18-cv-574-JD-APR |
| )  | |
| VALEO FINANCIAL ADVISORS,   ) | |
| et al.,           )  | |
| )  | |
| Defendants.   ) | |

## MOTION FOR LEAVE TO FILE OVERSIZED BRIEF

State Defendants Clerk of the Indiana Appellate and Supreme Court, Court of Appeals of Indiana, Judge Michael P. Barnes, Sara C. Blainbridge, Judge Elaine B. Brown, Michelle Chuta, Larron Golden, Marion County Prosecutor, Marion County Superior Court, Judge Paul D. Mathias, Judge Edward W. Najam, Jr., Commissioner David L. Ober, Greg Pachmayr, Judge Heather A. Welch, Judge Mary G. Willis, and Judge Nancy H. Vaidik ("State Defendants"), by counsel, pursuant to Local Rule 7-1(e)(2), respectfully request leave to file an oversize brief consisting of up to 30 pages, and in support of this Motion state as follows:

1. The current deadline to file a response to Plaintiff's Complaint is September 28, 2018. (ECF 49.)

2. Plaintiff's Complaint consists of 51 pages, 228 numbered paragraphs, and multiple exhibits.

3. Plaintiff sets forth nine counts for relief under both federal and state law.

4. There are sixteen (16) State Defendants; each plans to file a motion to dismiss.

1

5. In the interest of efficiency, and to avoid unnecessary repetition and expenditure of the Court's time, State Defendants plan to file one collective brief seeking to dispose of this suit.

6. Undersigned counsel has genuinely attempted to cut State Defendants' memorandum in support of their motion to dismiss down to 25 pages or less. However, given the number of State Defendants and facts and law pertinent to this case, Counsel was unable to do so without removing content critical to State Defendants' motion.

7. Thus, State Defendants require more than the maximum 25 pages for their memorandum in order to fairly present the issues for dismissal to this Court.

8. Counsel for State Defendants will comply with Local Rule 7-1(e)(2), requiring a table of contents with page references, table of authorities, and issue statement for oversize briefs.

WHEREFORE, State Defendants, by counsel, respectfully request that they be given leave to file an oversize brief consisting of up to 30 pages.

                Respectfully submitted,

                CURTIS T. HILL, JR.
                Attorney General of Indiana
                Atty. No. 13999-20

      By:    *s/ Kelly D. Cochran*
                Kelly D. Cochran
                Deputy Attorney General
                Atty. No. 34543-49

## CERTIFICATE OF SERVICE

I certify that on September 24, 2018, a copy of the foregoing was filed electronically using the Court's CM/ECF system, sending notice to the following parties who may access this filing using the Court's system:

David J. Hensel
HOOVER HULL TURNER LLP
LLPdhensel@hooverhullturner.com

Michael A. Dorelli
HOOVER HULL TURNER
modorelli@hooverhullturner.com

Kevin K. Fitzharris
BARRETT MCNAGNY LLP
kkf@barrettlaw.com

Michael Lawrence Meyer
TAFT STETTINIUS & HOLLISTER LLP
mmeyer@taftlaw.com

John W. Borkowski
HUSCH BLACKWELL LLP
john.borkowski@huschblackwell.com

Aleksandra Ostojic Rushing
HUSCH BLACKWELL LLP
aleks.rushing@huschblackwell.com

Grant E. Helms
OFFICE OF CORPORATION COUNSEL
grant.helms@indy.gov

Louis Joseph Britton
KIGHTLINGER & GRAY LLP
lbritton@k-glaw.com

I also certify that a copy of the foregoing has been served this September 24, 2018 by first-class, United States mail, postage pre-paid, on:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528

           *s/ Kelly D. Cochran*
           Kelly D. Cochran
           Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204
Telephone:  (317) 234-2415
Fax:  (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov