UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

FILED
SEP 24 2018
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Aaron Coates** | ) | NO.: 3:18-cv-000574-JD-APR |
| *Plaintiff* | ) | |
| v. | ) | **JUDGE JON E. DEGUILIO** |
| | ) | |
| **Valeo Financial Advisors, LLC, et. al.,** | ) | **MAGISTRATE JUDGE ANDREW P. RODOVICH** |
| *Defendants* | ) | |
| | ) | |

### EMERGENCY MOTION FOR STAY ON ALL PROCEEDINGS

Plaintiff, Aaron Coates, respectfully requests the Court grant an emergency stay on all proceedings while it considers Plaintiff's Motion to Subpoena Evidence, and Motion for Evidentiary Hearing on Claim of Excusable Neglect.

Plaintiff is concerned for a fair trial, and due process for all parties, including those represented by Mr. Dorelli. Plaintiff is requesting this stay, to ensure the rights, arguments, and defenses of all parties are preserved, and that no irrevocable actions or admissions, prior to the Court deciding if Dorelli's actions deserve special attention and if so, to consider them. As argued more fully in concurrent filings all three of Dorelli's filings appear to lack the competence or diligence necessary for him to commonly represent the number of Defendants. If his actions were somehow intentional, then he is willfully acting for his own self-interest in direct conflict to his clients, and violating countless professional rules. Either warrants the Court's attention.

The Court may also wish, in consideration of the impending responsive deadline for Mr. Dorelli's clients this Friday, September 28, 2018, to protect those Defendants from filing a responsive pleading this week, ensuring they preserve all defenses should any choose to appoint new counsel.

Considering the urgency of this matter, and the prejudice of paper filing by 4:00 p.m., Plaintiff did not seek agreement from other parties. Explanation of the reasons laid out, then consideration by counsel other than Dorelli, would almost certainly have delayed this emergency filing by another day, especially with Plaintiff's forty (40) minute drive to the Court. As this motion is to protect the rights of opposing parties, and Plaintiff makes this Motion, no party will be prejudiced. In fact, prejudice may be stopped or prevented.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ September 24, 2018

### CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion and draft order is being certified mailed to the Court for filing and thereafter will be served upon all Defendants in accordance with the Federal Rules of Civil Procedure.

Valeo Financial Advisors, LLC
Hoover, Hull, Turner, LLP
John T. Wortman, John C. Trott
Gregory A. Fulk, Andrew W. Hull
Kenneth J. Munson, Wayne Turner
Michael J. Blinn, Evan D. Carr
Susanne (Heckler) Johnson, Fortuna Gipson
Melodie M. Alexander, Camie Swanson-Hull
**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
111 Monument Circle #4400
Indianapolis, IN 46204

Gibson Insurance
**Barrett McNagny, LLP**
Kevin K. Fitzharris
215 East Berry St.
Fort Wayne, IN 46802

Fidelity Institutional
**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
425 Walnut St., Suite 1800
Cincinnati, OH 45202

Valparaiso University
Mark Heckler
**Husch Blackwell LLP**
Aleksandra Rushing
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433

Clerk of the Indiana Appellate and Supreme Court
Court of Appeals of Indiana, Judge Michael P. Barnes
Sara C. Blainbridge, Judge Elaine B. Brown
Michelle Chuta, Larron Golden
Marion County Prosecutor, Marion County Superior Court
Judge Paul D. Mathias, Judge Edward W. Najam, Jr.
Commissioner David L. Ober, Greg Pachmayr
Judge Heather A. Welch, Judge Mary G. Willis
Judge Nancy H. Vaidik
**Office of Attorney General Curtis Hill**
c/o Kelly Cochran and Joshua Lowry
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204

Marion County Clerk of Court
**Office of Corporation Counsel**
Grant E. Helms
200 E. Washington St., Suite 1601
Indianapolis, IN 46204

Pamela K. Koehler
**Kightlinger & Gray, LLP**
Louis J. Britton
One Indiana Square, Suite 300
211 North Pennsylvania St.
Indianapolis, IN 46204

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ September 24, 2018

4

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates** )<br>　*Plaintiff* )<br>　　　　　　v. )<br>**Valeo Financial Advisors, LLC, et. al.,** )<br>　*Defendants* )<br>　　　　　　 ) | NO.: 3:18-cv-000574-JD-APR<br><br>**JUDGE JON E. DEGUILIO**<br><br>**MAGISTRATE JUDGE ANDREW P. RODOVICH** |

### EMERGENCY ORDER OF STAY ON ALL PROCEEDINGS

Plaintiff, Aaron Coates, having moved for emergency stay on all proceedings in this matter while the Court considers the usefulness of motions regarding Mr. Dorelli, and the Court having read said Motion and being duly advised in the premises now GRANTS that motion.

All proceedings in this matter are hereby stayed until further notice by this Court and the timeline to be rescheduled at a later date.

Date: _____     _____
　　　　　　　　　　　　　　　　　Judge/Magistrate, United States District Court

Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528