# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates** <br> *Plaintiff* <br><br> v. <br><br> **Valeo Financial Advisors, LLC, et. al.,** <br> *Defendants* | No.: 3:18-cv-000574-JD-APR <br><br> **JUDGE JON E. DEGUILIO** <br><br> **MAGISTRATE JUDGE ANDREW P. RODOVICH** |

## MOTION FOR EVIDENTIARY HEARING

Plaintiff, Aaron Coates, respectfully requests the Court schedule an evidentiary hearing for one month following the deadline for Mr. Dorelli's to comply with the subpoena for evidence demonstrating the facts of his claim of "inadvertent clerical error" that he believes constitutes excusable neglect enough to justify denying Plaintiff's Application for Default Judgment and allowing an extension of time for Hoover, Hull, Turner, LLP.

Plaintiff does not believe this Motion would prejudice any party in any way. If the Court determines Mr. Dorelli's claim is not supported by the facts, the Court will be in a position to ensure that all parties are properly represented instead of possibly discovering much later that Mr. Dorelli was not fit to properly represent his clients, which would place the Court in a difficult position of how to proceed. If facts do support Mr. Dorelli's claim, then just by the exercise, he will hopefully be more attentive going forward to avoid further complications.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ September 24, 2018

## CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion and draft order is being certified mailed to the Court for filing and thereafter will be served upon all Defendants in accordance with the Federal Rules of Civil Procedure.

Valeo Financial Advisors, LLC
Hoover, Hull, Turner, LLP
John T. Wortman, John C. Trott
Gregory A. Fulk, Andrew W. Hull
Kenneth J. Munson, Wayne Turner
Michael J. Blinn, Evan D. Carr
Susanne (Heckler) Johnson, Fortuna Gipson
Melodie M. Alexander, Camie Swanson-Hull
**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
111 Monument Circle #4400
Indianapolis, IN 46204

Gibson Insurance
**Barrett McNagny, LLP**
Kevin K. Fitzharris
215 East Berry St.
Fort Wayne, IN 46802

Fidelity Institutional
**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
425 Walnut St., Suite 1800
Cincinnati, OH 45202

Valparaiso University
Mark Heckler
**Husch Blackwell LLP**
Aleksandra Rushing
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433

Clerk of the Indiana Appellate and Supreme Court
Court of Appeals of Indiana, Judge Michael P. Barnes
Sara C. Blainbridge, Judge Elaine B. Brown
Michelle Chuta, Larron Golden
Marion County Prosecutor, Marion County Superior Court
Judge Paul D. Mathias, Judge Edward W. Najam, Jr.
Commissioner David L. Ober, Greg Pachmayr
Judge Heather A. Welch, Judge Mary G. Willis
Judge Nancy H. Vaidik
**Office of Attorney General Curtis Hill**
c/o Kelly Cochran and Joshua Lowry
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204

Marion County Clerk of Court
**Office of Corporation Counsel**
Grant E. Helms
200 E. Washington St., Suite 1601
Indianapolis, IN 46204

Pamela K. Koehler
**Kightlinger & Gray, LLP**
Louis J. Britton
One Indiana Square, Suite 300
211 North Pennsylvania St.
Indianapolis, IN 46204

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ September 24, 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Aaron Coates** | ) | No.: 3:18-cv-000574-JD-APR |
| *Plaintiff* | ) | |
| v. | ) | **Judge Jon E. DeGuilio** |
| | ) | |
| **Valeo Financial Advisors, LLC, et. al.,** | ) | **Magistrate Judge Andrew P. Rodovich** |
| *Defendants* | ) | |
| | ) | |

### ORDER FOR EVIDENTIARY HEARING

Plaintiff, Aaron Coates, having moved for an evidentiary hearing for one month after Mr. Dorelli's final response to subpoena for evidence and testimony regarding claim of "inadvertent clerical error," and the Court having read said Motion and being duly advised in the premises now GRANTS that motion.

A hearing to consider evidence produced from prior subpoena and whether it supports Mr. Dorelli's claim of excusable neglect is hereby scheduled for

Date:_____ at: _____am/pm


Date: _____        _____
                                  Judge/Magistrate, United States District Court


Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528