UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

SEP 24 2018

| | | |
|---|---|---|
| **Aaron Coates** | ) | No.: 3:18-cv-000574-JD-APR |
| *Plaintiff* | ) | |
| v. | ) | JUDGE JON E. DEGUILIO |
| | ) | |
| **Valeo Financial Advisors, LLC, et. al.,** | ) | MAGISTRATE JUDGE ANDREW P. RODOVICH |
| *Defendants* | ) | |
| | ) | |

## MOTION TO SUBPOENA EVIDENCE

Plaintiff, Aaron Coates, respectfully requests the Court subpoena evidence from Mr. Dorelli and Hoover, Hull, Turner, LLP to determine the facts of his claim of "inadvertent clerical error" that he believes constitutes excusable neglect enough to justify denying Plaintiff's Application for Default Judgment and allowing an extension of time for Hoover, Hull, Turner, LLP after the time for responsive pleading had expired. Mr. Dorelli's claim offered no support for his claim, but only factual history of the filings that were supposedly in error.

Mr. Dorelli should be required to provide to the Court all evidence, electronic, and otherwise for proper consideration of the factual basis for his claim. The subpoena should include the entire internal audit trail of all electronic files at issue, specifically files from Docket #18 and Docket #38, every historic version, dates, times, and users accessing those files, any internal communications where the filings were discussed and any other information that will assist the Court in determining the validity of Mr. Dorelli's claim. Mr. Dorelli should also be required

to provide the Court a sworn, detailed affidavit stating exactly how this error happened, parties involved, and who besides himself as sworn signatory on those filings proofread and approved the filings while having missed the "inadvertent clerical error."

Plaintiff does not believe this Motion would prejudice any party in any way as the drafting history and information regarding involved parties is not at all related to client privileged information.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ September 24, 2018

## CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion and draft order is being certified mailed to the Court for filing and thereafter will be served upon all Defendants in accordance with the Federal Rules of Civil Procedure.

Valeo Financial Advisors, LLC
Hoover, Hull, Turner, LLP
John T. Wortman, John C. Trott
Gregory A. Fulk, Andrew W. Hull
Kenneth J. Munson, Wayne Turner
Michael J. Blinn, Evan D. Carr
Susanne (Heckler) Johnson, Fortuna Gipson
Melodie M. Alexander, Camie Swanson-Hull
**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
111 Monument Circle #4400
Indianapolis, IN 46204

Gibson Insurance
**Barrett McNagny, LLP**
Kevin K. Fitzharris
215 East Berry St.
Fort Wayne, IN 46802

Fidelity Institutional
**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
425 Walnut St., Suite 1800
Cincinnati, OH 45202

Valparaiso University
Mark Heckler
**Husch Blackwell LLP**
Aleksandra Rushing
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3433

Clerk of the Indiana Appellate and Supreme Court
Court of Appeals of Indiana, Judge Michael P. Barnes
Sara C. Blainbridge, Judge Elaine B. Brown
Michelle Chuta, Larron Golden
Marion County Prosecutor, Marion County Superior Court
Judge Paul D. Mathias, Judge Edward W. Najam, Jr.
Commissioner David L. Ober, Greg Pachmayr
Judge Heather A. Welch, Judge Mary G. Willis
Judge Nancy H. Vaidik
**Office of Attorney General Curtis Hill**
c/o Kelly Cochran and Joshua Lowry
302 W. Washington St., IGCS-5th Floor
Indianapolis, IN 46204

Marion County Clerk of Court
**Office of Corporation Counsel**
Grant E. Helms
200 E. Washington St., Suite 1601
Indianapolis, IN 46204

Pamela K. Koehler
**Kightlinger & Gray, LLP**
Louis J. Britton
One Indiana Square, Suite 300
211 North Pennsylvania St.
Indianapolis, IN 46204

                                                    *Respectfully submitted,*

                                                    Aaron S. Coates, Plaintiff
                                                    18709 Taft Ct.
                                                    Goshen, IN 46528
                                                    T: 574-206-4454
                                                    E: acoates@relevantfinancial.com
                                                    /d/ September 24, 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates** )<br>*Plaintiff* )<br>)<br>v. )<br>)<br>**Valeo Financial Advisors, LLC, et. al.,** )<br>*Defendants* )<br>) | NO.: 3:18-cv-000574-JD-APR<br><br>**JUDGE JON E. DEGUILIO**<br><br>**MAGISTRATE JUDGE ANDREW P. RODOVICH** |

### ORDER OF SUBPOENA OF EVIDENCE

Plaintiff, Aaron Coates, having moved for the Court to subpoena evidence supporting Mr. Dorelli's claim of "inadvertent clerical error" in reply to Plaintiff's Application for Default Judgment, and the Court having read said Motion and being duly advised in the premises now GRANTS that motion.

Mr. Dorelli is hereby ordered to provide all evidence, electronic, and otherwise to the Court for consideration of the truthfulness of his statement no later than _____. This should include the entire internal audit trail of all electronic files at issue, specifically files from Docket #18 and Docket #38, every historic version, dates, times, and users accessing those files, any internal communications where the filings were discussed and any other information that will assist the Court in determining the validity of Mr. Dorelli's claim. Mr. Dorelli is to also provide this Court a sworn, detailed affidavit stating exactly how this error happened, parties involved, and who besides himself as sworn signatory on those filings proofread and approved the filings having missed the "inadvertent clerical

error." In contemplation of a hearing on this matter, Mr. Dorelli may wish to inform responsible parties they may be called to testify or swear by affidavit as to the exact nature of their involvement and their knowledge of the events surrounding this error.

Date: _____          _____
                                Judge/Magistrate, United States District Court

Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528