UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| VALEO FINANCIAL ADVISORS, LLC, *et. al.*, | ) ) ) ) |
| Defendants. | ) |

## HHT DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Hoover Hull Turner LLP, Andrew Hull, Camie Swanson-Hull, Kenneth Munson, Wayne Turner, Michael Blinn, Evan Carr, Susanne Johnson, Fortuna Gipson, and Melodie Alexander (collectively, the "HHT Defendants"), by counsel, pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6) and N.D. Ind. L.R. 7–1, respectfully move the Court to dismiss, with prejudice, all counts against the HHT Defendants, including, but not limited to, Counts 1, 3, 6, and 7 of Plaintiff's *Complaint*. The grounds for this motion are set forth in the *Brief in Support of HHT Defendants' Motion to Dismiss Plaintiff's Complaint*, filed contemporaneously herewith.

WHEREFORE, HHT Defendants respectfully move the Court to dismiss, with prejudice, all counts against the HHT Defendants, including, but not limited to, Counts 1, 3, 6, and 7 of Plaintiff's *Complaint*, and grant all other relief the Court deems just and proper.

Respectfully submitted,

*/s/ Michael A. Dorelli*

David J. Hensel (15455-49)  
dhensel@hooverhullturner.com  
Michael A. Dorelli (20862-49)  
mdorelli@hooverhullturner.com  
HOOVER HULL TURNER LLP  
111 Monument Circle, Suite 4400  
P.O. Box 44989  
Indianapolis, IN, 46244-0989  
Tel: (317) 822-4400  
Fax: (317) 822-0234  

*Counsel for HHT Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the Plaintiff and all registered participants as identified on the Notice of Electronic Filing (NEF) on September 26, 2018.

*/s/ Michael A. Dorelli*