## **Index of Exhibits**

I. Documents filed in the matter captioned, *Aaron Coates v. Valeo Financial Advisors, LLC*, Indiana Court of Appeals, Cause No. 49A04-1710-PL-02464:

    Exh. 1    6/5/18 Appellant's Objection to Tax and Assess Costs to Appellant

    Exh. 2    5/24/18 Appellee's Motion to Tax and Assess Costs to Appellant

    Exh. 3    6/12/18 Order Granting Appellee's Motion to Tax and Assess Costs to Appellant

    Exh. 4    7/18/18 Order Treating Appellant's Objection as Motion to Reconsider and Denying Same

II. Documents filed in the matter captioned *Valeo Financial Advisors, LLC v. Aaron Coates,* Marion County Superior Court, Cause No. 49D10-1505-PL-015418:

    Exh. 5    6/1/15 Answer filed by Aaron Coates

    Exh. 6    6/15/17 Motion to Correct Error, together with proposed Order, filed by Aaron Coates