# IN THE
# COURT OF APPEALS OF INDIANA

Aaron Coates,

*Appellants,*

v.

Valeo Financial Advisors, LLC,

*Appellee.*

Court of Appeals Cause No.
49A04-1710-PL-2464



FILED
Jun 12 2018, 4:08 pm
CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

## Order

[1] Appellee, by counsel, has filed an Appellee's Motion to Tax and Assess Costs to Appellant in which Appellee seeks reimbursement of its appellate attorney's fees, pursuant to Indiana Appellate Rule 67.

[2] Having reviewed the matter, the Court finds and orders as follows:

1. Appellee's Motion to Tax and Assess Costs to Appellant is granted.
2. This matter is remanded to the trial court for a determination of the amount of attorney's fees to be awarded to counsel for Appellee, as contemplated by Appellate Rule 67.

[3] Ordered _6/12/2018_____.

Najam, Mathias, Barnes, JJ., concur.

For the Court,

*Nancy Harris Vaidik*

Chief Judge

Page 1 of 1

**EXHIBIT 3**

The Clerk of the Indiana Supreme Court, Court of Appeals, and Tax Court, does hereby certify that the foregoing is a full, true, complete and correct copy of the _Order Mohon to Tax_____, from cause number _49A04-1710-TZ-2464_ as the same appears upon the official records of the Supreme Court, Court of Appeals, or Tax Court, and in my custody as Clerk. In testimony whereof I have subscribed my name and affixed the seal of the court this _26th_ day of _Sept_, _2018_.
Clerk of the Courts by: _____
Title: _Records Department Assistant_