# IN THE
# COURT OF APPEALS OF INDIANA

Aaron Coates,

*Appellant,*

v.

Valeo Financial Advisors, LLC.,

*Appellee.*

Court of Appeals Cause No.
49A04-1710-PL-2464



FILED
Jul 18 2018, 3:37 pm
CLERK
Indiana Supreme Court
Court of Appeals
and Tax Court

## Order

[1]   On June 12, 2018, this Court issued an order granting the Appellee's Motion to Tax and Assess Costs to Appellant. It has come to this Court's attention that on June 5, 2018, Appellant timely filed Appellant's Objection to Tax and Assess Costs to Appellant with the Clerk of this Court. The response, however, was not entered onto this Court's docket until June 25, 2018. Consequently, Appellant's response was not previously considered by this Court.

[2]   Having now considered Appellant's Objection, and having reviewed the matter, the Court finds and orders as follows:

> Appellant's Objection to Tax and Assess Costs to Appellant shall be treated as a motion to reconsider and is hereby denied. *See* App. R. 34(B).

[3]   Ordered ___7/18/2018___

Najam, Mathias, JJ., Barnes, Sr.J. concur.

For the Court,

*Elaine B. Brown*
_____
Acting Chief Judge

Page 1 of 1

**EXHIBIT 4**

The Clerk of the Indiana Supreme Court, Court of Appeals, and Tax Court, does hereby certify that the foregoing is a full, true, complete, and correct copy of the _Order Granting Motion_, from cause number 49A04-1710-MI-2464. As the same appears upon the official records of the Supreme Court, Court of Appeals, or Tax Court, and in my custody as Clerk. In testimony whereof I have subscribed my name and affixed the seal of the court this 26th day of Sept 2018.
Clerk of the Courts, by: _____
Title: Records Department Assistant