| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01 15 05 PL 015418 |

| | |
|---|---|
| VALEO FINANCIAL ADVISORS, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AARON COATES, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S MOTION TO CORRECT ERROR

Defendant, Aaron Coates ("Coates"), hereby moves the Court correct its procedural error in ruling on Defendant's Motion for Leave to Amend Answer that was previously set for hearing at the request of Plaintiff, Valeo Financial Advisors, LLC ("Valeo"), the non-moving party.

Coates filed Motion for Leave to Amend Answer on May 23, 2017.

Valeo, the non-moving party, in response, filed a request for hearing on Coates' motion to which Coates did not object.

The Court granted Valeo's request on May 30, 2017 and set hearing on July 14, 2017 at 11:00 a.m.

Valeo filed its objection to Coates motion on June 7, 2017.

The Court ruled on Motion previously set for hearing on June 13, 2017.

Coates hereby requests the Court vacate its ruling on Defendant's Motion for Leave to Amend Answer and continue with hearing on said motion previously scheduled.

**EXHIBIT 6**

WHEREFORE, Defendant, Aaron Coates, pursuant to Indiana TR 53.3 respectfully moves the Court correct its error, vacate its ruling on Defendant's Motion for Leave to Amend Answer and confirm that hearing on said matter is, as previously ruled, set for July 14, 2017 at 11:00 a.m.

                                        Respectfully submitted,

                                        Aaron S. Coates
                                        Defendant

                                        18709 Taft Ct.
                                        Goshen, IN 46528

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served up the following, as counsel for Plaintiff, via First Class U.S. Mail, postage prepaid, on June 15, 2017:

Andrew W. Hull
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
PO Box 44989
Indianapolis, IN 46244-0989

_____
Aaron S. Coates
Defendant

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01 15 05 PL 015418 |

VALEO FINANCIAL ADVISORS, LLC )
           Plaintiff, )
    v. )
AARON COATES, )
           Defendant. )

## ORDER VACATING RULING ON DEFENDANT'S MOTION FOR LEAVE TO AMEND ANSWER AND SETTING HEARING ON MOTION

Defendant, Aaron Coates, having filed his Motion to Correct Error, and the Court having reviewed the same and being otherwise properly advised, now find that said Motion is GRANTED. Ruling on said Motion is hereby VACATED and hearing is set for July 14, 2017.

Dated: _____

_____
JUDGE, Marion Superior Court #1

Distribution To:

Andrew W. Hull
Michael J. Blinn
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
Via Case Management System

Aaron Coates
18709 Taft Court
Goshen, IN 46528-8966