UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 3:18 CV 574 |
| v. ) | |
| ) | |
| VALEO FINANCIAL ADVISORS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT GIBSON INSURANCE AGENCY, INC.'S
MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL
PROCEDURE 12(b)(6)**

COMES NOW Defendant, Gibson Insurance Agency, Inc. ("Gibson"), by counsel, Barrett McNagny LLP, and pursuant to Federal Rule of Civil Procedure 12(b)(6), files its Motion to Dismiss the claims made against it by Plaintiff Aaron Coates ("Coates" or "Plaintiff"). The Plaintiff has failed to state a plausible claim for relief against Gibson and the claims against Gibson must be dismissed with prejudice.

In support of its Motion to Dismiss, Gibson files a Brief in support contemporaneously herewith.

WHEREFORE Gibson Insurance Agency, Inc. requests that the Court grant its Motion to Dismiss, enter judgment in favor of Gibson Insurance Agency, Inc. and against Plaintiff Aaron Coates, and for all other just and proper relief.

1

2142946

BARRETT McNAGNY, LLP

By: /s/ Kevin K. Fitzharris
Kevin K. Fitzharris, #15425-02
215 East Berry Street
Fort Wayne, IN  46802
Tel: (260) 423-9551
Fax: (260) 423 8920
E-mail: kkf@barrettlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on the following individuals through IEFS or by first class U.S. Mail on this 27th day of September, 2018:

Mr. Aaron S. Coates
18709 Taft Ct.
Goshen, IN 46528

David J. Hensel, Esq.
Michael A. Dorelli, Esq.
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989

Michael L. Meyer, Esq.
TAFT STETTINIUS & HOLLISER, LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957

John W. Borkowski, Esq.
Aleksandra O. Rushing, Esq.
HUSCH BLACKWELL LLP
1251 North Eddy Street, Suite 200
South Bend, IN 46617

Joshua R. Lowry, Esq.
Kelly D. Cochran, Esq.
Indiana Attorney General's Office
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN 46204-2770

Grant E. Helms, Esq.
Office of Corporation Counsel
200 East Washington St., Room 1601
Indianapolis, IN 46204

Louis J. Britton, Esq.
KIGHTLINGER & GRAY LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, IN 46204

/s/ Kevin K. Fitzharris
Kevin K. Fitzharris

2142946