UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| AARON COATES | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 3:18-cv-574-JD-MGG |
| | ) | |
| vs. | ) | |
| | ) | |
| VALEO FINANCIAL ADVISORS, LLC, et al. | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANT PAMELA K. KOEHLER'S SECOND MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Comes now Defendant, Pamela K. Koehler, by counsel, and respectfully requests the Court for an extension of time to file a responsive pleading to the Plaintiff's Complaint and in support of such motion would show the Court as follows:

1. Plaintiff filed his Complaint on July 27, 2018, and filed Summonses on August 3, 2018.

2. On September 11, 2018 the Court granted Koehler and others an initial extension of time to respond to Plaintiff's Complaint to and including September 28, 2018.

3. Undersigned counsel exchanged emails with Plaintiff (pro se) seeking an additional extension of time to respond to the Complaint. It is believed that Plaintiff objects to any extension of time, but Plaintiff noted in his email that Plaintiff had filed an emergency motion to stay these proceedings that would effectively extend any deadline to respond to the Complaint.

4. Plaintiff did file an Emergency Motion for Stay on All Proceedings (Doc. # 57), wherein Plaintiff requested that all proceedings herein be stayed until the Court has considered and ruled upon Plaintiff's Motion to Subpoena Evidence and Motion for Evidentiary Hearing on Claim of Excusable Neglect. Given Plaintiff's request that the matter be stayed in its entirety it does not appear that Plaintiff would suffer any prejudice by extending the deadline for Defendant Koehler to respond to the Complaint.

5. This Motion is not made to delay these proceedings and instead is made to provide undersigned counsel additional time to prepare an appropriate responsive pleading to the Complaint.

WHEREFORE, the Defendant, Pamela K. Koehler, respectfully requests the Court to extend the time to file a responsive pleading to the Plaintiff's Complaint to and including October 12, 2018, and for all other just and proper relief.

KIGHTLINGER & GRAY, LLP

By   s/ *Louis J. Britton*
         Louis J. Britton
         Attorney I.D. No. 27754-49

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2018, the foregoing pleading was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>Joshua R. Lowry
>Kelly D. Cochran
>Indiana Attorney General's Office
>joshua.lowry@atg.in.gov
>kelly.cochran@atg.in.gov
>
>Michael A. Dorelli
>David J. Hensel
>HOOVER HULL TURNER LLP
>mdorelli@hooverhullturner.com
>dhensel@hooverhullturner.com
>Michael L. Meyer
>TAFT STETTINIUS & HOLLISTER LLP
>mmeyer@taftlaw.com
>
>John W. Borkowski
>Aleksandra O. Rushing
>HUSCH BLACKWELL LLP
>john.borkowski@huschblackwell.com
>aleks.rushing@huschblackwell.com
>
>Grant E. Helms
>Office of Corporation Counsel
>grant.helms@indy.gov
>
>Kevin K. Fitzharris
>BARRETT McNAGNY, LLP
>Email:  kkf@barrettlaw.com

      I further certify that on September 27, 2018, a copy of the foregoing pleading was mailed, by first-class U.S. Mail, to:

>Aaron Coates
>18709 Taft Court
>Goshen, IN  46528

                              s/ *Louis J. Britton*
                              Louis J. Britton

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  317-638-4521
Email:  lbritton@k-glaw.com
181192\4832100-1