UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, *et. al.*, | ) |
| | ) |
| Defendants. | ) |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2018, the following documents were filed through the ECF system:

- HHT Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. 61);
- Brief in Support of HHT Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. 62); and
- Notice of Motion to Dismiss (Dkt. 63).

I hereby further certify that on September 26, 2018, copies of these documents were sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF), as well as to the Plaintiff by email at aska.coates@gmail.com and acoates@relevantfinancial.com and by certified mail to:

Aaron S. Coates
18709 Taft Ct.
Goshen, IN 46528

*/s/ Michael A. Dorelli*