UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
|        Plaintiff, | ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| VALEO FINANCIAL ADVISORS, LLC, *et. al.*, | ) |
|        Defendants. | ) |

**VALEO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Valeo Financial Advisors, LLC, John Wortman, John Trott, and Gregory Fulk (collectively, the "Valeo Defendants"), by counsel, pursuant to Federal Rules of Civil Procedure 8 and 12(b)(6) and N.D. Ind. L.R. 7–1, respectfully move the Court to dismiss, with prejudice, all counts against the Valeo Defendants, including but not limited to Counts 2, 3, 4, and 5 of Plaintiff's *Complaint*. The grounds for this motion are set forth in the *Brief in Support of Valeo Defendants' Motion to Dismiss Plaintiff's Complaint*, filed contemporaneously herewith.

WHEREFORE, Valeo Defendants respectfully request the Court to dismiss, with prejudice, all counts against the Valeo Defendants, including but not limited to Counts 2, 3, 4, and 5 of Plaintiff's *Complaint*, and grant all other relief the Court deems just and proper.

        Respectfully submitted,

        */s/ Michael A. Dorelli*
        David J. Hensel (15455-49)
        dhensel@hooverhullturner.com
        Michael A. Dorelli (20862-49)
        mdorelli@hooverhullturner.com
        HOOVER HULL TURNER LLP
        111 Monument Circle, Suite 4400
        P.O. Box 44989
        Indianapolis, IN, 46244-0989
        Tel: (317) 822-4400
        Fax: (317) 822-0234

        *Counsel for Valeo Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system is being sent electronically to all registered participants as identified on the Notice of Electronic Filing (NEF) on September 27, 2018, as well as to the Plaintiff by email at aska.coates@gmail.com and acoates@relevantfinancial.com and by certified mail to:

Aaron S. Coates
18709 Taft Ct.
Goshen, IN 46528

        */s/ Michael A. Dorelli*