UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-574 |
| | ) |
| VALEO FINANCIAL ADVISORS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This matter is before the court on the Motion for Leave to File Oversized Brief [DE 56] filed by the defendants, Clerk of the Indiana Appellate and Supreme Court, Court of Appeals of Indiana, Judge Michael P. Barnes, Sara C. Blainbridge, Judge Elaine B. Brown, Michelle Chuta, Larron Golden, Marion County Prosecutor, Marion County Superior Court, Judge Paul D. Mathias, Judge Edward W. Najam, Jr., Commissioner David L. Ober, Greg Pachmayr, Judge Heather A. Welch, Judge Mary G. Willis, and Judge Nancy H. Vaidik (State Defendants), on September 25, 2018. The court, being duly advised in the premises, hereby **GRANTS** the motion. The State Defendants may file an oversized brief in excess of the 25 page limit.

ENTERED this 28th day of September, 2018.

/s/ Andrew P. Rodovich
United States Magistrate Judge