UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | : Case No. 3:18-cv-574-JD-APR |
| Plaintiff, | : Judge Jon E. Deguilio |
| | : Magistrate Judge Andrew P. Rodovich |
| v. | : |
| VALEO FINANCIAL ADVISORS, LLC, *et al.*, | : FIDELITY BROKERAGE SERVICES, LLC'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT |
| Defendants | : |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Fidelity Brokerage Services, LLC, improperly named as Fidelity Institutional, a division of FMR, LLC ("Fidelity") makes the following disclosures:

1. Fidelity Brokerage Services, LLC is a wholly owned subsidiary of Fidelity Global Brokerage Group, Inc.

2. Fidelity Global Brokerage Group, Inc. is not a public company. No publicly traded company owns 10% or more of Fidelity Global Brokerage Group, Inc. stock.

3. Fidelity Brokerage Services, LLC is organized under the laws of Delaware, and its principal place of business is in Rhode Island.

4. Fidelity Global Brokerage Group, Inc. is incorporated in Massachusetts, and its principal place of business is in Massachusetts.

Respectfully submitted,

/s/ Michael L. Meyer
Michael L. Meyer (28689-64)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
Fax: (513) 381-0205
mmeyer@taftlaw.com

*Counsel for Defendant Fidelity Brokerage Services, LLC*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically on September 28, 2018. Notice of this filing will be sent to counsel and parties who have supplied their email addresses to the Court by operation of the ECF system. Copies of the foregoing were served via regular U.S. mail and email on the following on September 28, 2018:

Aaron Coates
18709 Taft Ct
Goshen, IN 46528

                                               /s/ Michael L. Meyer