# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| AARON COATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 3:18-cv-574-JD-MGG |
| | ) | |
| VALEO FINANCIAL ADVISORS, LLC, | ) | |
| *et. al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DECLARATION OF MICHAEL A. DORELLI

Michael A. Dorelli, under penalty of perjury, states:

1. I am over 21 years of age, have personal knowledge of the facts set forth herein, and am otherwise competent to testify in this cause of action.

2. I am a partner at Hoover Hull Turner, LLP ("HHT"), and have appeared as counsel for HHT (and thirteen (13) other defendants) (the "HHT and Valeo Defendants") in the above-referenced matter.

3. In my capacity as counsel for the HHT and Valeo Defendants, I contacted the Plaintiff, Aaron Coates, on August 22, 2018, by email, sent to an email address (aska.coates@gmail.com) that my firm had on file from a prior state-court proceeding involving Mr. Coates.

4. In that email, I requested Mr. Coates's consent to an initial 28-day extension of time to respond to the Complaint on behalf of the HHT and Valeo Defendants: "Defendants Hoover Hull Turner, LLP, Andrew Hull, Ken Munson, Wayne Turner, Michael Blinn, Evan Carr, Susanne Johnson, Fortuna Gipson, Melodie Alexander, [and] Camie Swanson Hull, Valeo Financial Advisors, LLC, John T. Wortman, John C. Trott and Gregory Fulk[.]" A true and accurate copy of my August 22 email is attached here as Exhibit 1.

5. Later that day, having received no response from Mr. Coates to my email, I filed *Defendants' Motion for Initial Extension of Time for Hoover Hull Turner Defendants to Respond to Complaint*. [Dkt. 18.]

6. In that Motion, I inadvertently omitted the actual law firm of Hoover Hull Turner LLP from the list of the HHT and Valeo Defendants in the introductory paragraph and the prayer for relief.

7. On August 30, 2018, after I spoke with Mr. Coates during a telephone call regarding the requested extension, I filed a *Supplement to Defendants' Motion for Initial Extension of Time for Hoover Hull Turner Defendants to Respond to Complaint*. For the Supplement, I used the same form/template that I had used for the initial Motion, thus unfortunately repeating the omission of Hoover Hull Turner LLP from the introductory paragraph and prayer for relief.

8. Although HHT was inadvertently omitted from the list of HHT and Valeo Defendants due to a scrivener's error, HHT intends to fully defend itself in the above-captioned matter. In fact, HHT had already filed a Motion to Dismiss Plaintiff's *Complaint*, on September 26, 2018. [Dkt. 61.]

I AFFIRM, UNDER PENALTIES FOR PERJURY, THAT THE FOREGOING REPRESENTATIONS ARE TRUE.

Date: _9/28/18_                                          
Michael A. Dorelli