# EXHIBIT 1

| | |
|---|---|
| From: | Michael A. Dorelli |
| Sent: | Wednesday, August 22, 2018 11:20 AM |
| To: | aska.coates@gmail.com |
| Cc: | Michael A. Dorelli; David J. Hensel; Regina R. Miller |
| Subject: | Lawsuit - Request for Initial Extension |

Mr. Coates,

On behalf of Defendants Hoover Hull Turner, LLP, Andrew Hull, Ken Munson, Wayne Turner, Michael Blinn, Evan Carr, Susanne Johnson, Fortuna Gipson, Melodie Alexander, Camie Swanson Hull, Valeo Financial Advisors, LLC, John T. Wortman, John C. Trott and Gregory Fulk, I request your agreement to an initial 28-day extension within which these Defendants may file their response(s) to your Complaint.

Please let me know at your earliest opportunity. We intend to file the Motion for Extension later this afternoon. If I do not hear from you by then, I will note in the Motion that we have not reached you despite our effort via this email to do so.

Best regards,
Mike

Michael A. Dorelli
HOOVER HULL TURNER LLP, Attorneys at Law
111 Monument Circle, Suite 4400 | P.O. Box 44989 | Indianapolis, Indiana 46244-0989
Phone: 317.822.4400 x 105 | Fax:  317.822.0234 | Web:  www.hooverhullturner.com

Confidentiality Notice:  This message and any attachments are confidential, are intended only for the named recipient(s) and may contain information that is privileged or exempt from disclosure under applicable law. If you are not the intended recipient(s), you are not authorized to and may not read, copy, distribute, or disseminate this message or attachments. If you receive this message or attachments in error, or are not the named recipient(s), please notify the sender at the e-mail address or telephone number above and delete this e-mail from your computer. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product or other applicable privilege.