UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 3:18-cv-574-JD-APR |
| VALEO FINANCIAL ADVISORS, et al., | ) ) ) |
| Defendants. | ) ) |

## STATE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

State Defendants: (1) Marion County Superior Court, and Judge Heather A. Welch (together "Marion County Court Defendants"); (2) Marion County Prosecutor; (3) Court of Appeals of Indiana, Judge Michael P. Barnes, Judge Elaine B. Brown, Judge Paul D. Mathias, Judge Edward W. Najam, Jr., and Judge Nancy H. Vaidik (together "Court of Appeals Defendants"); (4) Sara C. Blainbridge; (5) Clerk of the Indiana Appellate and Supreme Court, Michelle Chuta[1], Larron Golden[2], and Greg Pachmayr; (6) Judge Mary G. Willis ("Judge Willis"); and (7) Commissioner David L. Ober ("Commissioner Ober") (all sixteen (16) State Defendants are referred to herein as "State Defendants"), by counsel, Kelly Cochran, Deputy Attorney General, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), respectfully move this Court to dismiss Plaintiff's lawsuit against them. In support thereof, State Defendants state the following:

---

[1] The Complaint lists "Michelle" as defendant. Counsel believes Plaintiff is referring to Michelle Chuta, and files this Motion to Dismiss on her behalf.
[2] The Complaint lists "Laaron" or "Aaron" as defendant. Counsel believes Plaintiff is referring to Larron Golden, and files this Motion to Dismiss on his behalf.

1. On July 27, 2018, Plaintiff filed his Complaint and request for a jury trial. (ECF 1.) Plaintiff sues thirty-six (36) defendants. (*Id.*)

2. He sues State Defendants for: (1) violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"); (2) fraud; (3) forgery; (4) obstruction of justice; and (5) "civil rights." (*Id.*)

3. Plaintiff's Complaint should be dismissed in its entirety because the Marion County Court Defendants, Court of Appeals Defendants, Judge Willis, Marion County Prosecutor, and Commissioner Ober are entitled to absolute immunity.

4. Further, Plaintiff's Complaint is barred by the *Rooker-Feldman* doctrine.

5. To the extent Plaintiff complains of individual acts of State Defendants, rather than the state court judgment as a whole, Plaintiff's Complaint is barred by issue preclusion and waiver.

6. Plaintiff further fails to state a claim for RICO violation, forgery, fraud, or obstruction of justice.

7. Plaintiff's 42 U.S.C. § 1983 claims fail because: (1) State Defendants are entitled to Eleventh Amendment immunity and are not "persons" subject to suit; (2) Plaintiff does not allege a constitutionally protected interest; (3) Plaintiff has not alleged a due process violation; (4) Plaintiff fails to allege personal involvement; and (5) Plaintiff does not state a valid claim for injunctive relief.

8. Finally, to the extent Plaintiff purports to bring a cause of action under 42 U.S.C. § 1985, Plaintiff has failed to allege a conspiracy, constitutional violation, or class based animus.

9. A memorandum in support of this motion is being filed contemporaneously with this motion and is incorporated herein.

WHEREFORE, State Defendants respectfully request this Court dismiss Plaintiff's Complaint with prejudice, and grant all other just and proper relief.

                                                      Respectfully submitted,

                                                     CURTIS T. HILL, JR.
                                                     Attorney General of Indiana
                                                     Attorney No. 13999-20

Date:  September 28, 2018           By:   *s/ Kelly D. Cochran*
                                                     Kelly D. Cochran
                                                     Deputy Attorney General
                                                     Attorney No.  34543-49

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Phone:  (317) 234-2415
Fax:     (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov

**CERTIFICATE OF SERVICE**

I certify that on September 28, 2018, a copy of the foregoing was filed electronically using the Court's CM/ECF system, sending notice to the following parties who may access this filing using the Court's system:

| | |
|---|---|
| David J. Hensel<br>HOOVER HULL TURNER LLP<br>dhensel@hooverhullturner.com | Michael A. Dorelli<br>HOOVER HULL TURNER<br>modorelli@hooverhullturner.com |
| Kevin K. Fitzharris<br>BARRETT MCNAGNY LLP<br>kkf@barrettlaw.com | Michael Lawrence Meyer<br>TAFT STETTINIUS & HOLLISTER LLP<br>mmeyer@taftlaw.com |
| John W. Borkowski<br>HUSCH BLACKWELL LLP<br>john.borkowski@huschblackwell.com | Aleksandra Ostojic Rushing<br>HUSCH BLACKWELL LLP<br>aleks.rushing@huschblackwell.com |
| Grant E. Helms<br>OFFICE OF CORPORATION COUNSEL<br>grant.helms@indy.gov | Louis Joseph Britton<br>KIGHTLINGER & GRAY LLP<br>lbritton@k-glaw.com |

I also certify that a copy of the foregoing has been served this September 24, 2018 by first-class, United States mail, postage pre-paid, on:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528

                *s/ Kelly D. Cochran*
                Kelly D. Cochran
                Deputy Attorney General

OFFICE OF INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204
Telephone:  (317) 234-2415
Fax:  (317) 232-7979
Email:  Kelly.Cochran@atg.in.gov