STATE OF INDIANA          )      IN THE MARION CIRCUIT/SUPERIOR COURT
                          )SS:
COUNTY OF MARION          )      CAUSE NO. 49D01 15 05 PL 015418


VALEO FINANCIAL ADVISORS, LLC          )
                                       )
                     Plaintiff,        )
                                       )      **FILED**
                                       )
     v.                                )      **(47)** AUG 3 1 2017
                                       )
AARON COATES,                          )      Myla a. Eldridge
                                       )      CLERK OF THE MARION CIRCUIT COURT
                     Defendant.        )


## DEFENDANT'S MOTION TO CORRECT ERROR RULING ON PRAECIPE APPLICATION FOR TRANSFER UNDER TRIAL RULE 53.1 AND FOR PROPER PROCEDURAL TREATMENT

Defendant, Aaron Coates ("Coates"), hereby moves the Court correct its judicial and procedural errors by having 1) heard and ruled on *Defendant's Application for Transfer of Causes to the Supreme Court for Appointment of a Special Judge,* and 2) failed to properly execute required duties under Ind. T.R. 53.1, including proper recording of Defendant's Application, and forwarding to Chief Administrative Officer of the Indiana Office of Judicial Administration.

1. Coates filed with the Trial Court his *Application for Transfer of Causes to the Supreme Court for Appointment of a Special Judge,* noting "as provided under Ind. T.R. 53.1(A)" in the opening statement.[1]

---

[1] **Exhibit 1.** Defendant's Application. Pg. 1. First sentence.

1

EXHIBIT
B

SEP – 6 2017
2:38 PM.

2. The Trial Court, without motion, DENIED the praecipe Application on August 31, 2017, citing Trial Rule 76(B)[2] effectively denying the existence and validity of TR 53.1.

In support of this Motion Defendant states the following:

1. Coates correctly filed his Application as instructed by Indiana T.R. 53.1, Failure to rule on motion.

2. Coates' Application stated that, at the time Coates filed his Application by First Class US Mail on the morning of August 22, 2017, the Trial Court had yet to rule[3,4] on the four Motions heard on July 21, 2017, that were due on August 21, 2017.

3. Procedural instructions regarding applications filed under Trial Rule 53.1, authored by Mr. Carusillo, Staff Attorney at the Indiana Office of Court Services, clearly instruct:

    a. "To invoke the rule, an interested party must file a praecipe with the clerk of the court where the case is pending specifically designating the motion or decision the court has delayed."[5] Defendant's Application clearly met this standard designating the four motions heard by the Court on July 21, 2017.[6]

---

[2] **Exhibit 2.** *Order Denying Defendant's Application for Transfer of Cause to the Supreme Court for Appointment of a Special Judge.*
[3] **Exhibit 3.** *Online Chronological Case Summary.* Printed Aug 8, 2017 12:44 PM.
[4] **Ex 1.** 2¶3
[5] **Exhibit 4.** *Procedural Issues, Failure to Rule on a Motion & Delay of Judgments.* 1¶2
[6] **Ex 1.** 1¶1(a),(b)

2

b.  "The trial clerk's first duty is to enter the date and time of the filing on the praecipe. The trial court clerk is also required to record the filing in the chronological case summary (CCS)."[7]

c.  "The clerk then forwards the praecipe and a copy of the CCS to the Chief Administrative Officer of the Indiana Office of Judicial Administration."[8] As of 4:35 PM, August 30, 2017, the Clerk's Office of the Indiana Supreme Court had not received the praecipe and copy of the CCS.[9]

4.  Defendant did contact the Trial Court by phone at 1:00 PM on August 31, 2017 wondering if corrective action could be taken by the Court by a less formal means and was instructed, "that you would have to file something sir."

Coates hereby requests 1) the Court vacate its ruling on Defendant's praecipe *Application to for Transfer of Causes to the Supreme Court for Appointment of a Special Judge,* 2) the Clerk properly record Defendant's Application including the proper date, and 3) the Clerk forward the praecipe and a copy of the accurate CCS to the Chief Administrative Officer of the Indiana Office of Judicial Administration as required by law.

---

[7] **Ex 4.** 1¶2
[8] *Id.* 1¶2
[9] **Exhibit 5.** Email from Clerk's Office, Indiana Supreme Court.

WHEREFORE, Defendant, Aaron Coates, pursuant to Indiana T.R. 53.1 respectfully moves the Court to vacate its ruling, correct recording errors, and properly execute its duties regarding Coates' Application, and grant all other relief just and proper.

Respectfully submitted,

Aaron S. Coates
Defendant

18709 Taft Ct.
Goshen, IN 46528

4

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served up the following, via Certified First Class U.S. Mail, postage prepaid, on August 31, 2017 to the following parties:

Andrew W. Hull
*Counsel for Plaintiff*
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
PO Box 44989
Indianapolis, IN 46244-0989

Marion Superior Clerk
Civil Division 01
City-County Building, W407
200 E. Washington St.
Indianapolis, IN 46204

Judge Heather Welch
Civil Division 01
City-County Building, W407
200 E. Washington St.
Indianapolis, IN 46204

Chief Administrative Officer
Indiana Supreme Court
Office of Judicial Administration
State House, Room 314
200 W. Washington St.
Indianapolis, IN 46204

Aaron S. Coates
Defendant

STATE OF INDIANA )     IN THE MARION CIRCUIT/SUPERIOR COURT
                  )SS:
COUNTY OF MARION  )     CAUSE NO. 49D01 15 05 PL 015418


VALEO FINANCIAL ADVISORS, LLC          )
                                       )
                    Plaintiff,         )
                                       )
         v.                            )
                                       )
AARON COATES,                          )
                                       )
                    Defendant.         )


## ORDER VACATING RULING ON DEFENDANT'S PRAECIPE APPLICATION FOR

## TRANSFER OF CAUSES TO THE SUPREME COURT UNDER INDIANA TR 53.1

Defendant, Aaron Coates, having filed his Motion to Correct Error, and the Court having

reviewed the same and being otherwise properly advised, now finds that Order is VACATED

and said Application will be properly recorded in the CCS, then forwarded by the Clerk to the

Chief Administrative Officer of the Indiana Supreme Court no later than _____, 2017.


Dated: _____

                              _____
                              JUDGE, Marion Superior Court #1

Distribution To:

Andrew W. Hull                    Chief Administrative Officer
Michael J. Blinn                  Indiana Supreme Court
HOOVER HULL TURNER LLP            Office of Judicial Administration
111 Monument Circle, Suite 4400  State House, Room 314
P.O. Box 44989                    200 W. Washington St.
Indianapolis, IN 46244-0989      Indianapolis, IN 46204

Aaron Coates
18709 Taft Court
Goshen, IN 46528-8966

# Exhibit 1

| STATE OF INDIANA | ) | IN THE MARION CIRCUIT/SUPERIOR COURT |
|---|---|---|
| | )SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D01 15 05 PL 015418 |

| | |
|---|---|
| VALEO FINANCIAL ADVISORS, LLC | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AARON COATES, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S APPLICATION FOR TRANSFER OF CAUSES TO THE SUPREME COURT FOR APPOINTMENT OF A SPECIAL JUDGE

Defendant, Aaron Coates ("Coates"), respectfully files *Application to Transfer to the Supreme Court for Appointment of a Special Judge,* as provided under Ind. T.R. 53.1(A).

**The Court failed to rule on various motions within 30 days of hearing.**

1. The Court heard the following Motions on July 21, 2017:
   a. Motions from Plaintiff, Valeo Financial Advisors, LLC ("Valeo"):
      i. Administrative Rule 9(G)(5) Notice of Exclusion of Confidential Information from Public Access filed May 1, 2017,
      ii. Motion for Summary Judgment filed May 1, 2017
      iii. Motion for Discovery Sanctions filed May 10, 2017,
   b. Motion from Defendant, Coates, Motion for Leave to Amend Answer to Conform to the Evidence, filed May 25, 2017.
      i. Valeo requested a hearing on Coates' Motion filed concurrently with its response on June 8, 2017.
      ii. The Court denied Coates' Motion without a hearing on June 13, 2017. Coates moved the Court to correct its error, vacate its ruling and set

**Ex 1**

the matter for trial on June 19, 2017. The Court corrected its error on June 20, 2017.

2. Following the July 21, 2017 hearing on the above issues on The Court stated it would rule on all matters within 30 days and stayed all deadlines until after that time. Thirty days from July 21, 2017 is Sunday, August 20, 2017.

3. As of close of business on Monday, August 21, 2017, per the online case summary the morning of August 22, 2017, the Court had not ruled on any of the above matters.

## Material Denial of Due Process

4. Valeo did not file its Motion for Summary Judgement until Coates would be unable to respond to the information it contained including evidence that had been withheld by Valeo for more than two years in direct violation of Ind. T.R. 9.2. Coates had formally with the Court, and informally in numerous phone calls and emails to Valeo, by counsel, requested a copy of the agreement, to know what it contained, to inspect the original, or an affidavit of Valeo's understanding of what agreement existed (even going so far as to provide Valeo a draft for their use). In response, Valeo's counsel used deceptive and fraudulent tactics to withhold the information, resulting in a denial of Coates' rights until after Coates' time to file a dispositive motion had expired. Valeo now even objects to Coates amending his Answer to conform to that evidence.

5. Even further, Valeo has frequently asserted Coates' default of discovery obligations, while being in continuous default since receiving Coates' answer on June 3, 2015. Coates has provided Valeo nearly 300 documents, phone records, and calendar history. Valeo has chosen to deny any obligation to respond to Coates' discovery, and the Court denied Coates' Motion to Compel filed June 28, 2017. Valeo's counsel, Andrew W. Hull, the signor of Valeo's Motion for Discovery Sanctions against Coates, admitted to Coates in a meeting on June 28, 2017, that 1) [Hull] was not current on reviewing documents that Coates produced and 2) that [Hull's] colleague is looking at [the discovery items], but [Hull] isn't.

**Ex 1**

While numerous other facts further support the necessity of this application, including prior rulings before expiration of Defendant's time for response, only the fact that the Court has failed to rule is grounds for Defendant's request for transfer. At this time, the Defendant only requests attention to this current matter. All other matters will be addressed through prescribed procedures.

Defendant, Aaron Coates, hereby wishes to exercise his right conferred by Ind. T.R. 53.1(A), for the above matters to be transferred to the Supreme Court of the State of Indiana, which shall appoint a special judge.

WHEREFORE, Defendant, Aaron Coates, respectfully requests that the following causes be transferred to the Supreme Court of the State of Indiana to appoint a special judge, and grant all other relief just and proper.

1. Plaintiff's Administrative Rule 9(G)(5) Notice of Exclusion of Confidential Information from Public Access filed May 1, 2017,
2. Plaintiff's Motion for Summary Judgment filed May 1, 2017
3. Plaintiff's Motion for Discovery Sanctions filed May 10, 2017
4. Defendant's Motion for Leave to Amend Answer to Conform to the Evidence filed May 25, 2017.

Respectfully submitted,

Aaron S. Coates
Defendant

18709 Taft Ct.
Goshen, IN 46528

**Ex 1**

3

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served up the following, as counsel for Plaintiff, via First Class U.S. Mail, postage prepaid, on August 22, 2017:

Andrew W. Hull
Hoover Hull Turner LLP
111 Monument Circle, Suite 4400
PO Box 44989
Indianapolis, IN 46244-0989

Aaron S. Coates
Defendant

**Ex 1**

4

STATE OF INDIANA      )     IN THE MARION CIRCUIT/SUPERIOR COURT
                         )SS:
COUNTY OF MARION    )     CAUSE NO. 49D01 15 05 PL 015418

VALEO FINANCIAL ADVISORS, LLC        )
                                  )
            Plaintiff,            )
                                  )
      v.                         )
                                  )
AARON COATES,                     )
                                  )
           Defendant.         )

## ORDER FOR TRANSFER OF CAUSES TO THE SUPREME COURT FOR

## APPOINTMENT OF A SPECIAL JUDGE

Defendant, Aaron Coates, having filed his Application for Transfer of Causes to the Supreme Court for Appointment of a Special Judge for the following causes:

1. Plaintiff's Administrative Rule 9(G)(5) Notice of Exclusion of Confidential Information from Public Access filed May 1, 2017,

2. Plaintiff's Motion for Summary Judgment filed May 1, 2017,

3. Plaintiff's Motion for Discovery Sanctions filed May 10, 2017, and

4. Defendant's Motion for Leave to Amend Answer to Conform to the Evidence filed May 25, 2017,

And the Court having reviewed the same, and being otherwise properly advised, now find that said Motion is GRANTED.

**Ex 1**

IT IS THEREFORE ORDERED, ADJUGED AND DECREED that Defendant's Motion to Transfer the above causes to the Supreme Court for appointment of a special judge is hereby GRANTED.

Dated: _____      _____

                                               JUDGE, Indiana Supreme Court

Distribution To:

Andrew W. Hull                          Aaron Coates
Michael J. Blinn                        18709 Taft Ct.
HOOVER HULL TURNER LLP                   Goshen, IN 46528
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244-0989
*Via Case Management System*

**Ex 1**

# Exhibit 2

STATE OF INDIANA )          IN THE MARION SUPERIOR COURT
                 ) SS:      CIVIL DIVISION, ROOM 1
COUNTY OF MARION )          CAUSE NUMBER  49D011505PL015418


VALEO FINANCIAL ADVISORS, LLC )
                              )          **F I L E D**
       Plaintiff,             )          August 31, 2017
                              )          *Myla. A. Eldridge*
                              )          CLERK OF THE COURT
       Vs.                    )          MARION COUNTY
                              )          LB
                              )
AARON COATES,                 )
                              )
       Respondent.            )


## ORDER DENYING DEFENDANT'S APPLICATION FOR TRANSFER OF CAUSE TO THE SUPREME COURT FOR APPOINTMENT OF A SPECIAL JUDGE

The above-captioned cause, having come before the Court on Defendant's

Application for Transfer of Causes to the Supreme Court for Appointment of a Special

Judge  and the Court being duly advised, hereby DENIES said request because it is

untimely under Indiana Trial Rule 76(B).


       ALL OF WHICH IS ORDERED this _____ **August 31, 2017**


                              *Heather A. Welch*
                              _____
                              Heather Welch
                              Judge, Marion County Superior Court
                              Civil Division, Room  1


Distribution:

Aaron Coates
18709 Taft Court
Goshen, IN 46528


                              **August 31, 2017**

                                             **Ex 2**

Andrew W. Hull
Michael J. Blinn
HOOVER HULL TURNER, LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN 46244

**Ex 2**

# Exhibit 3

8/22/2018

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## VALEO FINANCIAL ADVISORS, LLC v. AARON COATES

| | |
|---|---|
| Case Number | 49D01-1505-PL-015418 |
| Court | Marion Superior Court, Civil Division 1 |
| Type | PL - Civil Plenary |
| Filed | 05/08/2015 |
| Status | 05/08/2015 , Pending (active) |

### Parties to the Case

Defendant  COATES, AARON

> Attorney
> Pro Se

Plaintiff    VALEO FINANCIAL ADVISORS, LLC

> Attorney
> Andrew Woodbridge Hull
> *#1121849, Lead, Retained*
>
> Hoover Hull Turner LLP
> 111 Monument Circle, Suite 4400
> P. O Box 44989
> Indianapolis, IN 46244-0989
> 317-822-4400(W)

> Attorney
> Michael J Blinn
> *#2847349, Retained*
>
> 111 Monument Circle
> Suite 4400
> PO Box 44989
> Indianapolis, IN 46244
> 317-822-4400(W)

### Chronological Case Summary

05/08/2015  **Case Opened as a New Filing**

05/12/2015  **Appearance Filed**

| | |
|---|---|
| For Party: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 05/08/2015 |

05/14/2015  **Service Returned Served**
CERTIFIED MAIL WITH SIGNATURE

| | |
|---|---|
| Party Served: | COATES, AARON |
| Date Served: | 05/11/2015 |

**Ex 3**

8/22/2017

**06/03/2015  Answer to a Complaint Filed**
FILE STAMPED PURSUANT TR5F

Filed By:             COATES, AARON
File Stamp:           06/01/2015

**06/08/2015  Motion for Change of Judge Filed**
for automatic CHANGE OF JUDGE INDIANA TRIAL RULES 76 AND 79

Filed By:             VALEO FINANCIAL ADVISORS, LLC
Filed By:             Hull, Andrew Woodbridge
File Stamp:           06/08/2015

**06/10/2015  Order Granting Motion for Change of Judge**
JUDGE Patrick Murphy PRESIDING

Judicial Officer:     Dreyer, David J
Order Signed:         06/10/2015

**06/12/2015  Notice Filed**
PLAINTIFF RECEIVED COPY OF DEFENDANT ANSWER

File Stamp:           06/12/2015

**06/16/2015  Response to a Petition Filed**
1 of 2

Filed By:             COATES, AARON
File Stamp:           06/15/2015

**06/16/2015  Notice Filed**
counter MOTION FOR CHANGE OF VENUE 2 of 2

Filed By:             COATES, AARON
File Stamp:           06/15/2015

**06/18/2015  Administrative Event**
ORDER ON CHANGE OF JUDGE REMAINS IN EFFECT PER MAGISTRATE MURPHY JUDGE PRO TEMPORE PATRICK
MURPHY PRESIDING

**06/19/2015  Notice Filed**
OF INTENT TO FILE RESPONSE

File Stamp:           06/19/2015

**06/25/2015  Response Filed**
IN OPPOSITION TO MOTION FOR CHANG EOF VENUE FROM THE COUNTY AND REPLY IN SUPPORT OF AUTOMATIC
CHANGE OF JUDGE

File Stamp:           06/25/2015

**06/25/2015  Notice Filed**
AND TENDER OF PROPOSED ORDER APPOINTING SPECIAL JUDGE

File Stamp:           06/25/2015

**06/26/2015  Special Judge Appointed Pursuant to Local Rule TR 79H**
Clerk files notice of appointment of special judge pursuant to T.R. 79H and appoints honorable Heather Welch as
special Judge-Parties notified

**Ex 3**

**07/09/2015  Motion for Hearing Filed**
REQUEST FOR HEARING.

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 07/08/2015 |

**07/15/2015  Hearing Scheduling Activity**
Hearing on Motion for Change of Venue scheduled for 08/14/2015 at 10:00 AM.

**07/16/2015  ENotice Issued to Parties**

| | |
|---|---|
| Sent To: | Hull, Andrew Woodbridge |
| Sent To: | Blinn, Michael J |

**07/17/2015  Order for Hearing**
Per order, hearing is set for 8/14/15 at 10:00 am. parties notified.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A |
| Order Signed: | 07/13/2015 |

**08/05/2015  Motion for Continuance Filed**
FIRST MOTION TO CONTINUE HEARING.

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 08/03/2015 |

**08/06/2015  Hearing Scheduling Activity**
Hearing on Motion for Change of Venue originally scheduled on 08/14/2015 at 10:00 AM was rescheduled to 09/21/2015 at 2:30 PM. Reason: By Request.

**08/07/2015  ENotice Issued to Parties**

| | |
|---|---|
| Sent To: | Hull, Andrew Woodbridge |
| Sent To: | Blinn, Michael J |

**08/10/2015  Order Granting Motion for Continuance**
HEARING RESET FOR 09/21/15 AT 2:30PM. GRANTED OVER THE DEFENDANTS OBJECTION OR CONSENT. DISTRIBUTION TO PARTIES.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A |
| Movant: | VALEO FINANCIAL ADVISORS, LLC |
| Order Signed: | 08/05/2015 |

**09/01/2015  Response Filed**
Filed by counsel Aaron S. Coates. Court Notice Regarding Defendant's Actions in Response to Plaintiff's First Requests for Production and First Set of Interrogatories to Defendant.

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 08/31/2015 |

**09/10/2015  Hearing Scheduling Activity**
Hearing on Motion for Change of Venue originally scheduled on 09/21/2015 at 2:30 PM was rescheduled to 12/11/2015 at 2:30 PM. Reason: Court's Own Motion.

**09/11/2015  ENotice Issued to Parties**

| | |
|---|---|
| Sent To: | Hull, Andrew Woodbridge |
| Sent To: | Blinn, Michael J |

**Ex 3**

**09/15/2015** **Order for Hearing**

The Court resets this matter for a Hearing set for 12/11/15 at 2:30 p.m. with 1 hour allotted. Parties notified.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A - S |
| Order Signed: | 09/14/2015 |

**12/02/2015** **Motion for Continuance Filed**

SECOND MOTION TO CONTINUE HEARING

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| Filed By: | Hull, Andrew Woodbridge |
| File Stamp: | 12/02/2015 |

**12/04/2015** **Objection Filed**

Objection to Plaintiff's Second Motion to Continuance Regarding Plaintiff's Hearing on Defendant's Motion for Change of Venue. Fax Copy.

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 12/04/2015 |

**12/09/2015** **Hearing Scheduling Activity**

Hearing on Motion for Change of Venue originally scheduled on 12/11/2015 at 2:30 PM was rescheduled to 01/19/2016 at 11:00 AM. Reason: By Request.

**12/10/2015** **ENotice Issued to Parties**

| | |
|---|---|
| Sent To: | Hull, Andrew Woodbridge |
| Sent To: | Blinn, Michael J |

**12/11/2015** **Order for Hearing**

Order Resetting Hearing. Hearing set for 12/11/15 at 2:30 p.m. is VACATED and rest for 1/19/16 at 11:00 a.m. over defendants objection. Parties notified.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A - S |
| Order Signed: | 12/09/2015 |

**01/19/2016** **Hearing on Motion for Change of Venue**

| | |
|---|---|
| Session: | |
| | 08/14/2015 10:00 AM, Rescheduled |
| Session: | |
| | 09/21/2015 2:30 PM, Rescheduled |
| Session: | |
| | 12/11/2015 2:30 PM, Rescheduled |
| Session: | |
| | 01/19/2016 11:00 AM, Judicial Officer: Welch, Heather A |
| Result: | Commenced and concluded |

**01/19/2016** **Administrative Event**

Per jacket entry, Argument made on Defendant's Change of Venue. The Court hereby DENIES Defendant's Objection to Venue and finds this Court has proper venue. Parties notified.

| | |
|---|---|
| File Stamp: | 01/19/2016 |

**02/01/2016** **Jury Trial Demand Filed**

Request to Exercise Right to Trial by Jury. Fax Copy.

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 01/29/2016 |

**Ex 3**

**02/16/2016  Response Filed**

Plaintiff's Response in Opposition to Defendant's Jury Demand.

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| Filed By: | Hull, Andrew Woodbridge |
| File Stamp: | 02/16/2016 |

**02/22/2016  Order Denying**

Order Denying Defendant's Request to Exercise Right to Trial by Jury. Parties notified.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A - SJ |
| Order Signed: | 02/22/2016 |

**02/25/2016  Document Filed**

Defendant;s First Set of Interrogatories. Filed Pursuant to Trial Rule 5F.

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 02/24/2016 |

**02/25/2016  Document Filed**

Defendant's First Production.

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 02/24/2016 |

**02/25/2016  Clerical Mistake Corrected**

Document Filed: Defendant's First Production 2/25/16 Filed Pursuant to Trial Rule 5F.

**03/02/2016  Document Filed**

First Supplement to Defendant's First Production.

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 03/01/2016 |

**05/24/2016  Response Filed**

Defendant's Second Response to Plaintiff's First Set of Interrogatories. Filed pursuant to Trial Rule 5F.

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 05/19/2016 |

**08/31/2016  Motion for Hearing Filed**

Plaintiff's Motion to Set Hearing on Motion to Compel Discovery and Protective Order.

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| Filed By: | Hull, Andrew Woodbridge |
| File Stamp: | 08/30/2016 |

**08/31/2016  Motion Filed**

Plaintiff's Motion to Set Case Management Conference.

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| Filed By: | Hull, Andrew Woodbridge |
| File Stamp: | 08/30/2016 |

**08/31/2016  Motion to Compel Discovery Filed**

Plaintiff's Motion to Compel Discovery and for Entry of Protective Order.

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 08/30/2016 |

**Ex 3**

**09/08/2016  Notice Filed**

Notice of Intent to File Response to Plaintiff's Motion to Compel Discovery and for Entry of Protection. fax copy.

| Filed By: | COATES, AARON |
| File Stamp: | 09/07/2016 |

**09/08/2016  Notice Filed**

Notice of Intent to File Response to Plaintiff's Motion to Set Hearing on Motion to Compel Discovery and for Entry of Protective Order. fax copy.

| Filed By: | COATES, AARON |
| File Stamp: | 09/07/2016 |

**09/08/2016  Notice Filed**

Notice of Intent to File Response to Plaintiff's Motion to Set Case Management Conference. Fax copy.

| Filed By: | COATES, AARON |
| File Stamp: | 09/07/2016 |

**09/19/2016  Response Filed**

Response in Opposition to Plaintiff's Motion to Set Hearing on Motion to Compel Discovery and Protective Order

| Filed By: | COATES, AARON |
| File Stamp: | 09/16/2016 |

**09/21/2016  Response Filed**

fax copy

| Filed By: | COATES, AARON |
| File Stamp: | 09/21/2016 |

**09/22/2016  Response Filed**

Response in Opposition to Plaintiff's Motion to Set Case Management Conference.

| Filed By: | COATES, AARON |
| File Stamp: | 09/22/2016 |

**09/23/2016  Hearing Scheduling Activity**

Hearing scheduled for 10/17/2016 at 1:30 PM.

**09/24/2016  Automated ENotice Issued to Parties**

| Sent To: | Hull, Andrew Woodbridge |
| Sent To: | Blinn, Michael J |

**09/26/2016  Order for Hearing**

Order Setting Hearing on Motion to Compel Discovery and /Protective Order. Hearing set for 10/17/16 at 1:30 p.m. with 30 minutes allotted. Parties notified.

| Judicial Officer: | Welch, Heather A - SJ |
| Order Signed: | 09/19/2016 |

**09/26/2016  Order Issued**

Order Setting Case Management Conference. Hearing set for 10/17/16 at 1:30 p.m. with 30 minutes allotted. Parties notified.

| Judicial Officer: | Welch, Heather A - SJ |
| Order Signed: | 09/19/2016 |

**Ex 3**

| 09/28/2016 | **Motion Filed** | |
| | Request to inspect original instrument | |
| | Filed By: | COATES, AARON |
| | File Stamp: | 09/28/2016 |

| 10/13/2016 | **Motion for Continuance Filed** | |
| | Filed By: | COATES, AARON |
| | File Stamp: | 10/11/2016 |

| 10/14/2016 | **Hearing Scheduling Activity** | |
| | Hearing scheduled for 10/17/2016 at 1:30 PM was cancelled. Reason: Judicial Action. | |

| 10/15/2016 | **Automated ENotice Issued to Parties** | |
| | Sent To: | Hull, Andrew Woodbridge |
| | Sent To: | Blinn, Michael J |

| 10/17/2016 | **CANCELED Hearing** | |
| | Reason: | Judicial Action |
| | Session: | |
| | 10/17/2016 1:30 PM, Cancelled | |

| 10/26/2016 | **Hearing Scheduling Activity** | |
| | Hearing scheduled for 12/14/2016 at 11:00 AM. | |

| 10/27/2016 | **Automated ENotice Issued to Parties** | |
| | Sent To: | Hull, Andrew Woodbridge |
| | Sent To: | Blinn, Michael J |

| 10/27/2016 | **Order for Hearing** | |
| | Order Resetting Hearing. Hearing set for 10/17/16 at 1:30 p.m. is VACATED and reset for 12/14/16 at 11:00 a.m. Parties notified. | |
| | Judicial Officer: | Welch, Heather A - SJ |
| | Order Signed: | 10/26/2016 |

| 12/14/2016 | **Hearing** | |
| | Session: | |
| | 12/14/2016 11:00 AM, Judicial Officer: Welch, Heather A | |
| | Result: | Commenced and concluded |

| 12/14/2016 | **Hearing Journal Entry** | |
| | On December 14, 2016, Attorney Hull appeared for the Plaintiff and the Defendant Aaron Coates appeared in person and without counsel for the hearing on the Plaintiff's Motion to Compel Discovery and Motion for a Protective Order along with a Case Management Conference. The Court granted the Plaintiff's Motion to Compel and Motion for Protective Order (See separate orders on the ccs). In addition, the Court approved a case management order. (See order on ccs). | |
| | Judicial Officer: | Welch, Heather A |
| | Present: | COATES, AARON |
| | Present: | Hull, Andrew Woodbridge |
| | Hearing Date: | 12/14/2016 |

# Ex 3

| | |
|---|---|
| 12/16/2016 | **Order Issued** |
| | Case Management Plan |
| | Judicial Officer:  Welch, Heather A |
| | Order Signed:  12/14/2016 |

| | |
|---|---|
| 12/16/2016 | **Hearing Scheduling Activity** |
| | Final PreTrial Conference scheduled for 07/24/2017 at 9:15 AM. |

| | |
|---|---|
| 12/16/2016 | **Hearing Scheduling Activity** |
| | Bench Trial scheduled for 08/21/2017 at 8:30 AM. |

| | |
|---|---|
| 12/16/2016 | **Hearing Scheduling Activity** |
| | Bench Trial originally scheduled on 08/21/2017 at 8:30 AM was rescheduled to 08/22/2017 at 8:30 AM. Reason: Data Entry Error. |

| | |
|---|---|
| 12/16/2016 | **Hearing Scheduling Activity** |
| | Bench Trial scheduled for 08/22/2017 at 8:30 AM was cancelled. Reason: Judicial Action. |

| | |
|---|---|
| 12/16/2016 | **Order Issued** |
| | Order Granting Motion to Compel Discovery |
| | Judicial Officer:  Welch, Heather A |
| | Order Signed:  12/14/2016 |

| | |
|---|---|
| 12/16/2016 | **Order Issued** |
| | Protective Order |
| | Judicial Officer:  Welch, Heather A |
| | Order Signed:  12/14/2016 |

| | |
|---|---|
| 12/17/2016 | **Automated ENotice Issued to Parties** |
| | Hearing Scheduling Activity ---- 12/16/2016 : Andrew Woodbridge Hull;Michael J Blinn Hearing Scheduling Activity ---- 12/16/2016 : Andrew Woodbridge Hull;Michael J Blinn Hearing Scheduling Activity ---- 12/16/2016 : Andrew Woodbridge Hull;Michael J Blinn Hearing Scheduling Activity ---- 12/16/2016 : Andrew Woodbridge Hull;Michael J Blinn Order Issued ---- 12/16/2016 : Andrew Woodbridge Hull;Michael J Blinn Order Issued ---- 12/16/2016 : Andrew Woodbridge Hull;Michael J Blinn Order Issued ---- 12/16/2016 : Andrew Woodbridge Hull;Michael J Blinn |

| | |
|---|---|
| 01/03/2017 | **Hearing Scheduling Activity** |
| | Final PreTrial Conference scheduled for 07/24/2017 at 9:15 AM was cancelled. Reason: Other. |

| | |
|---|---|
| 01/04/2017 | **Automated ENotice Issued to Parties** |
| | Hearing Scheduling Activity ---- 1/3/2017 : Andrew Woodbridge Hull;Michael J Blinn |

| | |
|---|---|
| 02/08/2017 | **Hearing Scheduling Activity** |
| | Final PreTrial Conference scheduled for 07/17/2017 at 1:30 PM. |

| | |
|---|---|
| 02/08/2017 | **Hearing Scheduling Activity** |
| | Bench Trial scheduled for 08/15/2017 at 9:00 AM. |

| | |
|---|---|
| 02/08/2017 | **Hearing Scheduling Activity** |
| | Bench Trial scheduled for 08/16/2017 at 9:00 AM. |

# Ex 3

8/22/2017

02/09/2017 **Automated ENotice Issued to Parties**
Hearing Scheduling Activity ---- 2/8/2017 : Andrew Woodbridge Hull;Michael J Blinn Hearing Scheduling Activity ----
2/8/2017 : Andrew Woodbridge Hull;Michael J Blinn Hearing Scheduling Activity ---- 2/8/2017 : Andrew Woodbridge
Hull;Michael J Blinn

02/10/2017 **Order Issued**
at Final Pre Trial Order set for 7/17/17 at 1:30 pm.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A |
| Order Signed: | 02/10/2017 |

02/11/2017 **Automated ENotice Issued to Parties**
Order Issued ---- 2/10/2017 : Andrew Woodbridge Hull;Michael J Blinn

04/13/2017 **Motion for Enlargement of Time Filed**
Plaintiff's Motion to Extend Dispositive Motion Deadline

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 04/13/2017 |

04/17/2017 **Order Granting Motion for Enlargement of Time**
Per order, time extended to and including 5/1/17. Parties notified.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A |
| Order Signed: | 04/17/2017 |

04/18/2017 **Automated ENotice Issued to Parties**
Order Granting Motion for Enlargement of Time ---- 4/17/2017 : Andrew Woodbridge Hull;Michael J Blinn

05/02/2017 **Motion for Summary Judgment Filed**
Plaintiff's Motion for Summary Judgment

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 05/01/2017 |

05/02/2017 **Memorandum/Brief Filed**
Plaintiff's Brief in Support of Motion for Summary Judgment

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 05/01/2017 |

05/02/2017 **TR56 Evidence Designation Filed**
Plaintiff's Designation of Evidence in Support of Motion for Summary Judgment

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 05/01/2017 |

05/02/2017 **Notice of Exclusion of Confidential Information**
Administrative Rule 9(G)(5) Notice of Exclusion of Confidential Information from Public Access

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 05/01/2017 |

05/04/2017 **Hearing Scheduling Activity**
Hearing scheduled for 07/14/2017 at 11:00 AM.

# Ex 3

05/04/2017     **Order Issued**

Order on Administrative Rule 9(G)(5) Notice of Exclusion of Confidential Information from Public Access. Parties notified.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A |
| Order Signed: | 05/04/2017 |

05/05/2017     **Automated ENotice Issued to Parties**

Hearing Scheduling Activity ---- 5/4/2017 : Andrew Woodbridge Hull;Michael J Blinn Order Issued ---- 5/4/2017 : Andrew Woodbridge Hull;Michael J Blinn

05/10/2017     **Motion Filed**

Valeo's Motion for Discovery Sanctions

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 05/10/2017 |

05/10/2017     **Motion for Hearing Filed**

Valeo's Motion to Set Hearing on Motion for Discovery Sanctions

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 05/10/2017 |

05/11/2017     **Hearing Scheduling Activity**

Final PreTrial Conference scheduled for 07/17/2017 at 1:30 PM was cancelled. Reason: Judicial Action.

05/11/2017     **Order for Hearing**

Order Setting Hearing on Motion for Discovery Sanctions. Per order, hearing set for 7/14/17 at 11:00 a.m. The Court will also conduct the Final Pretrial Conference on July 14th at 11am. The Final Pretrial Conference set for July 17, 2017 at 1:30 pm is hereby vacated. Parties notified.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A |
| Order Signed: | 05/11/2017 |

05/12/2017     **Automated ENotice Issued to Parties**

Hearing Scheduling Activity ---- 5/11/2017 : Andrew Woodbridge Hull;Michael J Blinn Order for Hearing ---- 5/11/2017 : Andrew Woodbridge Hull;Michael J Blinn

05/16/2017     **Motion Filed**

Defendant's First Request for Production to Plaintiff.

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 05/15/2017 |

05/16/2017     **Document Filed**

Defendant's first Set of interrogatories to Plaintiff

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 05/15/2017 |

05/17/2017     **Motion for Enlargement of Time Filed**

Unopposed Motion to Extend Deadline to Complete Mediation

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 05/17/2017 |

**Ex 3**

| | | |
|---|---|---|
| 05/18/2017 | **Order Granting Motion for Enlargement of Time** | |
| | Per order, deadline for the parties to complete mediation is hereby extended to and including July 31, 2017. Parties notified. | |
| | Judicial Officer: | Welch, Heather A |
| | Order Signed: | 05/18/2017 |
| 05/19/2017 | **Automated ENotice Issued to Parties** | |
| | Order Granting Motion for Enlargement of Time ---- 5/18/2017 : Andrew Woodbridge Hull;Michael J Blinn | |
| 05/25/2017 | **Response Filed** | |
| | Response in Opposition to Plaintiff's Motion for Summary Judgment. | |
| | File Stamp: | 05/25/2017 |
| 05/25/2017 | **Motion for Leave to Amend Filed** | |
| | Defendant's Motion for Leave to Amend Answer to Conform to the Evidence. | |
| | Filed By: | COATES, AARON |
| | File Stamp: | 05/25/2017 |
| 05/26/2017 | **Motion for Hearing Filed** | |
| | Plaintiff's Motion to Set Hearing on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Leave to Amend Answer | |
| | Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| | File Stamp: | 05/26/2017 |
| 05/30/2017 | **Order for Hearing** | |
| | Order Setting Hearing on Plaintiff's Motion for Summary Judgment and Defendant's Motion for Leave to Amend Answer. Per order, hearing set for 7/14/17 at 11:00 a.m. Parties notified. | |
| | Judicial Officer: | Welch, Heather A |
| | Order Signed: | 05/30/2017 |
| 05/31/2017 | **Automated ENotice Issued to Parties** | |
| | Order for Hearing ---- 5/30/2017 : Andrew Woodbridge Hull;Michael J Blinn | |
| 06/08/2017 | **Response Filed** | |
| | Plaintiff's Reply in Support of Motion for Summary Judgment | |
| | Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| | File Stamp: | 06/07/2017 |
| 06/08/2017 | **Response Filed** | |
| | Plaintiff's Response in Opposition to Defendant's Motion for Leave to Amend | |
| | Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| | File Stamp: | 06/07/2017 |
| 06/08/2017 | **Motion to Strike Filed** | |
| | Plaintiff's Motion to Strike Untimely Discovery Requests | |
| | Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| | File Stamp: | 06/07/2017 |
| 06/13/2017 | **Order Denying Motion for Leave to Amend** | |
| | Order Denying Motion for Leave to Amend Answer to Conform to the Evidence. Parties notified. | |
| | Judicial Officer: | Welch, Heather A |
| | Order Signed: | 06/13/2017 |

**Ex 3**

06/14/2017 **Automated ENotice Issued to Parties**

Order Denying Motion for Leave to Amend ---- 6/13/2017 : Andrew Woodbridge Hull;Michael J Blinn

06/16/2017 **Witness and/or Exhibit List Filed**

Plaintiff's Final Witness and Exhibit List

| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| --- | --- |
| File Stamp: | 06/15/2017 |

06/19/2017 **Motion to Correct Error Filed**

Defendant's Motion to Correct Error.

| Filed By: | COATES, AARON |
| --- | --- |
| File Stamp: | 06/16/2017 |

06/19/2017 **Witness and/or Exhibit List Filed**

Defendant's Witness and Exhibit List.

| Filed By: | COATES, AARON |
| --- | --- |
| File Stamp: | 06/16/2017 |

06/19/2017 **Response Filed**

Response in Opposition to Plaintiff's Motion to Strike Untimely Discovery.

| Filed By: | COATES, AARON |
| --- | --- |
| File Stamp: | 06/16/2017 |

06/20/2017 **Order Issued**

Order Vacating Ruling on Defendant's Motion for Leave to Amend Answer and Setting Hearing on Motion. Per order, The Court issued an order on this motion in error and it is scheduled for a hearing on July 14, 2017 and the court will hear argument on this. Parties notified.

| Judicial Officer: | Welch, Heather A |
| --- | --- |
| Order Signed: | 06/20/2017 |

06/20/2017 **Order Denying Motion for Enlargement of Time**

Order Denying Motion Extending Deadline for Discovery. Per order, The Court denies this request because there was no motion as required by local rule. Parties notified.

| Judicial Officer: | Welch, Heather A |
| --- | --- |
| Order Signed: | 06/20/2017 |

06/20/2017 **Document Filed**

Plaintiff's Supplemental Submission of Exhibit C to Designation of Evidence in Support of Motion for Summary Judgment

| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| --- | --- |
| File Stamp: | 06/20/2017 |

06/20/2017 **Motion Filed**

Defendant's Request for Clerical Correction of Date Error on Entry of Chronological Case Summary.

| Filed By: | COATES, AARON |
| --- | --- |
| File Stamp: | 06/20/2017 |

06/21/2017 **Automated ENotice Issued to Parties**

Order Issued ---- 6/20/2017 : Andrew Woodbridge Hull;Michael J Blinn Order Denying Motion for Enlargement of Time ---- 6/20/2017 : Andrew Woodbridge Hull;Michael J Blinn

**Ex 3**

8/22/2017

| 06/23/2017 | **Motion for Continuance Filed** |
|---|---|

Plaintiff's First Verified Motion to Reschedule Trial

Filed By:                 VALEO FINANCIAL ADVISORS, LLC

File Stamp:            06/23/2017

| 06/26/2017 | **Order Denying Motion to Strike** |
|---|---|

Order Denying Plaintiff's Motion to Strike Untimely Discovery. Parties notified.

Judicial Officer:        Welch, Heather A

Order Signed:          06/26/2017

| 06/27/2017 | **Automated ENotice Issued to Parties** |
|---|---|

Order Denying Motion to Strike ---- 6/26/2017 : Andrew Woodbridge Hull;Michael J Blinn

| 06/27/2017 | **Hearing Scheduling Activity** |
|---|---|

Hearing originally scheduled on 07/14/2017 at 11:00 AM was rescheduled to 07/21/2017 at 11:00 AM. Reason: Court's Own Motion.

| 06/27/2017 | **Hearing Scheduling Activity** |
|---|---|

Bench Trial originally scheduled on 08/15/2017 at 9:00 AM was rescheduled to 12/06/2017 at 9:00 AM. Reason: By Request.

| 06/27/2017 | **Hearing Scheduling Activity** |
|---|---|

Bench Trial scheduled for 08/16/2017 at 9:00 AM was cancelled. Reason: .

| 06/27/2017 | **Hearing Scheduling Activity** |
|---|---|

Bench Trial scheduled for 12/07/2017 at 9:00 AM.

| 06/27/2017 | **Order Granting** |
|---|---|

Order Granting First Verified Motion for Reschedule Trial. Per order, bench trial set for 8/15/17 is VACATED and reset for 12/6/17-12/7/17 at 9:00 a.m. for two days. Parties notified.

Judicial Officer:        Welch, Heather A

Order Signed:          06/27/2017

| 06/28/2017 | **Automated ENotice Issued to Parties** |
|---|---|

Hearing Scheduling Activity ---- 6/27/2017 : Andrew Woodbridge Hull;Michael J Blinn Hearing Scheduling Activity ---- 6/27/2017 : Andrew Woodbridge Hull;Michael J Blinn Hearing Scheduling Activity ---- 6/27/2017 : Andrew Woodbridge Hull;Michael J Blinn Hearing Scheduling Activity ---- 6/27/2017 : Andrew Woodbridge Hull;Michael J Blinn Order Granting ---- 6/27/2017 : Andrew Woodbridge Hull;Michael J Blinn

| 06/28/2017 | **Order for Hearing** |
|---|---|

Order Resetting Hearing. Per order, hearing set for 7/14/17 at 11:00 a.m. is VACATED. The Court RESETS this matter for a Hearing on July 21, 2017 at 11:00 A.M., with one (1) hour allotted. Parties notified.

Judicial Officer:        Welch, Heather A

Order Signed:          06/27/2017

| 06/28/2017 | **Response Filed** |
|---|---|

Response in Opposition to Plaintiff's Motion for Discovery Sanctions.

Filed By:                 COATES, AARON

File Stamp:            06/28/2017

**Ex 3**

8/22/2017     Summary - MyCase

| 06/28/2017 | **Motion to Compel Discovery Filed** |
| | (1 of 2) Defendant's Motion to Compel Discovery and Motion for Continuance on All Matters. |
| | Filed By:       COATES, AARON |
| | File Stamp:      06/28/2017 |

| 06/28/2017 | **Motion for Continuance Filed** |
| | (2 of 2) Motion for Continuance on All Matters. |
| | Filed By:       COATES, AARON |
| | File Stamp:      06/28/2017 |

| 06/29/2017 | **Automated ENotice Issued to Parties** |
| | Order for Hearing ---- 6/28/2017 : Andrew Woodbridge Hull;Michael J Blinn |

| 07/13/2017 | **Response Filed** |
| | Plaintiff's Response in Opposition to Defendant's Motion to Compel Discovery and for Continuance on All Matters |
| | Filed By:       VALEO FINANCIAL ADVISORS, LLC |
| | File Stamp:      07/13/2017 |

| 07/13/2017 | **Response Filed** |
| | Plaintiff's Reply in Support of Motion for Discovery Sanctions |
| | Filed By:       VALEO FINANCIAL ADVISORS, LLC |
| | File Stamp:      07/13/2017 |

| 07/13/2017 | **Motion Filed** |
| | Plaintiff's Motion to Supplement Designation of Evidence in Support of Motion for Summary Judgment |
| | Filed By:       VALEO FINANCIAL ADVISORS, LLC |
| | File Stamp:      07/13/2017 |

| 07/17/2017 | **CANCELED Final PreTrial Conference** |
| | Reason:       Judicial Action |
| | Session: |
| |      07/17/2017 1:30 PM, Cancelled |

| 07/17/2017 | **Motion for Enlargement of Time Filed** |
| | Motion for Enlargement of Certain Pretrial Deadlines and to Reset Final Pretrial Conference |
| | Filed By:       VALEO FINANCIAL ADVISORS, LLC |
| | File Stamp:      07/17/2017 |

| 07/19/2017 | **Order Denying Motion to Compel Discovery** |
| | Order Denying Defendant's Motion to Compel Discovery and for Continuance on all Matters. Per order, The hearing shall proceed on Friday, July 21 2017 on Plaintiff's Motion for Summary Judgment, Motion for Discovery Sanctions, Motion to Seal Records under Admin. R. and Defendant's Motion to Amend Answer. Parties notified. |
| | Judicial Officer:       Welch, Heather A |
| | Order Signed:      07/18/2017 |

| 07/19/2017 | **Order Issued** |
| | Order Regarding Plaintiff's Motion to Supplement Designation of Evidence in Support of Motion for Summary Judgment. Parties notified. |
| | Judicial Officer:       Welch, Heather A |
| | Order Signed:      07/18/2017 |

**Ex 3**

**07/19/2017**   **Motion Filed**

Motion to Reschedule Final Pretrial Conference

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 07/19/2017 |

**07/19/2017**   **Document Filed**

Tender of Proposed Agenda to Court for July 21, 2017 Hearing

| | |
|---|---|
| Filed By: | VALEO FINANCIAL ADVISORS, LLC |
| File Stamp: | 07/19/2017 |

**07/19/2017**   **Hearing Scheduling Activity**

Hearing originally scheduled on 07/21/2017 at 11:00 AM was rescheduled to 11/27/2017 at 9:00 AM. Reason: By Request.

**07/19/2017**   **Answer to Interrogatories Filed**

Garnishee Defendant: Walmart Stores Inc. yes.

| | |
|---|---|
| File Stamp: | 07/19/2017 |

**07/19/2017**   **Clerical Mistake Corrected**

Disregard Answer to Interrogatories filed 7/19/17. Filed in clerical error.

**07/19/2017**   **Order Granting**

Order Granting Motion to Reschedule Final Pretrial Conference. Per order, conference set for 7/21/17 is VACATED and RESET for 11/27/17 at 9:00 a.m. All motions currently scheduled to be heard on July 21, 2017, shall proceed on that date. Parties notified.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A |
| Order Signed: | 07/19/2017 |

**07/20/2017**   **Automated ENotice Issued to Parties**

Order Denying Motion to Compel Discovery ---- 7/19/2017 : Andrew Woodbridge Hull;Michael J Blinn Order Issued ---- 7/19/2017 : Andrew Woodbridge Hull;Michael J Blinn Hearing Scheduling Activity ---- 7/19/2017 : Andrew Woodbridge Hull;Michael J Blinn Order Granting ---- 7/19/2017 : Andrew Woodbridge Hull;Michael J Blinn

**07/20/2017**   **Hearing Scheduling Activity**

Hearing scheduled for 07/21/2017 at 11:00 AM.

**07/20/2017**   **Order Granting Motion for Enlargement of Time**

Per order, time extended to and including November 15, 2017. the final pretrial conference is hereby set for 11/27/17 at 9:00 a.m. Parties notified.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A |
| Order Signed: | 07/20/2017 |

**07/20/2017**   **Response Filed**

Response in Opposition to Plaintiff's Motion for Enlargement of Certain Pretrial Deadlines and to Reset Final Pre-Trial Conference.

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 07/20/2017 |

**07/21/2017**   **Hearing**

Session:

     07/21/2017 11:00 AM, Judicial Officer: Welch, Heather A

Result:      Commenced and concluded

**Ex 3**

**07/21/2017 Automated ENotice Issued to Parties**

Hearing Scheduling Activity ---- 7/20/2017 : Andrew Woodbridge Hull;Michael J Blinn Order Granting Motion for Enlargement of Time ---- 7/20/2017 : Andrew Woodbridge Hull;Michael J Blinn

**07/21/2017 Motion Filed**

Defendant's Motion for Injunctive Order to Preserve Evidence.

| | |
|---|---|
| Filed By: | COATES, AARON |
| File Stamp: | 07/21/2017 |

**07/21/2017 Hearing Journal Entry**

The Court will please enter the following minutes on the docket sheet of said cause: On July 21, 2017, Attorney Hull and Blinn for Plaintiff appeared and the Defendant, Aaron Coates, appeared in person and without counsel. The Court heard oral argument on Plaintiff's Motion for Summary Judgment, Plaintiff's Motion for Discovery Sanctions and on Defendant's Motion for Leave to Amend his Answer. The Court took these three motions under advisement and will issue a written opinion within 30 days. In addition, after hearing argument the Defendant agreed to withdraw his Motion for Injunctive Relief and to Preserve Evidence. The Court issued an order to this effect.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A |
| Present: | COATES, AARON |
| Present: | Hull, Andrew Woodbridge |
| Present: | Blinn, Michael J |
| Hearing Date: | 07/21/2017 |

**07/24/2017 CANCELED Final PreTrial Conference**

| | |
|---|---|
| Reason: | Other |
| Session: | |
| | 07/24/2017 9:15 AM, Cancelled |

**07/24/2017 Order Issued**

Order on Motion to Preserve Evidence. Per order, The Defendant withdrew this motion at a hearing on July 21, 2017. Parties notified.

| | |
|---|---|
| Judicial Officer: | Welch, Heather A |
| Order Signed: | 07/24/2017 |

**07/25/2017 Automated ENotice Issued to Parties**

Order Issued ---- 7/24/2017 : Andrew Woodbridge Hull;Michael J Blinn

**08/22/2017 CANCELED Bench Trial**

| | |
|---|---|
| Reason: | Judicial Action |
| Session: | |
| | 08/21/2017 8:30 AM, Rescheduled |
| Session: | |
| | 08/22/2017 8:30 AM, Cancelled |

**11/27/2017 Hearing**

| | |
|---|---|
| Session: | |
| | 07/14/2017 11:00 AM, Rescheduled |
| Session: | |
| | 07/21/2017 11:00 AM, Rescheduled |
| Session: | |
| | 11/27/2017 9:00 AM, Judicial Officer: Welch, Heather A |
| Comment: | Administrative Rule 9 Exclusion/ Motion for Discovery Sanctions/ Final Pretrial Conference |

**Ex 3**

| 12/06/2017 | Bench Trial |
| --- | --- |
| | Session: |
| | 08/15/2017 9:00 AM, Rescheduled |
| | Session: |
| | 08/16/2017 9:00 AM, Cancelled |
| | Session: |
| | 12/06/2017 9:00 AM, Judicial Officer: Welch, Heather A |
| | Session: |
| | 12/07/2017 9:00 AM, Judicial Officer: Welch, Heather A |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### VALEO FINANCIAL ADVISORS, LLC

Plaintiff

Balance Due (as of 08/22/2017)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
| --- | --- | --- | --- |
| Court Costs and Filing Fees | 141.00 | 0.00 | 141.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 05/08/2015 | Transaction Assessment | 141.00 |
| 05/08/2015 | Counter Payment | (141.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Ex 3

# Exhibit 4

| | |
|---|---|
| # PROCEDURAL ISSUES<br><br>## FAILURE TO RULE ON A MOTION &<br>DELAY OF JUDGMENTS<br>### Trial Rules 53.1 and 53.2 | **Tom Carusillo**<br><br>Direct:  317-233-2779<br>30 S. Meridian St., Suite 500<br>Indianapolis, IN 46204<br>Main:  317-232-2542<br>Fax:  317-233-6586 |

## Introduction

*(_____ and _____ are officially titled "Failure to rule on motion" and "Time for holding issue under advisement; delay of entering a judgment" but are commonly known as the "lazy judge" rules.  Trial court clerks perform limited duties under these rules, and there are important differences in procedures between the two rules.)*

## Trial Rule 53.1

To invoke the rule, an interested party must file a praecipe with the clerk of the court where the case is pending specifically designating the motion or decision the court has delayed. Ind. Trial Rule 53.1(E).  The trial court clerk's first duty is to enter the date and time of the filing on the praecipe.  The trial court clerk is also required to record the filing in the chronological case summary (CCS). The clerk then forwards the praecipe and a copy of the CCS to the Chief Administrative Officer of the Indiana Office of Judicial Administration. The clerk does not have a role in determining whether the submission should be withdrawn; that task is now performed by the Chief Administrative Officer.

In determining if a ruling is timely, there are several scenarios to consider and, naturally, exceptions.  The general rule provides:

1.  The court must either set a motion for hearing or, if no hearing is required, enter a ruling on the motion within thirty (30) days after the filing. Ind. Trial Rule 53.1(A). If the court has acted within the thirty day period to schedule a motion for hearing, the actual hearing itself may take place outside the thirty-day window.[1]

2.  Once a court holds a hearing on a motion, the court has thirty (30) days to rule of the motion.    Allowing parties time to file

---

[1] *See, e.g.,* _____, 688 N.E.2d 402 (Ind. 1997).

# Ex 4

post-hearing briefs or findings does not automatically extend the court's time to rule.[2]

The exceptions to the general rule provide that the time limitation does not apply:

1. during any period after the case is referred to alternative dispute resolution and until a report on the alternative dispute resolution is submitted to the court,

2. when the court within thirty (30) days after filing, orders that the motion be considered during the trial on the merits,

3. when the parties who have appeared or their counsel stipulate or agree **on the record** that the time limitation for ruling on a motion shall not apply or be extended for a designated period of time,

4. the time limitation for ruling has been extended by the Supreme Court,[3]

5. the ruling in question involves a repetitive motion, a motion to reconsider, a motion to correct error, a **petition for post-conviction relief**[4], or a ministerial post-judgment act.

An obvious question presents itself: when is a court deemed to have ruled on or decided a motion? Under Ind. Trial Rule 53.1(C) a court is "...deemed to have ruled or decided at the time the ruling or decision is entered into a public record of the court or at the time the ruling or decision is received in the office of the clerk of the court for filing." A statement from the judge that he has decided how he is going to rule is not sufficient.[5]

---

[2] "... the filing of additional briefs does not in itself extend the time period for ruling on a particular matter.                     , 723 N.E.2d 866 (Ind. 2000).

[3] Under Trial Rule 53.1(D), a court may apply to the Supreme Court for an extension of the time limitation. The application must be filed prior to the filing of a praecipe and the application must also be served on the trial court clerk. Withdrawal of submission may not take effect during the pendency of the application before the Supreme Court. If the time limitation expires while the application for extension is before the Supreme Court, the trial judge's jurisdiction over the case is suspended.

[4] "...T.R. 53.1 does not apply to petitions for post-conviction relief."                     , 793 N.E.2d 1127 (Ind. 2003). Trial Rule 53.1 does not apply to post-conviction relief **proceedings**. *Williams v. State*, 716 N.E.2d 897 (Ind. 1999) fn. 3. Also note, "... a motion to correct erroneous sentence filed pursuant to I.C. 35-38-1-15 must be considered a petition for post-conviction relief exempted from the application of T.R. 53.1." *State ex rel. Gordon v. Vanderburgh Circuit Court*, 616 N.E.2d 8 (Ind. 1993).

[5] "... it should be unnecessary for a party to be required to check the judge's bench docket. The timeliness of the filing of the praecipe should be a matter determinable from the records maintained in the Clerk's office.                     , 287 N.E.2d 865, 259 Ind. 386 (1972).

**Ex 4**

The Chief Administrative Officer will issue a Notice either granting or denying withdrawal of the submission. This Notice will be sent to the trial court clerk who will record it on the CCS and provide written notice to the judge and the parties.

If the Chief Administrative Officer determines that the ruling or decision **has been delayed**, the withdrawal is effective as of the time of the filing of the praecipe. The matter is then in the hands of the Supreme Court.

## Trial Rule 53.2

The procedure followed under Ind. Trial Rule 53.2 is very much the same as the procedure followed under Ind. Trial Rule 53.1. However, *there are important differences* between the two rules. Ind. Trial Rule 53.2 applies when a case has been tried to the court and taken under advisement by the judge.

Under Ind. Trial Rule 53.2, if a judge takes a cause tried to the court under advisement and fails to determine any issue of law or fact within **ninety (90) days**; submission of all pending matters and the case may be withdrawn from the judge. Ind. Trial Rule 53.2(A). A court is considered to have a matter "under advisement" once the submission of evidence has concluded. "[.. [T]he offering of additional briefs, arguments, proposed findings, or other documents that may be helpful to the court but which are not *evidence* do not by themselves effect the time within which a ruling may be required under Ind. Trial Rule 53.2.                        , 723 N.E.2d 866 (Ind. 2000).

As with Ind. Trial Rule 53.1, the first step in invoking Ind. Trial Rule 53.2 is the filing of a praecipe by an interested party. The remainder of the process under Ind. Trial Rule 53.2 mirrors Ind. Trial Rule 53.1, though the exceptions under Ind. Trial Rule 53.2 are more limited. The ninety (90) day time limitation of Ind. Trial Rule 53.2 does not apply where:

1. the parties who have appeared or their counsel stipulate or agree on record that the time limitation for decision shall not apply,

2. the time limitation for decision has been extended by the Supreme Court.

The most obvious, and important, difference between Ind. Trial Rule 53.1 and Ind. Trial Rule 53.2 is that Ind. Trial Rule 53.2 **does apply to petitions for post-conviction relief.** Except as noted, Ind. Trial Rule 53.2 specifically refers to and follows the procedures found in Ind. Trial Rule 53.1.

The county attorney can serve as another resource to clerks for assistance with the application of this rule.

Last modified 7/18/17

# Ex 4

# Exhibit 5

Aaron Coates <aska.coates@gmail.com>

## RE: TR 53.1 application for transfer 49D01-1505-PL-015418
1 message

**Clerk of Courts** <clerk@courts.in.gov>
To: "aska.coates@gmail.com" <aska.coates@gmail.com>

Wed, Aug 30, 2017 at 4:35 PM

A review of our Appellate Docket does not indicate that we have received the appropriate documents from the trial court regarding a TR53 request. All requests must initiate in the trial court. You may wish to contact Marion County at 317-327-4740.

Clerk's Office

Indiana Supreme Court, Court of Appeals and Tax Court

**From:** Aaron Coates [mailto:no-reply@wufoo.com]
**Sent:** Tuesday, August 29, 2017 3:20 PM
**To:** Clerk of Courts <clerk@courts.IN.gov>
**Subject:** TR 53.1 application for transfer 49D01-1505-PL-015418

| | |
|---|---|
| Name * | Aaron Coates |
| Email * | aska.coates@gmail.com |
| Confirm Email * | aska.coates@gmail.com |
| What is the subject of your message? * | TR 53.1 application for transfer 49D01-1505-PL-015418 |
| Type your message below * | |

I believe your office should now be aware of the TR 53.1 application for transfer in case 49D01-1505-PL-015418.

The online CSS shows the application was filed on 8/24/17, but the application for transfer was physically stamped and mailed at the Elkhart U.S. Post Office window on 8/22/17 at 9:56 am. Inspection of the stamped envelope, that should accompany the application, will confirm the proper filing date.

**Ex 5**

Previously, a similar date error occurred for three filings postmarked 6/15/17 with copies faxed after 4:30 pm on 6/15/17. All were recorded filed on 6/16/17. A phone request to the clerk for correction was denied, so I filed a formal request for correction on 6/20/17 that was ignored.

For this matter, I can provide the receipt showing the purchase of two stamps that morning if helpful, but either date should still allow for transfer.

Hoosiers will never have a greater respect for our laws than exhibited by our courts.

Cordially,
Aaron Coates

**Ex 5**