UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|   v. | )   Case No. 3:18-cv-574-JD-APR |
| | ) |
| VALEO FINANCIAL ADVISORS, et al., | ) |
| | ) |
|     Defendants. | ) |

---

### TABLE OF CONTENTS AND TABLE OF AUTHORITIES
### FOR MEMORANDUM IN SUPPORT OF
### STATE DEFENDANTS' MOTION TO DISMISS

---

CURTIS T. HILL, JR.
Attorney General of Indiana
Atty. No. 13999-20

Kelly D. Cochran
Atty. No. 34543-49
Deputy Attorney General

Office of the Attorney General
IGC South, Fifth Floor
302 W. Washington Street
Indianapolis, IN 46204
(317) 234-2415
Kelly.Cochran@atg.in.gov

1

# **TABLE OF CONTENTS**

I.  Factual Background………………………………………………………………………………...2
    a. The State Court Litigation……………………………………………………………………2
    b. Allegations attributable to the Marion County Court Defendants…………………………….3
    c. Allegations attributable to the Marion County Prosecutor…………………...…….………….4
    d. Allegations attributable to the Court of Appeals Defendants…………………………………...4
    e. Allegations attributable to Blainbridge……………………………………………………….4
    f. Allegations attributable to the Clerk Defendants………………………...…………………...4
    g. Allegations attributable to Judge Willis…………………………………………………….....5
    h. Allegations attributable to Commissioner Ober………………………………………………...5
    i. Arguments made in the State Court Litigation…………………………………………………5
    j. Prayer for relief………………………………………………………………………………6

II. Issue Statement…………………………………………………………………………………….6

III. Standard…………………………………………………………………………………………...7
    a. Lack of Subject Matter Jurisdiction (Federal Rule of Civil Procedure 12(b)(1) ("Rule 12(b)(1)"))………………………………………………………………………………………7
    b. Failure to state a claim (Federal Rule of Civil Procedure 12(b)(6) ("Rule 12(b)(6)"))……………7

IV. Argument……………………………………………………………………………………………8
    a. The Marion County Court Defendants and Court of Appeals Defendants are entitled to absolute judicial immunity……………………………………………………………………………..8
        i. Marion County Court Defendants……………………………………………………9
        ii. Court of Appeals Defendants……………………………………………………………10
    b. Judge Willis is entitled to quasi-judicial immunity………….………………………………12
    c. The Marion County Prosecutor is entitled to absolute prosecutorial immunity…………………12
    d. Commissioner Ober is entitled to legislative immunity………………………………………14
    e. Plaintiff's Complaint is barred by the *Rooker-Feldman* doctrine………………………….....14
    f. Plaintiff's claims are barred by issue preclusion and waiver…………………..………………16
    g. Plaintiff fails to state a claim under any cause of action……………………………………18
        i. Plaintiff fails to state a RICO claim………...………………………………………...19
        ii. Plaintiff fails to state a claim for fraud…………………………………………..20
        iii. Plaintiff fails to state a claim for forgery……………………………………………...21
        iv. Plaintiff fails to state a claim for obstruction of justice………………………….21
    h. Plaintiff's § 1983 claims fail…………………………………………………………….....22
        i. State Defendants are entitled to Eleventh Amendment immunity and are not "persons" subject to suit under §1983……………………………………………...………………………….23
        ii. Plaintiff does not allege a constitutionally protected interest………………………….24
        iii. Plaintiff fails to allege a due process violation……………………………………...25

      iv. Plaintiff's claims against Judge Najam, Judge Mathias, Pachmayr and Chuta are barred because Plaintiff fails to allege they were personally involved in purported wrongful conduct…………………………………………………………………………………….26

      v. Plaintiff fails to state a claim for injunctive relief……………………………....……..26

   i. Plaintiff fails to state a §1985 claim…………………………………………………...27

V.    Conclusion……………………………………………………………………………………….28

## EXHIBITS

Appellant's Objection to Tax and Assess Costs to Appellant………………………………………...Exhibit A

Defendant's Motion to Correct Error Ruling on Praecipe Application for Transfer Under Trial Rule 53.1 and for Proper Procedural Treatment……………………………………………………………………………Exhibit B

## TABLE OF AUTHORITIES

**Cases**

*Aaron Coates v. Valeo Financial Advisors, LLC*, 49A04-1710-PL-02464 ......................................2

*Ackerman v. N.W. Mut. Life Ins. Co.*, 172 F.3d 467 (7th Cir. 1999) ............................................20

*Adams v. City of Indianapolis*, 742 F.3d 720 (7th Cir. 2014).........................................................2

*Alexander v. City of S. Bend*, 320 F. Supp. 2d 761 (N.D. Ind. 2004), aff'd,
   433 F.3d 550 (7th Cir. 2006) .....................................................................................................16

*Alicea-Hernanadez v. Catholic Bishop of Chicago*, 320 F.3d 698 (7th Cir. 2003) .........................7

*Anderson v. Simon*, 217 F.3d 472 (7th Cir. 2000) .........................................................................13

*Andrews v. Burge*, 660 F.Supp.2d 868 (N.D. Ill. 2009)................................................................13

*Angelopoulos v. Angelopoulos,* 2 N.E.3d 688 (Ind. Ct. App. 2013).............................................16

*Arbaugh v. Y&H Corp.*, 546 U.S. 500 (2006)..................................................................................7

*Armstrong v. Exceptional Child Ctr., Inc.*, 135 S. Ct. 1378 (2015)...............................................27

*Ashcroft v. Iqbal*, 556 U.S. 662 (2009) ..............................................................................7, 8, 26

*Baker v. AME Church Judicial Council*, 320 F. Supp. 2d 786 (N.D. Ind. 2004) .........................22

*Bell v. City of Milwaukee*, 746 F.2d 1205 (7th Cir. 1984).............................................................22

*Benefield v. State*, 904 N.E.2d 239 (Ind. Ct. App. 2009) ............................................................. 21

*Benning v. Bd. of Regents of Regency Universities*, 928 F.2d 775 (7th Cir. 1991) ........................ 9

*Bibbs v. Newman*, 997 F.Supp. 1174 (S.D. Ind. 1998) ................................................................. 23

*Biblia Abierta v. Banks*, 129 F.3d 899 (7th Cir. 1997) ................................................................. 14

*Board of Regents v. Roth*, 408 U.S. 564 (1972) ............................................................................ 25

*Boyd v. Anderson*, 265 F. Supp. 2d 952 (N.D. Ind. 2003) ............................................................ 22

*Bradley v. Fisher*, 80 U.S. 335 (1871) ............................................................................................ 8

*Buckley v. Fitzsimmons*, 509 U.S. 259 (1993) .............................................................................. 13

*Crenshaw v. Baynerd*, 180 F.3d 866 (7th Cir. 1999) .............................................................. 12, 25

*Crenshaw v. Dywan*, 34 F. Supp. 2d 707 (N.D. Ind. 1999) ............................................... 9, 10, 18

*Daniels v. Williams*, 474 U.S. 327 (1986) .................................................................................... 26

*Diallo v. State*, 928 N.E.2d 250 (Ind. Ct. App. 2010) ................................................................... 21

*DiLeo v. Ernst & Young*, 901 F.2d 624 (7th Cir. 1990) ............................................................... 20

*Directv v. Edwards*, 293 F. Supp. 2d 873 (N.D. Ind. 2003) ......................................................... 19

*Doherty v. City of Chicago*, 75 F.3d 318 (7th Cir. 1996) ............................................................. 26

*Duckworth v. Franzen* 780 F.2d 645, cert. denied, 479 U.S. 816 (7th Cir.1985) ......................... 24

*E.E.O.C. v. Concentra Health Servs., Inc.*, 496 F.3d 773 (7th Cir. 2007) ...................................... 7

*Eastland v. U. S. Servicemen's Fund*, 421 U.S. 491 (1975) .......................................................... 14

*Erie R.R. v. Tompkins*, 304 U.S. 64 (1938) .................................................................................... 9

*Exxon Mobil Corp. v. Saudi Basic Indus. Corp.*, 544 U.S. 280 (2005) ......................................... 15

*Flagg Bros. v. Brooks*, 436 U.S. 149 (1978) ................................................................................ 25

*Foster v. Pearcy*, 387 N.E.2d 446 (Ind. 1979) .............................................................................. 13

*Gamboa v. Velez*, 457 F.3d 703 (7th Cir. 2006) ........................................................................... 19

*Gen. Elec. Capital Corp. v. Lease Res. Corp.*, 128 F.3d 1074 (7th Cir. 1997) ............................... 2

*George v. Smith*, 507 F.3d 605 (7th Cir. 2007) ............................................................................ 26

*Griffin v. Breckenridge*, 403 U.S. 88 (1971)..................................................................................28

*Henry v. Farmer City State Bank*, 808 F.2d 1228 (7th Cir. 1986)................................................16

*Hudson v. Palmer*, 468 U.S. 517 (1984).......................................................................................26

*Imbler v. Pachtman*, 424 U.S. 409 (1976) .............................................................................12, 13

*J.A.W. v. State*, 650 N.E.2d 1142 (Ind. Ct. App. 1995) .................................................................9

*Jacobs v. State*, 640 N.E.2d 61 (Ind. Ct. App. 1994)....................................................................21

*Jensen v. Foley*, 295 F.3d 745 (7th Cir. 2002).............................................................................16

*Joseph v. Rowlen*, 402 F.2d 367 (7th Cir. 1968).........................................................................14

*Kentucky Dep't of Corrections v. Thompson*, 490 U.S. 454 (1989) ............................................25

*Kesling v. Hubler Nissan, Inc.*, 997 N.E.2d 327 (Ind. 2013).......................................................20

*King v. Marion Circuit Court*, 868 F.3d 589 (7th Cir. 2017), cert. denied sub nom. 138 S. Ct. 1582 (2018) ..........................................................................................................................25

*Kirk v. City of Kokomo*, 772 F. Supp. 2d 983 (S.D. Ind. 2011) .....................................................7

*Kolar v. County of Sangamon*, 756 F.2d 564 (7th Cir.1985)......................................................24

*Lake Cty. Juvenile Court v. Swanson*, 671 N.E.2d 429 (Ind. Ct. App. 1996)..............................23

*Lawyers Title Ins. Corp. v. Pokraka*, 595 N.E.2d 244 (Ind. 1992)..............................................20

*Linda R.S. v. Richard D.*, 410 U.S. 614 (1973) ...........................................................................19

*Mains v. Citibank, N.A.*, 852 F.3d 669 (7th Cir. 2017), cert. denied, 138 S. Ct. 227 (2017).................................................................................................................15, 16

*Meadows v. State of Ind.*, 854 F.2d 1068 (7th Cir. 1988).......................................................23, 24

*Mireles v. Waco*, 502 U.S. 9 (1991)................................................................................................9

*Mosley v. Klincar*, 947 F.2d 1338 (7th Cir. 1991).........................................................................7

*Mother Goose Nursery Sch., Inc. v. Sendak*, 770 F.2d 668 (7th Cir. 1985) ................................12

*Nesses v. Shepard*, 68 F.3d 1003 (7th Cir. 1995) ..................................................................17, 18

*Newman v. Deiter*, 702 N.E.2d 1093 (Ind. Ct. App. 1998)............................................................9

*Nowicki v. Cooper*, 56 F.3d 782 (7th Cir.1995)...........................................................................25

*Olim v. Wakinekona*, 461 U.S. 238 (1983) ................................................................................25

*Pena v. Mattox*, 84 F.3d 894 (7th Cir. 1996) ............................................................................10

*Perkins v. Silverstein*, 939 F.2d 463 (7th Cir.1991)..................................................................18

*Redwood v. Dobson*, 476 F.3d 462 (7th Cir. 2007) ..................................................................27

*Remer v. Burlindton Area Sch. Dist.*, 205 F.3d 990 (7th Cir. 2000)...........................................15

*Ross Yordy Const. Co. v. Naylor*, 55 F.3d 285 (7th Cir. 1995) .................................................13

*Sandage v. Board of Com'rs Vanderburgh County*, 548 F.3d 595 (7th Cir. 2008).......................25

*Scherr v. Marriott Int'l, Inc.*, 703 F.3d 1069 (7th Cir. 2013) ......................................................2

*Sedima, S.P.R.L. v. Imrex Co., Inc.*, 473 U.S. 479 (1985) ........................................................19

*Estate of Sims ex rel. Sims v. Cty. of Bureau*, 506 F.3d 509 (7th Cir. 2007) ..............................27

*Slaney v. The Int'l Amateur Athletic Fed'n*, 244 F.3d 580 (7th Cir. 2001) .................................19

*Spiegel v. Rabinovitz*, 121 F.3d 251 (7th Cir. 1997)..................................................................13

*Squires-Cannon v. Forest Pres. Dist. of Cook Cty.*, 897 F.3d 797 (7th Cir. 2018) ......................28

*Stump v. Sparkman*, 435 U.S. 349 (1978).....................................................................8, 9, 10, 12

*Tenney v. Brandhove*, 341 U.S. 367 (1951)...............................................................................14

*Transit Express, Inc. v. Ettinger*, 246 F.3d 1018 (7th Cir. 2001) .................................................7

*Tucker v. State*, 35 N.E.2d 270 (Ind. 1941) ..............................................................................23

*United States v. Lechuga*, 994 F.2d 346 (7th Cir. 1993) ...........................................................27

*Valeo Financial Advisors, LLC v. Aaron Coates*, 49D01-1505-PL-015418 ................................2

*Walker v. Thompson*, 288 F.3d 1005 (7th Cir. 2002) ................................................................27

*Weiland v. Byrne*, 392 F. Supp. 21 (N.D. Ill. 1975) ..................................................................22

*Wikberg v. Reich*, 21 F.3d 188 (7th Cir.1994)...........................................................................25

*Will v. Michigan Dep't of State Police*, 491 U.S. 58 (1989).......................................................23

*Williams v. State*, 892 N.E.2d 666 (Ind. Ct. App. 2008)............................................................21

*Wojtowicz v. State*, 545 N.E.2d 562 (Ind. 1989).......................................................................19

*Woods v. Michigan City, Ind.*, 940 F.2d 275 (7th Cir. 1991) ....................................................... 23

*Wright v. Illinois Dep't of Children & Family Servs.*, 40 F.3d 1492 (7th Cir. 1994) .................... 28

**Statutes**

18 U.S.C. § 1501 ........................................................................................................................... 22

18 U.S.C. § 1514 ........................................................................................................................... 22

18 U.S.C. § 1514A ........................................................................................................................ 22

18 U.S.C. § 1521 ........................................................................................................................... 22

18 U.S.C. § 1961 ........................................................................................................................... 19

18 U.S.C. § 1961(1) ...................................................................................................................... 19

42 U.S.C. § 1983 .................................................................................................................. *passim*

42 U.S.C. § 1983… ....................................................................................................................... 22

42 U.S.C. § 1985 ............................................................................................................... 8, 27, 28

42 U.S.C. § 1985(2) ............................................................................................................... 27, 28

42 U.S.C. § 1985(3) ............................................................................................................... 27, 28

Ind. Code 35-34-1-1(a) ........................................................................................................... 19, 21

Ind. Code § 8-1-1-2 ....................................................................................................................... 23

Ind. Code § 33-29-1.5-(1) ............................................................................................................. 10

Ind. Code § 34-24-2-1 .................................................................................................................. 19

Ind. Code § 35-34-1-1(a) ........................................................................................................ 21, 22

Ind. Code § 35-43-5-2(b) .............................................................................................................. 21

Ind. Code § 35-43-5-2(d) .............................................................................................................. 21

Ind. Code § 35-43-5-4 ................................................................................................................... 21

Ind. Code § 35-44.1-2-2 ................................................................................................................ 22

Ind. Code § 35-45-6-1(e) .............................................................................................................. 20

Ind. Code § 35-45-6-1, et seq ....................................................................................................... 19

Racketeer Influenced and Corrupt Organizations Act ............................................................ *passim*

**Other Authorities**

Eleventh Amendment to the United States Constitution ......................................................8, 23, 25

Federal Rule of Civil Procedure 8(a) ...............................................................................................18

Federal Rule of Civil Procedure 9(b)................................................................................................20

Federal Rule of Civil Procedure 12(b)(1) ..........................................................................................7

Federal Rule of Civil Procedure 12(b)(6) ..........................................................................................7

House Bill 1469 .........................................................................................................................5, 6, 14

Ind. Const. art. III, § 1.......................................................................................................................23

Ind. Const. art. VII § 1 ......................................................................................................................23

Ind. Const. Article VII, § 6 ...............................................................................................................11

Ind. Trial Rule 53.1 .....................................................................................................................5, 6, 12

Ind. Trial Rule 53.1(A) .......................................................................................................................2

Ind. Trial Rule 60(B)..........................................................................................................................15

Marion County Local Rule 49-TR5-203(E) .....................................................................................21