UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| AARON COATES | ) | |
| | ) | |
| Plaintiff | ) | CASE NO. 3:18-cv-574-JD-APR |
| | ) | |
| vs. | ) | |
| | ) | |
| VALEO FINANCIAL ADVISORS, LLC, et al. | ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANT PAMELA K. KOEHLER'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Comes now Defendant Pamela K. Koehler, by counsel, and moves this Court to dismiss Defendant with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that Plaintiff has failed to state a claim upon which relief can be granted. Additionally, Defendant moves this Court to dismiss Defendant with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(1), on the ground that the Rooker-Feldman doctrine bars Plaintiff's claims and the Court has no subject matter jurisdiction over this matter.

WHEREFORE, as set forth more fully in the accompanying Brief in Support of Defendant's Motion to Dismiss, Defendant respectfully prays that the Court grant her Motion to Dismiss with prejudice and for all other just and proper relief.

KIGHTLINGER & GRAY, LLP

By  s/ *Louis J. Britton*
        Louis J. Britton
        Attorney I.D. No. 27754-49
        Attorney for Pamela K. Koehler

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, the foregoing pleading was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Joshua R. Lowry | John W. Borkowski |
| Kelly D. Cochran | Aleksandra O. Rushing |
| Indiana Attorney General's Office | HUSCH BLACKWELL |
| joshua.lowry@atg.in.gov | john.borkowski@huschblackwell.com |
| kelly.cochran@atg.in.gov | aleks.rushing@huschblackwell.com |
| | |
| Michael A. Dorelli | Grant E. Helms |
| David J. Hensel | Office of Corporation Counsel |
| HOOVER HULL TURNER | grant.helms@indy.gov |
| mdorelli@hooverhullturner.com | |
| dhensel@hooverhullturner.com | Kevin K. Fitzharris |
| | BARRETT McNAGNY |
| Michael L. Meyer | Email: kkf@barrettlaw.com |
| TAFT STETTINIUS & HOLLISTER | |
| mmeyer@taftlaw.com | |

I further certify that on October 11, 2018, a copy of the foregoing pleading was mailed, by first-class U.S. Mail, to:

>Aaron Coates
>18709 Taft Court
>Goshen, IN  46528

s/ *Louis J. Britton*
Louis J. Britton

KIGHTLINGER & GRAY, LLP
One Indiana Square, Suite 300
211 North Pennsylvania Street
Indianapolis, Indiana  46204
Telephone:  317-638-4521
Email:  lbritton@k-glaw.com