UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates**<br>*Plaintiff*<br><br>v.<br><br>**Valeo Financial Advisors, LLC, et. al.,**<br>*Defendants* | NO.: 3:18-cv-000574-JD-APR<br><br>JUDGE JON E. DEGUILIO<br><br>MAGISTRATE JUDGE ANDREW P. RODOVICH |

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Plaintiff, Aaron Coates, respectfully requests that this Court grant an extension of time for Plaintiff to respond to Fidelity Brokerage Services, LLC's ("Defendant") Motion to Dismiss up to and including October 26, 2018. In support of this Motion, Plaintiff states as follows:

1. Defendant filed its Motion to Dismiss (Docket 74) on September 28, 2018.

2. Starting the morning of Monday, September 24th, Plaintiff's family has been involved in a grave personal matter.

3. Plaintiff informed Defendant's counsel by email on October 11, 2018, providing general details of the personal matter, and requesting the extension. Counsel agreed the same day.

4. Plaintiff does not believe award of Motion will prejudice the Defendant and is necessary after certain results next week, for Plaintiff to determine whether continue pursuing this claim would conflict with more important commitments.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request and for all other relief that is just and proper.

*Respectfully submitted,*

/s/

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ October 12, 2018

## CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion and draft order is being certified mailed to the Court for filing and directly emailed to the following parties, and if requested, follow with hardcopy.

**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
modorelli@hooverhullturner.com

David J. Hensel
dhensel@hooverhullturner.com

**Barrett McNagny, LLP**
Kevin K. Fitzharris
kkf@barrettlaw.com

**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
mmeyer@taftlaw.com

**Husch Blackwell LLP**
Aleksandra Rushing
aleks.rushing@huschblackwell.com

John W. Borkowski
john.borkowski@huschblackwell.com

**Office of Attorney General Curtis Hill**
Kelly Cochran
kelly.cochran@atg.in.gov

Joshua Lowry
joshua.lowry@atg.in.gov

**Office of Corporation Counsel**
Grant E. Helms
grant.helms@indy.gov

**Kightlinger & Gray, LLP**
Louis J. Britton
lbritton@k-glaw.com

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ October 12, 2018