Gates
18709 Taft Ct
Goshen IN 46528






7018 0360 0002 2116 7008

1000   46601

U.S. POSTAGE PAID
FCM LG ENV
ELKHART, IN
46516
OCT 12, 18
AMOUNT
$5.29
R2303S100942-21





Clerk
United States District Court
102 Federal Building
204 S. Main St.
South Bend, IN 46601