# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates**<br>　*Plaintiff*<br>　　v.<br>**Valeo Financial Advisors, LLC, et. al.,**<br>　*Defendants* | No.: 3:18-cv-000574-JD-APR<br><br>Judge Jon E. DeGuilio<br><br>Magistrate Judge Andrew P. Rodovich |

## ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

The Court, having reviewed Plaintiff, Aaron Coates' Motion for Extension of Time to Respond to the Lutheran University Association d/b/a Valparaiso University and Mark A. Heckler's joint Motion to Dismiss, now GRANTS Plaintiff's Motion.

Plaintiff, Aaron Coates, shall have up to and including October 26, 2018 to respond to Defendant's Motion.

Date: _____           _____
                                Judge/Magistrate, United States District Court

Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:
Aaron Coates
18709 Taft Ct.
Goshen, IN 46528