UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Aaron Coates** *Plaintiff* v. **Valeo Financial Advisors, LLC, et. al.,** *Defendants* | ) ) ) ) ) ) ) | NO.: 3:18-cv-000574-JD-APR  JUDGE JON E. DEGUILIO  MAGISTRATE JUDGE ANDREW P. RODOVICH |

## ORDER FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

The Court, having reviewed Plaintiff, Aaron Coates' Motion for Extension of Time to Respond to Hoover Hull Turner LLP, Andrew Hull, Camie Swanson-Hull, Kenneth Munson, Wayne Turner, Michael Blinn, Evan Carr, Susanne Johnson, Fortuna Gipson, and Melodie Alexander's joint Motion to Dismiss, now GRANTS Plaintiff's Motion.

Plaintiff, Aaron Coates, shall have up to and including October 26, 2018 to respond to Defendant's Motion.

Date: _____   _____
Judge/Magistrate, United States District Court

Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:
Aaron Coates
18709 Taft Ct.
Goshen, IN 46528