UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| AARON COATES, | ) |
|       Plaintiff, | ) |
| v. | ) Case No. 3:18-cv-574-JD-MGG |
| VALEO FINANCIAL ADVISORS, LLC, *et. al.*, | ) |
|       Defendants. | ) |

### HHT DEFENDANTS' SUBMISSION OF CERTIFIED COPIES
### [Dkt. 62-6 and 62-7]

Defendants, Hoover Hull Turner LLP, Andrew Hull, Camie Swanson-Hull, Kenneth Munson, Wayne Turner, Michael Blinn, Evan Carr, Susanne Johnson, Fortuna Gipson and Melodie Alexander (collectively, the "HHT Defendants"), by counsel, respectfully submit certified copies of Exhibits 5 and 6 to their Brief in Support of HHT Defendants' Motion to Dismiss Plaintiff's Complaint (Dkt. 62) (the "Brief in Support") and state the following:

1. The HHT Defendants timely filed their Brief in Support on September 26, 2018.

2. At the time of filing, the HHT Defendants were awaiting certified copies of Exhibits 5 and 6 to their Brief in Support and provided true and accurate uncertified copies.

3. The HHT Defendants respectfully supplement their Brief in Support to include certified copies of **Exhibit 5**, June 1, 2015 Answer filed by Aaron Coates (Dkt.

62-6) and **Exhibit 6**, June 15, 2017 Motion to Correct Error, together with proposed Order, filed by Aaron Coates (Dkt. 62-7).

4. The attached certified copies of **Exhibits 5** and **6** are identical to the uncertified copies filed on September 26, 2018, with the sole exception of being certified, and no party will be prejudiced by their submission here.

Respectfully submitted,

*/s/ Michael A. Dorelli*

David J. Hensel (15455-49)
dhensel@hooverhullturner.com
Michael A. Dorelli (20862-49)
mdorelli@hooverhullturner.com
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
P.O. Box 44989
Indianapolis, IN, 46244-0989
Tel: (317) 822-4400
Fax: (317) 822-0234

*Counsel for HHT Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the Plaintiff and all registered participants as identified on the Notice of Electronic Filing (NEF) on October 24, 2018.

I further certify that on October 24, 2018, a copy of the foregoing pleading was sent via email at aska.coates@gmail.com and acoates@relevantfinancial.com and was mailed, by first-class U.S. Mail, to:

Aaron Coates
18709 Taft Court
Goshen, IN 46528

*/s/ Michael A. Dorelli*

980595v2