UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

AARON COATES,                          )
                                       )
                 Plaintiff,            )
                                       )  CASE NO.: 3:18-cv-00574-JD-MGG
          v.                           )
                                       )
VALEO FINANCIAL ADVISORS, LLC,         )
*et al.,*                              )
                                       )
                 Defendants.           )

## NOTICE OF APPEARANCE

To the Clerk and all parties of record:

I, Adam S. Willfond, am admitted to practice in this Court and appear for the following

Defendant: Marion County Clerk of Court.

Respectfully Submitted,

*/s/ Adam S. Willfond*
Adam S. Willfond (31565-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Email: adam.willfond@indy.gov

## **CERTIFICATE OF SERVICE**

I certify that this document was electronically filed on October 25, 2018. The same day, the following e-filing users were served electronically:

John W Borkowski
John.Borkowski@huschblackwell.com

Louis Joseph Britton
lbritton@k-glaw.com

Kelly D Cochran
Joshua R Lowry
kelly.cochran@atg.in.gov
joshua.lowry@atg.in.gov

Michael A Dorelli
David J Hensel
mdorelli@hooverhullturner.com
Dhensel@hooverhullturner.com

Kevin K Fitzharris
kkf@barrettlaw.com

Michael Lawrence Meyer
mmeyer@taftlaw.com

Aleksandra Ostojic Rushing
aleks.rushing@huschblackwell.com

I further certify the same day, the following non-e-filing users were served via first-class

United States mail:

Aaron Coates
18709 Taft Ct
Goshen, IN 46528

Respectfully Submitted,

*/s/ Adam S. Willfond*
Adam S. Willfond (31565-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204