UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:18-cv-00574-JD-MGG |
| v. | ) |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW APPEARANCE

Adam S. Willfond respectfully moves the Court under Local Rule 83-8 to permit Grant Helms to withdraw his appearance on behalf of Marion County Clerk of Court ("Defendant"). This motion should be granted for the following reasons:

As of today's date, Grant Helms is no longer employed with the City of Indianapolis's Office of Corporation Counsel and, as a result, no longer represents the Defendant in this case.

At least one other lawyer with the City of Indianapolis Office of Corporation Counsel has already entered an appearance in this case and will continue to represent Defendant.

WHEREFORE, Adam S. Willfond respectfully requests that the Court permit Mr. Helms to withdraw his appearance and to terminate his appearance in this matter effective immediately.

Respectfully Submitted,

*/s/ Adam S. Willfond*
Adam S. Willfond (31565-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055

Email: Adam.willfond@indy.gov

## **CERTIFICATE OF SERVICE**

I certify that this document was electronically filed on October 25, 2018. The same day, the following e-filing users were served electronically:

John W Borkowski
John.Borkowski@huschblackwell.com

Louis Joseph Britton
lbritton@k-glaw.com

Kelly D Cochran
Joshua R Lowry
kelly.cochran@atg.in.gov
joshua.lowry@atg.in.gov

Michael A Dorelli
David J Hensel
mdorelli@hooverhullturner.com
Dhensel@hooverhullturner.com

Kevin K Fitzharris
kkf@barrettlaw.com

Michael Lawrence Meyer
mmeyer@taftlaw.com

Aleksandra Ostojic Rushing
aleks.rushing@huschblackwell.com

I further certify the same day, the following non-e-filing users were served via first-class United States mail:

Aaron Coates
18709 Taft Ct
Goshen, IN 46528

                                           */s/ Adam S. Willfond*
                                           Adam S. Willfond (30174-49)
                                           Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601

Indianapolis, Indiana 46204
Telephone: (317) 327-4055