UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:18-cv-00574-JD-MGG |
| v. | ) |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## ORDER ON MOTION TO WITHDRAW APPEARANCE

This case before the Court on the Motion to Withdraw Appearance. The Court, being duly advised, now GRANTS the Motion.

 IT IS ORDERED that the appearance of Grant E. Helms is withdrawn.


Date:_____          _____
                                         JUDGE, United States District Court
                                         Southern District of Indiana

Distribution: All ECF-registered counsel of record.