A Gumbo
18709 Taft Ct
Goshen IN 46528

CERTIFIED MAIL

7018 0360 0002 2116 7015





U.S. POSTAGE PAID
FCM LG ENV
ELKHART, IN
46516
OCT 26, 18
AMOUNT
$4.87
R2305H127513-06

US District Court Clerk
204 S. Main St
South Bend IN 46601