-FILED-

OCT 29 2018

At_____M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Aaron Coates | ) | No.: 3:18-cv-000574-JD-APR |
| *Plaintiff* | ) | |
| | ) | JUDGE JON E. DEGUILIO |
| v. | ) | |
| | ) | MAGISTRATE JUDGE ANDREW P. |
| Valeo Financial Advisors, LLC, et. al., | ) | RODOVICH |
| *Defendants* | ) | |
| | ) | |

## MOTION FOR HEARING ON MOTIONS TO DISMISS

Plaintiff, Aaron Coates, respectfully requests the Court schedule a hearing to consider oral arguments on all Motions to Dismiss in the above matter.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ October 26, 2018

## CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion and draft order being certified mailed to the Court for filing and directly emailed to the following parties, and if requested, follow with hardcopy.

**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
modorelli@hooverhullturner.com

David J. Hensel
dhensel@hooverhullturner.com

**Barrett McNagny, LLP**
Kevin K. Fitzharris
kkf@barrettlaw.com

**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
mmeyer@taftlaw.com

**Husch Blackwell LLP**
Aleksandra Rushing
aleks.rushing@huschblackwell.com

John W. Borkowski
john.borkowski@huschblackwell.com

**Office of Attorney General Curtis Hill**
Kelly Cochran
kelly.cochran@atg.in.gov

Joshua Lowry
joshua.lowry@atg.in.gov

**Office of Corporation Counsel**
Grant E. Helms
grant.helms@indy.gov

**Kightlinger & Gray, LLP**
Louis J. Britton
lbritton@k-glaw.com

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ October 26, 2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| Aaron Coates | ) | NO.: 3:18-cv-000574-JD-APR |
| *Plaintiff* | ) | |
| | ) | JUDGE JON E. DEGUILIO |
| v. | ) | |
| | ) | MAGISTRATE JUDGE ANDREW P. |
| Valeo Financial Advisors, LLC, et. al., | ) | RODOVICH |
| *Defendants* | ) | |
| | ) | |

## ORDER FOR EVIDENTIARY HEARING

Plaintiff, Aaron Coates, having moved for oral arguments on Motions to

Dismiss, and the Court having read said Motion and being duly advised in the

premises now GRANTS that motion.

A hearing for this Court to hear oral arguments is hereby scheduled for

Date:_____ at: _____am/pm


Date: _____          _____
                                Judge/Magistrate, United States District Court


Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:

Aaron Coates
18709 Taft Ct.
Goshen, IN 46528