UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| AARON COATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.: 3:18-cv-00574-JD-MGG |
| v. | ) |
| | ) |
| VALEO FINANCIAL ADVISORS, LLC, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

To the Clerk and all parties of record:

I, Daniel P. Bowman, am admitted to practice in this Court and appear for the following Defendants: Marion County Clerk of Court.

Respectfully submitted,

*/s/ Daniel P. Bowman*
Daniel P. Bowman (31691-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: daniel.bowman@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2018 a copy of the foregoing was filed electronically. Service of this filing will be made on the below Registered Users via the Courts CM-ECF System:

I further certify that this document was served on the following parties via USPS mail:

Aaron Coates
18709 Taft Ct
Goshen, IN 46528

*/s/ Daniel P. Bowman*
Daniel P. Bowman (31691-49)
Assistant Corporation Counsel