# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates** *Plaintiff* | No.: 3:18-cv-000574-JD-APR |
| v. | Judge Jon E. DeGuilio |
| **Valeo Financial Advisors, LLC, et. al.,** *Defendants* | Magistrate Judge Andrew P. Rodovich |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S OPINION AND ORDER

Plaintiff, Aaron Coates, respectfully requests that this Court grant an extension of time for 30 days until May 24, 2019 for Plaintiff to respond to the Court's Opinion and Order entered on March 25, 2019. In support of this Motion, Plaintiff states as follows:

1. Plaintiff is self-represented.

2. Various motions by both Plaintiff and Defendants have been dormant before this Court since November 2018.

3. Coates learned of the ruling by regular mail just hours before leaving town with family on spring break on Thursday, March 28, 2019, returning on April 6, 2019. Prior to that Coates had no advanced notice, never received any communication or update from the Court, was not included in any correspondence, or proposed orders to the Court from other parties, or requests by other parties for a ruling.

4. In its order, the Court makes numerous suggestions to Plaintiff, focuses on assertions, while appearing to overlook facts that Defendants have chosen to not refute. To properly and competently address these matters, hopefully to the Court's satisfaction and the interest of justice, while attending to pressing personal and job requirements, Plaintiff will need more than two weeks.

5. Plaintiff does not believe award of Motion will prejudice the Defendants.

6. On April 8, 2019, Plaintiff requested by email to counsel for all parties, for agreement or objection by 3:00 p.m. April 9, 2019. Counsel representing the following parties have agreed: Valeo Financial Advisors, LLC, John T. Wortman, John C. Trott, Gregory A. Fulk, Andrew W. Hull, Kenneth J. Munson, Wayne Turner, Michael J. Blinn, Evan D. Carr, Susanne (Heckler) Johnson, Fortuna Gipson, Melodie M. Alexander, Camie J. Swanson Hull. Email read receipts from at least one attorney for all other parties was returned, but no others replied.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ April 9, 2019

## CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion and draft order is being certified mailed to the Court for filing and directly emailed to the following parties, and if requested, followed with hardcopy.

**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
modorelli@hooverhullturner.com

David J. Hensel
dhensel@hooverhullturner.com

**Barrett McNagny, LLP**
Kevin K. Fitzharris
kkf@barrettlaw.com

**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
mmeyer@taftlaw.com

**Husch Blackwell LLP**
Aleksandra Rushing
aleks.rushing@huschblackwell.com

John W. Borkowski
john.borkowski@huschblackwell.com

**Office of Attorney General Curtis Hill**
Kelly Cochran
kelly.cochran@atg.in.gov

Joshua Lowry
joshua.lowry@atg.in.gov

**Office of Corporation Counsel**
Grant E. Helms
grant.helms@indy.gov

Adam S. Willfond
adam.willfond@indy.gov

Daniel P. Bowman
daniel.bowman@indy.gov

**Kightlinger & Gray, LLP**
Louis J. Britton
lbritton@k-glaw.com

*Respectfully submitted,*

/s/ Aaron Coates

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ April 9, 2019

Aaron Coates
18704 Taft Ct
Goshen, IN 46528

U.S. District Court Clerk
102 Federal Building
204 S. Main St.
South Bend, IN 46601

CERTIFIED

7018 3090 0001 9913 9835

GOSHEN, IN
46526
APR 09, 19
AMOUNT
$4.05
R2304M110363-03