# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates**<br>*Plaintiff*<br><br>v.<br><br>**Valeo Financial Advisors, LLC, et. al.,**<br>*Defendants* | No.: 3:18-cv-000574-JD-APR<br><br>JUDGE JON E. DEGUILIO<br><br>MAGISTRATE JUDGE ANDREW P. RODOVICH |

## ORDER FOR EXTENSION OF TIME TO RESPOND TO COURT'S OPINION AND ORDER

The Court, having reviewed Plaintiff, Aaron Coates' Motion for Extension of Time to Respond to Court's Opinion and Order, now GRANTS Plaintiff's Motion.

Plaintiff, Aaron Coates, shall have up to and including March 25, 2019 to respond to Court's Order.

Date: _____        _____
                                Judge/Magistrate, United States District Court

Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:
Aaron Coates
18709 Taft Ct.
Goshen, IN 46528