# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Aaron Coates** <br> *Plaintiff* <br><br> v. <br><br> **Valeo Financial Advisors, LLC, et. al.,** <br> *Defendants* | No.: 3:18-cv-000574-JD-APR <br><br> Judge Jon E. DeGuilio <br><br> Magistrate Judge Andrew P. Rodovich |

## MOTION TO FORGIVE DEFENDANT ANDREW W. HULL

Plaintiff, Aaron Coates, hereby moves to irrevocably forgive Defendant Andrew W. Hull of all awards and judgements awarded by this Court against Hull.

Coates has not yet informed any parties who could reasonably claim a subordinate right to or interest in any awards, such as creditors that Coates might otherwise be unable to repay. Those parties will be notified in the coming weeks giving them the opportunity to protect their interests however they see fit.

I, Aaron Coates, of sound mind and body, hereby file this Motion of my own accord, without any undue influence or suggestion by any other party. I have no explanation or justification for this Motion, other than I am fully certain that God has continually instructed me to file this for over a month, and I am finally obeying.

-FILED-

APR 1 2 2019

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ April 10, 2019

CERTIFICATE OF SERVICE

A true and correct copy of Plaintiff's Motion and draft order is being certified mailed to the Court for filing and directly emailed to the following parties, and if requested, followed with hardcopy.

**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
modorelli@hooverhullturner.com

David J. Hensel
dhensel@hooverhullturner.com

**Barrett McNagny, LLP**
Kevin K. Fitzharris
kkf@barrettlaw.com

**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
mmeyer@taftlaw.com

**Husch Blackwell LLP**
Aleksandra Rushing
aleks.rushing@huschblackwell.com

John W. Borkowski
john.borkowski@huschblackwell.com

**Office of Attorney General Curtis Hill**
Kelly Cochran
kelly.cochran@atg.in.gov

Joshua Lowry
joshua.lowry@atg.in.gov

**Office of Corporation Counsel**
Grant E. Helms
grant.helms@indy.gov

Adam S. Willfond
adam.willfond@indy.gov

Daniel P. Bowman
daniel.bowman@indy.gov

**Kightlinger & Gray, LLP**
Louis J. Britton
lbritton@k-glaw.com

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ April 10, 2019