## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| **Aaron Coates** | ) | **NO.:** 3:18-cv-000574-JD-APR |
| *Plaintiff* | ) | |
| | ) | **JUDGE JON E. DEGUILIO** |
| v. | ) | |
| | ) | **MAGISTRATE JUDGE ANDREW P.** |
| **Valeo Financial Advisors, LLC, et. al.,** | ) | **RODOVICH** |
| *Defendants* | ) | |
| | ) | |

### ORDER FORGIVING DEFENDANT ANDREW W. HULL
### TO COURT'S OPINION AND ORDER

The Court, having reviewed Plaintiff, Aaron Coates' Motion for Forgive

Defendant Andrew W. Hull of all awards and judgements against Defendant in

favor of Plaintiff, now GRANTS Plaintiff's Motion, and releases Andrew W. Hull

from all claims in this matter.


Date: _____                _____
                                     Judge/Magistrate, United States District Court


Distribution to all counsel of record via CM/ECF

Pro Se Plaintiff at the following address:
Aaron Coates
18709 Taft Ct.
Goshen, IN 46528