Aaron Coates
1870 q Taft Ct
Goshen IN 46528

CERTIFIED

7018 3090 0001 9913 9842

UNITED STATES
POSTAL SERVICE®

1000

46601

GOSHEN, IN
46526
APR 10,19
AMOUNT

$4.05

R2305K136557-04

Northern District Ind. Federal Court

Clerk
102 Federal Building
204 S. Main St.
South Bend IN 46601