UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

APR 24 2019

| | |
|---|---|
| **Aaron Coates** <br> *Plaintiff* <br><br> v. <br><br> **Valeo Financial Advisors, LLC, et. al.,** <br> *Defendants* | No.: 3:18-cv-000574-JD-APR <br><br> JUDGE JON E. DEGUILIO <br><br> MAGISTRATE JUDGE ANDREW P. RODOVICH |

## PLAINTIFF'S MOTION TO AMEND JUDGEMENT

Plaintiff, Aaron Coates, pursuant to Federal Rules of Civil Procedure 59(e), respectfully requests that this Court consider amending its judgment issued March 25, 2019 [DE 113]. Coates has concurrently filed his *Brief in Support of Plaintiff's Motion to Amend Judgement*.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ April 22, 2019