A. Coates
18709 Taft Ct.
Goshen IN 46528

United States District Court
N.D. Ind Clerk
102 Federal Bldg, 204 S. Main St.
South Bend IN 46601

CERTIFIED MAIL

7018 3090 0001 9913 9859




U.S. POSTAGE PAID
FCM LETTER
GOSHEN, IN
46526
APR 22, 19
AMOUNT
$4.20
R2304E105342-15

46601
1000