UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

AARON COATES )
Plaintiff(s) )
V. ) Civil Action No. 3:18cv574
VALEO FINANCIAL ADVISORS LLC; )
GIBSON INSURANCE AGENCY INC; )
FIDELITY INSTITUTIONAL,a division of FMR LLC; )
HOOVER, HULL, TURNER LLP; )
LUTHERAN UNIVERSITY ASSOCIATION INC, )
d/b/a Valparaiso University and Law School; )
MARION COUNTY SUPERIOR COURT; )
MARION COUNTY CLERK OF COURT; )
MARION COUNTY PROSECUTOR; )
COURT OF APPEALS OF INDIANA; )
JUDGE MICHAEL P BARNES, (former), )
Court of Appeals of Indiana; )
JUDGE EDWARD W NAJAM, JR, )
Court of Appeals of Indiana; )
JUDGE PAUL D MATHIAS, )
Court of Appeals of Indiana; )
JUDGE ELAINE B BROWN, )
Court of Appeals of Indiana; )
SARA C BLAINBRIDGE, )
Court of Appeals of Indiana; )
CLERK OF THE INDIANA APPELLATE AND )
SUPREME COURT; )

GREG PACHMAYR, Clerk of the )
Indiana Appellate and Supreme Court; )
"LARON" or "AARON" Clerk of the )
Indiana Appellate and Supreme Court; )
"MICHELLE" Clerk of the Indiana Appellate )
and Supreme Court; )
JOHN T WORTMAN, individually and as owners )
and managers of Valeo Financial Advisors LLC; )
JOHN C TROTT, individually and as owners and )
managers of Valeo Financial Advisors LLC; )
GREGORY A FULK, individually and as manager )
of Valeo Financial Advisors LLC; )
PAMELA K KOEHLER, individually, and as legal )
representative for Valeo Financial Advisors LLC; )
ANDREW W HULL, individually and as partners )
of Hoover, Hull, Turner LLP, and legal )
representative for Valeo Financial Advisors LLC; )
KENNETH J MUNSON, individually, and )
as partners of Hoover, Hull, Turner LLP, and legal )
representative for Valeo Financial Advisors LLC; )
WAYNE TURNER, individually, and as )
partners of Hoover, Hull, Turner LLP, and legal )
representative for Valeo Financial Advisors LLC; )
MICHAEL J BLINN, individually, and as )
associates of Hoover, Hull, Turner LLP, and legal )
representatives for Valeo Financial Advisors LLC; )
)
)

EVAN D CARR, individually, and as )
associates of Hoover, Hull, Turner LLP, and legal )
representatives for Valeo Financial Advisors LLC; )
SUSANNE (HECKLER) JOHNSON, individually )
and as associates of Hoover, Hull, Turner LLP, and )
legal representatives for Valeo )
Financial Advisors LLC; )
FORTUNA GIPSON, individually and as )
employees of Hoover, Hull, Turner LLP; )
MELODIE M ALEXANDER, individually )
and as employees of Hoover, Hull, Turner LLP; )
JUDGE HEATHER A WELCH, individually )
and as judge for Marion Superior Court D01; )
MARY G WILLIS, individually and as )
Chief Administrative Officer for the )
Indiana Appellate and Supreme Court; )
JUDGE NANCY H VAIDIK, individually )
and as Chief Judge of the Indiana Court of Appeals; )
MARK A HECKLER, individually and as President )
of Valparaiso University; )
DAVID L OBER, individually, as )
Indiana State Representative, and as )
IURC Commissioner; )
CAMIE J SWANSON HULL; )
Defendant(s) )

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff(s) ______ recover from the defendant(s) ______ the amount of ______ dollars ($ ______), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) ______ recover costs from the plaintiff(s) ______.

☒ other: The Court DISMISSES WITH PREJUDICE the federal claims. The Court also relinquishes supplemental jurisdiction over Plaintiff Coates' state law claims and DISMISSES them WITHOUT PREJUDICE. This case is closed.

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☒ decided by Judge Jon E. DeGuilio on a motion for to Amend Judgment.

Date June 13, 2019

*CLERK OF COURT*

s/ J. Darrah

*Signature of Clerk or Deputy Clerk*