UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| Aaron Coates </br> *Plaintiff* </br></br> v. </br></br> Valeo Financial Advisors, LLC, et. al., </br> *Defendants* | No.: 3:18-cv-000574-JD-APR </br></br> JUDGE JON E. DEGUILIO </br></br> MAGISTRATE JUDGE ANDREW P. RODOVICH |

## MOTION FOR DISQUALIFICATION OF JUDGE

Plaintiff, Aaron Coates, respectfully requests Judge DeGuilio disqualify from the above captioned matter.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's request and for all other relief that is just and proper.

*Respectfully submitted,*

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com
/d/ January 15, 2020

-FILED-
JAN 16 2020
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2020, I filed the foregoing with the Clerk of the Court by USPS Priority Mail. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system.

**Hoover, Hull, Turner, LLP**
Michael A. Dorelli
modorelli@hooverhullturner.com

David J. Hensel
dhensel@hooverhullturner.com

**Barrett McNagny, LLP**
Kevin K. Fitzharris
kkf@barrettlaw.com

**Taft Stettinius & Hollister LLP**
Michael L. Meyer, Esq.
mmeyer@taftlaw.com

**Husch Blackwell LLP**
Aleksandra Rushing
aleks.rushing@huschblackwell.com

John W. Borkowski
john.borkowski@huschblackwell.com

**Office of Attorney General Curtis Hill**
Kelly Cochran
kelly.cochran@atg.in.gov

Joshua Lowry
joshua.lowry@atg.in.gov

**Office of Corporation Counsel**
Adam S. Willfond
adam.willfond@indy.gov

Daniel P Bowman
daniel.bowman@indy.gov

Grant E. Helms
grant.helms@indy.gov

**Kightlinger & Gray, LLP**
Louis J. Britton
lbritton@k-glaw.com

Aaron S. Coates, Plaintiff
18709 Taft Ct.
Goshen, IN 46528
T: 574-206-4454
E: acoates@relevantfinancial.com