# PRIORITY® MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

Retail

US POSTAGE PAID
$7.35

Origin: 46540
01/15/20
1754120134-5

PRIORITY MAIL 2-DAY®
0 Lb 4.00 Oz
1022
C005

EXPECTED DELIVERY DAY: 01/17/20

SHIP TO:
204 S MAIN ST
SOUTH BEND IN 46601-2122

USPS TRACKING® NUMBER

9505 5110 8033 0015 4847 25

FROM:
Aaron Coates
18709 Taft Ct
Goshen IN 46528

TO:
ND Ind Clerk
US District Court
102 Federal Building
204 S Main St
South Bend IN 46601